UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-23753-KMM

EDWIN GARRISON, *on behalf of himself
and all others similarly situated*,

    Plaintiff,

v.

SAMUEL BANKMAN-FRIED, *et al.*,

    Defendants.
_____/

## ORDER OF RECUSAL

**THE UNDERSIGNED MAGISTRATE JUDGE**, to whom the above-styled case has been assigned, hereby recuses herself and refers the matter to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455(a).

**DONE AND ORDERED** in Chambers at Miami, Florida this 16th day of November, 2022.

LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

1

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of Magistrate Judge Jacqueline Becerra. Copies of this Order shall be served on all pending parties of record. All documents for filing in this case shall carry the following case number and designation: 22-cv-23753-MOORE/Becerra.

**BY ORDER OF THE COURT** this 16h day of Nov., 2022, Miami, Florida.

ANGELA E. NOBLE
Clerk of Court

By: /s/Valerie Kemp

Deputy Clerk