UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23753-KMM

EDWIN GARRISON, et al. on behalf of
themselves and all others similarly
situated,

    Plaintiff,

v.

SAM BANKMAN-FRIED, et al.,

    Defendants.

_____/

**ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Alexander Boies, Esq., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

    **ORDERED AND ADJUDGED** that:

    The Motion is **GRANTED**. Alexander Boies, Esq. may appear and participate in this action on behalf of Plaintiff, Edwin Garrison. The Clerk shall provide electronic notification of all electronic filings to Alexander Boies, Esq., at aboies@bsfllp.com.

    DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of November, 2022.

                                                                           _____

                                                                           HONORABLE K. MICHAEL MOORE
                                                                           UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record