UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23753-KMM

EDWIN GARRISON, et al. on behalf of themselves and all others similarly situated,

    Plaintiff,

v.

SAM BANKMAN-FRIED, et al.,

    Defendants.

_____/

**NOTICE OF FILING REQUEST FOR ISSUANCE OF SUMMONSES**

Plaintiffs hereby give notice of filing request for issuance of summonses to Defendants Sam Bankman-Fried, Thomas Brady, Gisele Bundchen, Kevin O'Leary, Udonis Haslem, David Ortiz, Stephen Curry, Golden State Warriors LLC, Shaquille O'Neal, William Trevor Lawrence, Shohei Ohtani, Naomi Osaka, and Lawrence Gene David.

Dated: December 2, 2022                                  Respectfully Submitted,

                                                        By: */s/ Adam Moskowitz*
                                                        Adam M. Moskowitz
                                                        Florida Bar No. 984280
                                                        adam@moskowitz-law.com
                                                        Joseph M. Kaye
                                                        Florida Bar No. 117520
                                                        joseph@moskowitz-law.com
                                                        **THE MOSKOWITZ LAW FIRM, PLLC**
                                                        2 Alhambra Plaza, Suite 601
                                                        Coral Gables, FL 33134
                                                        Telephone: (305) 740-1423

                                                        **By:** */s/ David Boies*
                                                       David Boies
                                                       (*Pro Hac Vice*)
                                                       Alex Boies
                                                       (*Pro Hac Vice*)
                                                        **BOIES SCHILLER FLEXNER LLP**

333 Main Street
Armonk, NY 10504
Phone: (914) 749–8200
dboies@bsfllp.com

**By: */s/ Stephen Neal Zack*** 
Stephen Neal Zack
Florida Bar No. 145215
Hon. Ursula Ungaro (Ret.)
Florida Bar No. 200883
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com
uungaro@bsfllp.com

*Co-Counsel for Plaintiffs and the Class*