AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| EDWIN GARRISON, et al., on behalf of themselves and all others similarly situated<br><br>*Plaintiff(s)*<br>v.<br>SAM BANKMAN-FRIED, et al.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 22-CV-23753-KMM<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  David Ortiz
9505 SW 63rd Court
Miami, Florida 33156-1818

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Adam M. Moskowitz
Joseph M. Kaye
THE MOSKOWITZ LAW FIRM, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
Service@moskowitz-law.com

David Boies
(Pro Hac Vice Application Forthcoming)
Stephen Neal Zack
Hon. Ursula Ungaro (Ret.)
BOIES SCHILLER FLEXNER LLP
333 Main Street, Armonk, NY 10504
100 SE 2nd St., Suite 2800, Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Dec 5, 2022

s/ Lisa I. Streets
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| EDWIN GARRISON, et al., on behalf of themselves and all others similarly situated <br><br> *Plaintiff(s)* <br> v. <br> SAM BANKMAN-FRIED, et al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 22-CV-23753-KMM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Gisele Bundchen
588 Riviera Drive
Tampa, Florida 33606-3808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Adam M. Moskowitz
Joseph M. Kaye
THE MOSKOWITZ LAW FIRM, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
Service@moskowitz-law.com

David Boies
(Pro Hac Vice Application Forthcoming)
Stephen Neal Zack
Hon. Ursula Ungaro (Ret.)
BOIES SCHILLER FLEXNER LLP
333 Main Street, Armonk, NY 10504
100 SE 2nd St., Suite 2800, Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 5, 2022

Angela E. Noble
Clerk of Court



**SUMMONS**

*s/ Lisa I. Streets*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| EDWIN GARRISON, et al., on behalf of themselves and all others similarly situated<br><br>*Plaintiff(s)*<br>v.<br>SAM BANKMAN-FRIED, et al.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 22-CV-23753-KMM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Golden State Warriors, LLC
1 Warriors Way
San Francisco, California 94158

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Adam M. Moskowitz
Joseph M. Kaye
THE MOSKOWITZ LAW FIRM, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
Service@moskowitz-law.com

David Boies
(Pro Hac Vice Application Forthcoming)
Stephen Neal Zack
Hon. Ursula Ungaro (Ret.)
BOIES SCHILLER FLEXNER LLP
333 Main Street, Armonk, NY 10504
100 SE 2nd St., Suite 2800, Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Dec 5, 2022

s/ Lisa I. Streets
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| EDWIN GARRISON, et al., on behalf of themselves and all others similarly situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> SAM BANKMAN-FRIED, et al., <br><br> *Defendant(s)* | Civil Action No. 22-CV-23753-KMM |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kevin O'Leary
30 Marlborough Street, Unit 2
Boston, Massachusetts 02116-2101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| Adam M. Moskowitz | David Boies |
|---|---|
| Joseph M. Kaye | (Pro Hac Vice Application Forthcoming) |
| THE MOSKOWITZ LAW FIRM, PLLC | Stephen Neal Zack |
| 2 Alhambra Plaza, Suite 601 | Hon. Ursula Ungaro (Ret.) |
| Coral Gables, FL 33134 | BOIES SCHILLER FLEXNER LLP |
| Telephone: (305) 740-1423 | 333 Main Street, Armonk, NY 10504 |
| Service@moskowitz-law.com | 100 SE 2nd St., Suite 2800, Miami, FL 33131 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Dec 5, 2022

*s/ Lisa I. Streets*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

EDWIN GARRISON, et al., on behalf of themselves and all others similarly situated

*Plaintiff(s)*

v.

SAM BANKMAN-FRIED, et al.,

*Defendant(s)*

Civil Action No. 22-CV-23753-KMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lawrence Gene David
11812 San Vicente Boulevard, Floor 4
Los Angeles, California

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Adam M. Moskowitz
Joseph M. Kaye
THE MOSKOWITZ LAW FIRM, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
Service@moskowitz-law.com

David Boies
(Pro Hac Vice Application Forthcoming)
Stephen Neal Zack
Hon. Ursula Ungaro (Ret.)
BOIES SCHILLER FLEXNER LLP
333 Main Street, Armonk, NY 10504
100 SE 2nd St., Suite 2800, Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Dec 5, 2022

SUMMONS

s/ Lisa I. Streets
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| EDWIN GARRISON, et al., on behalf of themselves and all others similarly situated<br><br>*Plaintiff(s)*<br>v.<br>SAM BANKMAN-FRIED, et al.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 22-CV-23753-KMM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Naomi Osaka
9621 ARBY DR
BEVERLY HILLS, CA, 90210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| Adam M. Moskowitz | David Boies |
|---|---|
| Joseph M. Kaye | (Pro Hac Vice Application Forthcoming) |
| THE MOSKOWITZ LAW FIRM, PLLC | Stephen Neal Zack |
| 2 Alhambra Plaza, Suite 601 | Hon. Ursula Ungaro (Ret.) |
| Coral Gables, FL 33134 | BOIES SCHILLER FLEXNER LLP |
| Telephone: (305) 740-1423 | 333 Main Street, Armonk, NY 10504 |
| Service@moskowitz-law.com | 100 SE 2nd St., Suite 2800, Miami, FL 33131 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Dec 5, 2022

s/ Lisa I. Streets
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| EDWIN GARRISON, et al., on behalf of themselves and all others similarly situated<br><br>*Plaintiff(s)*<br>v.<br>SAM BANKMAN-FRIED, et al.,<br><br>*Defendant(s)* | Civil Action No. 22-CV-23753-KMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Shaquille O'Neal
1 Grand Manor Court
Sugar Land, Texas 77479-2557

