UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23753-KMM

EDWIN GARRISON, et al. on behalf of
themselves and all others similarly
situated,

    Plaintiff,

v.

SAM BANKMAN-FRIED, et al.,

    Defendants.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby gives notice of dismissal of this action in its entirety, without prejudice. At the time of this filing, no Defendants have been served with the summons or complaint in this action, and no Defendant has filed an answer or a motion for summary judgment in this action.

Dated: December 8, 2022                                  Respectfully Submitted,

                                                      By: */s/ Adam Moskowitz*
                                                      Adam M. Moskowitz
                                                      Florida Bar No. 984280
                                                      adam@moskowitz-law.com
                                                      Joseph M. Kaye
                                                      Florida Bar No. 117520
                                                      joseph@moskowitz-law.com
                                                      **THE MOSKOWITZ LAW FIRM, PLLC**
                                                      2 Alhambra Plaza, Suite 601
                                                      Coral Gables, FL 33134
                                                      Telephone: (305) 740-1423

                                                      **By:** */s/ David Boies*
                                                      David Boies
                                                      (*Pro Hac Vice*)
                                                      Alex Boies
                                                      (*Pro Hac Vice*)

**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Phone: (914) 749–8200
dboies@bsfllp.com

**By:** */s/ Stephen Neal Zack*
Stephen Neal Zack
Florida Bar No. 145215
Hon. Ursula Ungaro (Ret.)
Florida Bar No. 200883
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com
uungaro@bsfllp.com

*Co-Counsel for Plaintiffs and the Class*