UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-23753-KMM

**EDWIN GARRISON**, *et al.*,

    Plaintiffs,

v.

**SAM BANKMAN-FRIED**, *et al.*,

    Defendants.
_____/

### NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT DAVID ORTIZ

    Christopher S. Carver, Esq., Jason S. Oletsky, Esq., and Katherine A. Johnson, Esq., of the law firm Akerman LLP, hereby enter their appearances as counsel on behalf of Defendant David Ortiz and request that copies of all orders, process, pleadings, and other documents filed or served in this matter be served on them via CM/ECF or at the address listed below, as appropriate.

                                            Respectfully submitted,

Date: January 24, 2023                AKERMAN LLP
                                          201 East Las Olas Boulevard – Suite 1800
                                          Fort Lauderdale, Florida 33301-2229
                                          Tel.: 954-463-2700
                                          Fax: 954-463-2224

                                          By: */s/ Christopher S. Carver*
                                                Christopher S. Carver
                                                Florida Bar No.: 993580
                                                christopher.carver@akerman.com
                                                Jason S. Oletsky, Esq.
                                                Florida Bar No. 9301
                                                jason.oletsky@akerman.com
                                                Katherine A Johnson, Esq.
                                                Florida Bar No. 1040357
                                                katie.johnson@akerman.com

                                          *Counsel for Defendant David Ortiz*