UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-23753-KMM

**EDWIN GARRISON**, *et al.*,

    Plaintiffs,

v.

**SAM BANKMAN-FRIED**, *et al.*,

    Defendants.

_____/

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT DAVID ORTIZ

Katherine A. Johnson, Esq., of the law firm Akerman LLP, hereby enter her appearance as counsel on behalf of Defendant David Ortiz and request that copies of all orders, process, pleadings, and other documents filed or served in this matter be served on them via CM/ECF or at the address listed below, as appropriate.

Respectfully submitted,

Date: January 24, 2023

AKERMAN LLP
201 East Las Olas Boulevard – Suite 1800
Fort Lauderdale, Florida 33301-2229
Tel.: 954-463-2700
Fax: 954-463-2224

By: */s/ Katherine A. Johnson*
    Katherine A. Johnson, Esq.
    Florida Bar No. 1040357
    katie.johnson@akerman.com

*Counsel for Defendant David Ortiz*