UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-23753-MOORE/LOUIS

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that Roberto Martínez of the law firm Colson Hicks Eidson, P.A. appears as counsel for Defendants Thomas Brady and Gisele Bündchen, and requests that all papers served in this case also be delivered to and served at the address set forth below.

    Dated:  January 25, 2023.

                                                Respectfully submitted,

                                                **COLSON HICKS EIDSON, P.A.**
                                                255 Alhambra Circle, Penthouse
                                                Coral Gables, Florida 33134
                                                Telephone: (305) 476-7400
                                                Facsimile: (305) 476-7444

                                                By: *Roberto Martínez*
                                                Roberto Martínez
                                                Florida Bar No. 305596
                                                Email: bob@colson.com

                                                *Attorney for Defendants Thomas Brady*
                                                *and Gisele Bündchen*