UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-23753-MOORE/LOUIS

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Stephanie A. Casey, of the law firm Colson Hicks Eidson, P.A. appears as counsel for Defendants Thomas Brady and Gisele Bündchen, and requests that all papers served in this case also be delivered to and served at the address set forth below.

Dated: January 25, 2023.

                            Respectfully submitted,

                            **COLSON HICKS EIDSON, P.A.**
                            255 Alhambra Circle, Penthouse
                            Coral Gables, Florida 33134
                            Telephone: (305) 476-7400
                            Facsimile: (305) 476-7444

                            By: *Stephanie Casey*
                            Stephanie A. Casey
                            Florida Bar No. 97483
                            Email: scasey@colson.com

                            *Attorney for Defendants Thomas Brady*
                            *and Gisele Bündchen*