UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-23753-MOORE/LOUIS

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that Zachary Lipshultz of the law firm Colson Hicks Eidson, P.A. appears as counsel for Defendants Thomas Brady and Gisele Bündchen, and requests that all papers served in this case also be delivered to and served at the address set forth below.

    Dated:  January 25, 2023.

                                                  Respectfully submitted,

                                                  **COLSON HICKS EIDSON, P.A.**
                                                  255 Alhambra Circle, Penthouse
                                                  Coral Gables, Florida 33134
                                                  Telephone: (305) 476-7400
                                                  Facsimile: (305) 476-7444

                                                  By:  Zachary Lipshultz
                                                  Zachary Lipshultz
                                                  Florida Bar No. 123594
                                                  Email: zach@colson.com

                                                  *Attorney for Defendants Thomas Brady*
                                                  *and Gisele Bündchen*