**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO. 1:22-cv-23753-KMM**

EDWIN GARRISON, *et al.*,

Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

Defendants.
_____/

**NOTICE OF FILING LETTER**

Plaintiffs, by and through undersigned counsel, hereby file the attached letter dated January 30, 2023 from David Boies to the Honorable Judge K. Michael Moore.

                                              Respectfully submitted,
                                              **BOIES SCHILLER FLEXNER LLP**
                                              100 SE 2nd Street, Suite 2800
                                              Miami, Florida 33150

                                              By: */s/ Stephen N. Zack*
                                              Tel.: (305) 539-8400
                                              Fax: (305) 539-1307
                                              tulrich@bsfllp.com

                                              Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on January 30, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses to all counsel of record.

              By: */s/ Stephen N. Zack*
              **BOIES SCHILLER FLEXNER LLP**