

January 30, 2023

Judge K. Michael Moore
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue, Room 13-1
Miami, Florida 33128

      Re: *Garrison v. Bankman-Fried et al.*, Case No. 1:22-cv-23753-KMM
           *Podalsky et al. v. Bankman-Fried et al.*, Case No. 1:22-cv-23983-KMM

Dear Judge Moore:

    I am writing as counsel for the Plaintiffs in the above-captioned cases pending before your honor.

    As I believe the Court is aware, the United States Attorney for the Southern District of New York is currently prosecuting a criminal case against Mr. Sam Bankman-Fried, who is a defendant in the pending actions. We have been contacted by the US Attorney, who seeks a stay of proceedings against Mr. Bankman-Fried, as well as a stay of discovery with respect to certain cooperating witnesses, pending a trial in October of this year.

    We will be discussing this issue with counsel for defendants and hope to prepare a proposal for your honor that is agreeable to all parties and to the US Attorney. In the meantime, I wanted to bring this matter to the Court's attention in the event that the Court wanted to have a conference either with the parties and/or with the US Attorney prior to the parties meeting to discuss a proposal.

                                      Respectfully yours,

                                      David Boies

Cc: All Counsel of Record:

BOIES SCHILLER FLEXNER LLP
333 Main Street, Armonk, NY 10504 | (t) 914 749 8200 | (f) 914 749 8300 | www.bsfllp.com



Roberto Martinez
Stephanie Anne Casey
Zachary Andrew Lipshultz
Colson Hicks Eidson
255 Alhambra Circle
Coral Gables, FL 33134-2351
(305) 476-7400
bob@colson.com
scasey@colson.com
zach@colson.com

Christopher Stephen Carver
Akerman LLP
Three Brickell City Centre, Suite 110098
Southeast Seventh Street
Miami, FL 33131
(305) 982-5572
christopher.carver@akerman.com

Katherine A. Johnson
Jason Samuel Oletsky
Akerman LLP
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301
(954) 463-2700
katie.johnson@akerman.com
jason.oletsky@akerman.com

Andrew Clubok
Jessica Stebbins Bina
Latham & Watkins LLP
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
(424) 653-5500
Andrew.clubok@lw.com
Jessica.stebbinsbina@lw.com

Stephen N. Zack
Ursula Ungaro
Tyler Ulrich
Boies Schiller Flexner LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131-2144
(305) 539-8400
szack@bsfllp.com
uungaro@bsfllp.com
tulrich@bsfllp.com

Marc Ayala
Brooke Alexander
Alexander Boies
Boies Schiller Flexner LLP
333 Main Street
Armonk, NY 10504
(914) 749-8200
mayala@bsfllp.com
balexander@bsfllp.com
aboies@bsfllp.com

Adam M. Moskowitz
Joseph M. Kaye
The Moskowitz Law Firm, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
(305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com

Thane Rehn
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
One Saint Andrew's Plaza
New York, New York 10007
(212) 637-2354
nathan.rehn@usdoj.gov



Tommy Lydon
McAngus Goudelock & Courie LLC
1320 Main Street, 10th Floor
Columbia, SC 29201
(803) 227-2292
tlydon@mgclaw.com

Michael J. Kahn
Gibson, Dunn & Crutcher LLP
555 Mission Street
San Francisco, CA 94105-0921
(415) 393-8316
MJKahn@gibsondunn.com

Jeffrey A. Neiman
Marcus Neiman Rashbaum & Pineiro LLP
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, FL 33394
(954) 462-1200
jneiman@mnrlawfirm.com