UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-23753-KMM

EDWIN GARRISON, et al.,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, et al.,

    Defendants.
_____/

**NOTICE OF CHANGE OF ADDRESS**

    Attorney, Katherine A. Johnson, Esq., files this Notice of Change of Address in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

Katherine A. Johnson, Esq.
Akerman LLP
201 E. Las Olas Boulevard – Suite 1800
Fort Lauderdale, Florida 33301
Tel.: 954-463-2700
Fax: 954-463-2224
katie.johnson@akerman.com
joyce.gutierrez@akerman.com

Date: January 30, 2023          Respectfully submitted,

                                              **AKERMAN LLP**
                                              201 East Las Olas Boulevard – Suite 1800
                                              Fort Lauderdale, Florida 33301-2229
                                              Tel.: 954-463-2700
                                              Fax: 954-463-2224

                                              By: /s/ *Katherine A. Johnson*
                                                    Katherine A. Johnson, Esq.
                                                    Florida Bar No. 1040357
                                                    katie.johnson@akerman.com
                                                    joyce.gutierrez@akerman.com

                                              *Counsel to Defendant David Ortiz*

68440012;1