**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:22-cv-23753-KMM**

**EDWIN GARRISON**, *et al.*,

    *Plaintiffs,*

v.

**SAM BANKMAN-FRIED**, *et al.*,

    *Defendants.*

_____/

## NOTICE OF APPEARANCE

Michael A. Pineiro, Esq., of the law firm Marcus Neiman Rashbaum & Pineiro LLP hereby

enters his appearance as counsel on behalf of Defendant Kevin O'Leary and respectfully requests

that copies of all future pleadings, orders, and other papers filed or served in this matter be served

on him via CM/ECF or at the address listed below, as appropriate.

Date: January 31, 2023

Respectfully submitted,

/s/ Michael A. Pineiro
Michael A. Pineiro
Florida Bar No. 41897

**MARCUS NEIMAN RASHBAUM &**
**PINEIRO LLP**
2 S. Biscayne Blvd. Ste. 2530
Miami, FL 33131
Telephone: (305) 400-4260
mpineiro@mnrlawfirm.com

*Counsel for Kevin O'Leary*

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on January 31, 2023, a true and correct copy of the foregoing was

served via CM/ECF on all counsel or parties of record.


By:     /s/ Michael A. Pineiro
        Michael A. Pineiro