UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-23753-KMM

EDWIN GARRISON, *et al.*,

   *Plaintiffs,*

v.

SAM BANKMAN-FRIED, *et al.*,

   *Defendants.*
_____/

## NOTICE OF APPEARANCE

Jeffrey A. Neiman, Esq., of the law firm Marcus Neiman Rashbaum & Pineiro LLP hereby enters his appearance as counsel on behalf of Defendant Kevin O'Leary and respectfully requests that copies of all future pleadings, orders, and other papers filed or served in this matter be served on him via CM/ECF or at the address listed below, as appropriate.

Date: January 31, 2023

                                                  Respectfully submitted,

                                                  /s/ Jeffrey A. Neiman
                                                  Jeffrey A. Neiman
                                                  Florida Bar No. 544469

                                                  **MARCUS NEIMAN RASHBAUM &
                                                  PINEIRO LLP**
                                                  100 SE 3rd Ave Ste 805
                                                  Fort Lauderdale, FL 33394
                                                  Telephone: (954) 462-1200
                                                  jneiman@mnrlawfirm.com

                                                  *Counsel for Kevin O'Leary*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 31, 2023, a true and correct copy of the foregoing was served via CM/ECF on all counsel or parties of record.

                                                         By:    /s/ Jeffrey A. Neiman
                                                                      Jeffrey A. Neiman