UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-23753-KMM

**EDWIN GARRISON**, *et al.*,

    *Plaintiffs,*

v.

**SAM BANKMAN-FRIED**, *et al.*,

    *Defendants.*

_____/

## NOTICE OF APPEARANCE

Jeffrey E. Marcus, Esq., of the law firm Marcus Neiman Rashbaum & Pineiro LLP hereby enters his appearance as counsel on behalf of Defendant Kevin O'Leary and respectfully requests that copies of all future pleadings, orders, and other papers filed or served in this matter be served on him via CM/ECF or at the address listed below, as appropriate.

Date: January 31, 2023

                Respectfully submitted,

                /s/ Jeffrey E. Marcus
                Jeffrey E. Marcus
                Florida Bar No. 310890

                **MARCUS NEIMAN RASHBAUM & PINEIRO LLP**
                2 S. Biscayne Blvd. Ste. 2530
                Miami, FL 33131
                Telephone: (305) 400-4260
                jmarcus@mnrlawfirm.com

                *Counsel for Kevin O'Leary*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2023, a true and correct copy of the foregoing was served via CM/ECF on all counsel or parties of record.

By: /s/ Jeffrey E. Marcus
Jeffrey E. Marcus
