UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-23753-KMM

**EDWIN GARRISON**, *et al.*,

    *Plaintiffs,*

v.

**SAM BANKMAN-FRIED**, *et al.*,

    *Defendants.*

_____/

## NOTICE OF APPEARANCE

Brandon S. Floch, Esq., of the law firm Marcus Neiman Rashbaum & Pineiro LLP hereby enters his appearance as counsel on behalf of Defendant Kevin O'Leary and respectfully requests that copies of all future pleadings, orders, and other papers filed or served in this matter be served on him via CM/ECF or at the address listed below, as appropriate.

Date: January 31, 2023

    Respectfully submitted,

    /s/ Brandon S. Floch
    Brandon S. Floch
    Florida Bar No. 125218

    **MARCUS NEIMAN RASHBAUM & PINEIRO LLP**
    2 S. Biscayne Blvd. Ste. 2530
    Miami, FL 33131
    Telephone: (305) 400-4260
    bfloch@mnrlawfirm.com

    *Counsel for Kevin O'Leary*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2023, a true and correct copy of the foregoing was served via CM/ECF on all counsel or parties of record.

        By:    /s/ Brandon S. Floch
                Brandon S. Floch