UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-23753-KMM

**EDWIN GARRISON**, *et al.*,

     *Plaintiffs,*

v.

**SAM BANKMAN-FRIED**, *et al.*,

     *Defendants.*

_____/

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Andrew B. Brettler of the law firm Berk Brettler LLP located at 9119 Sunset Blvd., West Hollywood, CA 90069, telephone number (310) 278-2111, for purposes of appearance as co-counsel on behalf of Defendant, Kevin O'Leary in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Andrew B. Brettler to receive electronic filings in this case, and in support thereof states as follows:

1.       Movant, Jeffrey A. Neiman, of the law firm Marcus Neiman Rashbaum & Pineiro LLP, located at 100 SE 3rd Ave., Suite 805, Fort Lauderdale, Florida 33394, telephone number (954) 462-1200, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom

the Court and opposing counsel may readily communicate regarding the conduct of this case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

2.      Andrew B. Brettler resides in Venice, California and is not admitted to practice in the Southern District of Florida. He is a member in good standing of the Bar of the States of California, New York, and New Jersey.

3.      In accordance with the local rules of this Court, Andrew B. Brettler will make a payment of this Court's $200 admission fee. A certification in accordance with Local Rule 4(b) is attached hereto as Exhibit A.

4.      Andrew B. Brettler, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Andrew B. Brettler at the following email address: abrettler@berkbrettler.com

WHEREFORE, Jeffrey A. Neiman, moves this Court to enter an Order for Andrew B. Brettler to appear before this Court on behalf of Defendant, Kevin O'Leary, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Andrew B. Brettler. A copy of the proposed order is attached hereto as Exhibit B.

Date: January 31, 2023

Respectfully submitted,

/s/ Jeffrey A. Neiman
Jeffrey A. Neiman
Florida Bar No. 544469

**MARCUS NEIMAN RASHBAUM & PINEIRO LLP**
100 SE 3rd Ave Ste 805
Fort Lauderdale, FL 33394
Telephone: (954) 462-1200
jneiman@mnrlawfirm.com

*Counsel for Kevin O'Leary*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2023, a true and correct copy of the foregoing

was served via CM/ECF on all counsel or parties of record.

By:    /s/ Jeffrey A. Neiman
       Jeffrey A. Neiman