# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:22-cv-23753-KMM**

**EDWIN GARRISON**, *et al.*,

    *Plaintiffs,*

v.

**SAM BANKMAN-FRIED**, *et al.*,

    *Defendants.*
_____/

**CERTIFICATION OF ANDREW B. BRETTLER**

I, Andrew B. Brettler, hereby certify pursuant to Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Bar of the States of California, New York, and New Jersey; and (3) I have not filed any motions for pro hac vice admission in this District within the last 365 days.

Date: January 31, 2023

                                              Respectfully submitted,

                                              /s/ Andrew B. Brettler
                                              Andrew B. Brettler