# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-23753-KMM

**EDWIN GARRISON**, *et al.*,

    *Plaintiffs,*

v.

**SAM BANKMAN-FRIED**, *et al.*,

    *Defendants.*

_____/

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE came before the Court upon Defendant Kevin O'Leary's motion for Andrew B. Brettler to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing, pursuant to the Special Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the U.S. District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. Being fully advised, it is

**ORDERED AND ADJUDGED** that the motion is **GRANTED**. Andrew B. Brettler may appear and participate in this action on behalf of Kevin O'Leary. The Clerk of Court is directed to provide electronic notification of all electronic filings to Andrew B. Brettler at: abrettler@berkbrettler.com.

DONE AND ORDERED in Miami, Florida this ___ day of January, 2023.

                                                          **K. MICHAEL MOORE**
                                                     **U.S. DISTRICT COURT JUDGE**