**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 22-cv-23753-MOORE/BECERRA

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

      Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

      Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Marvin Putnam of the law firm of Latham & Watkins LLP, 10250 Constellation Blvd., Suite 1100, Los Angeles, California 90067, (424) 653-5500 for purposes of appearance as co-counsel on behalf of Thomas Brady and Gisele Bündchen in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Marvin Putnam to receive electronic filings in this case, and in support thereof states as follows:

1.     Marvin Putnam is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bar of the District of California since 2001 and New York since 1994.  He is admitted to practice before the U.S. Court of Appeals for the 2nd Circuit (2021); U.S. Court of Appeals for the 9th Circuit (2011); U.S. District Court - Northern District of California (2017); U.S. District Court - Central District of California (2004); U.S. District Court - Eastern District of New York (1996); U.S. District Court - Southern District of New York (1995).

2.      Movant, Roberto Martínez, Esquire, of the law firm of Colson, Hicks, Eidson, P.A., 255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134, (305) 476-7400, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to being designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Marvin Putnam has made payment of this Court's $200 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.      Marvin Putnam, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Marvin Putnam at email address: Marvin.Putnam@lw.com.

WHEREFORE, Roberto Martínez, moves this Court to enter an Order permitting Marvin Putnam, to appear before this Court on behalf of Thomas Brady and Gisele Bündchen for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Marvin Putnam.

Date:   January 31, 2023                Respectfully submitted,


**Colson, Hicks, Eidson, P.A.**
255 Alhambra Circle, Penthouse,
Coral Gables, Florida 33134
(305) 476-7400

By: s/ *Roberto Martínez*
Roberto Martínez
Florida Bar No. 305596
bob@colson.com

Attorneys for Defendants Thomas Brady and Gisele Bündchen