# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-23753-MOORE/BECERRA

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Susan E. Engel of the law firm of Latham & Watkins LLP, 555 Eleventh Street, N.W., Suite 1000, Washington, D.C. 20004-1304, (202) 637-2200 for purposes of appearance as co-counsel on behalf of Thomas Brady and Gisele Bündchen in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Susan E. Engel to receive electronic filings in this case, and in support thereof states as follows:

1.     Susan E. Engel is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bar of the District of Columbia since 2003 and New York since 2003. She is admitted to practice before the U.S. Court of Appeals for the 1st Circuit (2009); U.S. Court of Appeals for the 2nd Circuit (2014); U.S. Court of Appeals for the 3rd Circuit (2003); U.S. Court of Appeals for the 4th Circuit (2009); U.S. Court of Appeals for the 6th Circuit (2003); U.S. Court of Appeals for the 7th Circuit (2003) (admitted at "Susan Kearns"); U.S. Court of Appeals for the 9th Circuit (2003); U.S. Court of Appeals for the D.C. Circuit (2015); U.S. Court of Appeals for the Federal Circuit (2008); U.S. District Court - District of Colorado, (2018); U.S. District Court - District of Columbia (2006); U.S. District Court - Eastern District of New York (2020);

U.S. District Court - Southern District of New York (2006); U.S. Supreme Court (2006).

2. Movant, Roberto Martínez, Esquire, of the law firm of Colson, Hicks, Eidson, P.A., 255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134, (305) 476-7400, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to being designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Susan E. Engel has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Susan E. Engel, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Susan E. Engel at email address: Susan.Engel@lw.com.

WHEREFORE, Roberto Martínez, moves this Court to enter an Order permitting Susan E. Engel, to appear before this Court on behalf of Thomas Brady and Gisele Bündchen for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Susan E. Engel.

Date: January 31, 2023         Respectfully submitted,

**Colson, Hicks, Eidson, P.A.**
255 Alhambra Circle, Penthouse,
Coral Gables, Florida 33134

(305) 476-7400

By: s/ *Roberto Martínez*
Roberto Martínez
Florida Bar No. 305596
bob@colson.com

Attorneys for Defendants Thomas Brady and Gisele Bündchen