UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-23753-MOORE/LOUIS

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

**CERTIFICATION OF ANDREW B. CLUBOK**

    Andrew B. Clubok, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Bar of the District of Columbia since 1997, New York since 2010 and Ohio since 1994; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                                  */s/ Andrew B. Clubok*
                                                  Andrew B. Clubok