**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO. 1:22-cv-23753-KMM**

EDWIN GARRISON, *et al*.,

Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al*.,

Defendants.
_____/

**NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFFS**

    Tyler Evan Ulrich, Esq., of the law firm Boies Schiller Flexner LLP, hereby enters an appearance as counsel on behalf of Plaintiffs in this matter and requests that copies of all documents filed or served in this matter be served on them via CM/ECF or at the address listed below, as appropriate.

Date: February 2, 2023

        Respectfully submitted,

        **BOIES SCHILLER FLEXNER LLP**
        100 SE 2nd Street, Suite 2800
        Miami, Florida 33150

        By: */s/ Tyler Ulrich*
        Florida Bar No.: 94705
        Tel.: (305) 539-8400
        Fax: (305) 539-1307
        tulrich@bsfllp.com

        Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on February 2, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Florida by using the CM/ECF system, which sent notification of such filing to all CM/ECF participants.

                                      By: */s/ Tyler Ulrich*
                                           Tyler Ulrich, Esq.