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Adam M. Moskowitz
Joseph M. Kaye
THE MOSKOWITZ LAW FIRM, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
Service@moskowitz-law.com

David Boies
(Pro Hac Vice Application Forthcoming)
Stephen Neal Zack
Hon. Ursula Ungaro (Ret.)
BOIES SCHILLER FLEXNER LLP
333 Main Street, Armonk, NY 10504
100 SE 2nd St., Suite 2800, Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 5, 2022



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Lisa I. Streets
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

EDWIN GARRISON, et al., on behalf of themselves and all others similarly situated

*Plaintiff(s)*

v.

SAM BANKMAN-FRIED, et al.,

*Defendant(s)*

Civil Action No. 22-CV-23753-KMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Shohei Ohtani
2000 Gene Autry Way
Anaheim, California, 92806

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Adam M. Moskowitz
Joseph M. Kaye
THE MOSKOWITZ LAW FIRM, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
Service@moskowitz-law.com

David Boies
(Pro Hac Vice Application Forthcoming)
Stephen Neal Zack
Hon. Ursula Ungaro (Ret.)
BOIES SCHILLER FLEXNER LLP
333 Main Street, Armonk, NY 10504
100 SE 2nd St., Suite 2800, Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 5, 2022



Angela E. Noble
Clerk of Court

SUMMONS

s/ Lisa I. Streets

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| EDWIN GARRISON, et al., on behalf of themselves and all others similarly situated <br><br> *Plaintiff(s)* <br> v. <br> SAM BANKMAN-FRIED, et al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 22-CV-23753-KMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Stephen Curry
115 Stephanie Lane
Alamo, California 94507-1227

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Adam M. Moskowitz
Joseph M. Kaye
THE MOSKOWITZ LAW FIRM, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
Service@moskowitz-law.com

David Boies
(Pro Hac Vice Application Forthcoming)
Stephen Neal Zack
Hon. Ursula Ungaro (Ret.)
BOIES SCHILLER FLEXNER LLP
333 Main Street, Armonk, NY 10504
100 SE 2nd St., Suite 2800, Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 5, 2022



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Lisa I. Streets
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| EDWIN GARRISON, et al., on behalf of themselves and all others similarly situated <br><br> *Plaintiff(s)* <br> v. <br> SAM BANKMAN-FRIED, et al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) Civil Action No. 22-CV-23753-KMM ) ) ) ) ) ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Thomas Brady
588 Riviera Drive
Tampa, Florida 33606-3808

Alternative address:
58 Bahama Circle, Tampa, Florida 33606-3318

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Adam M. Moskowitz
Joseph M. Kaye
THE MOSKOWITZ LAW FIRM, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
Service@moskowitz-law.com

David Boies
(Pro Hac Vice Application Forthcoming)
Stephen Neal Zack
Hon. Ursula Ungaro (Ret.)
BOIES SCHILLER FLEXNER LLP
333 Main Street, Armonk, NY 10504
100 SE 2nd St., Suite 2800, Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Dec 5, 2022

*s/ Lisa I. Streets*
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| EDWIN GARRISON, et al., on behalf of themselves and all others similarly situated<br><br>*Plaintiff(s)*<br>v.<br>SAM BANKMAN-FRIED, et al.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 22-CV-23753-KMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Udonis Haslem
5450 SW 192nd Terrace
Southwest Ranches, Florida 33332-3

Alternative address:
20461 NW 7th Court
Miami, Florida 33169-2555

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Adam M. Moskowitz
Joseph M. Kaye
THE MOSKOWITZ LAW FIRM, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
Service@moskowitz-law.com

David Boies
(Pro Hac Vice Application Forthcoming)
Stephen Neal Zack
Hon. Ursula Ungaro (Ret.)
BOIES SCHILLER FLEXNER LLP
333 Main Street, Armonk, NY 10504
100 SE 2nd St., Suite 2800, Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Dec 5, 2022

*s/ Lisa I. Streets*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| EDWIN GARRISON, et al., on behalf of themselves and all others similarly situated<br><br>*Plaintiff(s)*<br>v.<br>SAM BANKMAN-FRIED, et al.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 22-CV-23753-KMM<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  William Trevor Lawrence
5361 Chandler Bend Drive
Jacksonville Florida 32224-0844

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Adam M. Moskowitz
Joseph M. Kaye
THE MOSKOWITZ LAW FIRM, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
Service@moskowitz-law.com

David Boies
(Pro Hac Vice Application Forthcoming)
Stephen Neal Zack
Hon. Ursula Ungaro (Ret.)
BOIES SCHILLER FLEXNER LLP
333 Main Street, Armonk, NY 10504
100 SE 2nd St., Suite 2800, Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 5, 2022



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Lisa I. Streets
Deputy Clerk
U.S. District Courts