UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-23753-KMM

**EDWIN GARRISON**, *et al.*,

    Plaintiffs,

v.

**SAM BANKMAN-FRIED**, *et al.*,

    Defendants.

_____/

**DEFENDANTS' NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTION**

    In accordance with Local Rule 3.8, Defendants Thomas Brady, Kevin O'Leary, and David Ortiz hereby provide notice of the related case, *Norris, et al. v. Brady, et al.*, No. 23-cv-20439-ALTONAGA/Damian, which was removed to this Court on February 3, 2023, and was assigned to Chief Judge Cecilia M. Altonaga. The *Norris* action is brought by plaintiffs who are purported members of the putative class in this action, names as the defendants three of the defendants in this action (Thomas Brady, Kevin O'Leary, and David Ortiz), and involves subject matter which is a material part of the subject matter of this action. Disposition of the *Norris* action would appear to entail the unnecessary duplication of judicial labor if heard by a different Judge. *See* S.D. Fla. I.O.P. 2.15.00; *see also* S.D. Fla. I.O.P. 2.06.00.

    Respectfully submitted,

Dated: February 3, 2023

**AKERMAN LLP**
201 East Las Olas Boulevard – Suite 1800
Ft. Lauderdale, FL 33301
Tel.: 954-463-2700
Fax: 954-468-2454

By: */s/ Christopher S. Carver*
    Christopher S. Carver, Esq.
    Florida Bar No. 993580

   christopher.carver@akerman.com
   Jason S. Oletsky, Esq.
   Florida Bar No. 9301
   jason.oletsky@akerman.com
   Katherine A Johnson, Esq.
   Florida Bar No. 1040357
   katie.johnson@akerman.com

*Attorneys for Defendant David Ortiz*

**COLSON HICKS EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444

By: */s/ Roberto Martinez*
   Roberto Martínez
   Florida Bar No. 305596
   bob@colson.com
   Stephanie A. Casey
   Florida Bar No. 97483
   scasey@colson.com
   Zachary Lipshultz
   Florida Bar No. 123594
   zach@colson.com

**LATHAM & WATKINS LLP**
  Marvin S. Putnam (*pro hac vice* pending)
   marvin.putnam@lw.com
  Jessica Stebbins Bina (*pro hac vice* pending)
   jessica.stebbinsbina@lw.com
  Elizabeth A. Greenman (*pro hac vice* pending)
   elizabeth.greenman@lw.com
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Tel: +1.424.653.5500
Fax: +1.424.653.5501

**LATHAM & WATKINS LLP**
  Andrew Clubok (*pro hac vice* pending)
   andrew.clubok@lw.com
  Susan E. Engel (*pro hac vice* pending)
   susan.engel@lw.com
  Brittany M.J. Record (*pro hac vice* pending)
   brittany.record@lw.com
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200
Fax: +1.202.637.2201

**LATHAM & WATKINS LLP**
  Michele D. Johnson (*pro hac vice* pending)
   michele.johnson@lw.com
650 Town Center Drive, 20th Floor

Costa Mesa, California 92626-1925
Tel: +1.714.540.1235
Fax: +1.714.755.8290

*Attorneys for Defendant Thomas Brady*

**MARCUS NEIMAN RASHBAUM
& PINEIRO LLP**
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, Florida 33394
Tel: (954) 462-1200
2 South Biscayne Blvd., Suite 2530
Miami, Florida 33131
Tel: (305)-400-4260

By: */s/ Jeffrey Neiman*
   Jeffrey Neiman
   jneiman@mnrlawfirm.com
   Fla Bar. No. 544469
   Jeffrey Marcus
   jmarcus@mnrlawfirm.com
   Fla. Bar No. 310890
   Michael Pineiro
   mpineiro@mnrlawfirm.com
   Fla. Bar No. 041897
   Brandon Floch
   bfloch@mnrlawfirm.com
   Fla. Bar No. 125218

**BERK BRETTLER LLP**
9119 Sunset Boulevard
West Hollywood, CA 90069
Tel.: (310) 278-2111
Andrew B. Brettler (*pro hac vice* pending)
abrettler@berkbrettler.com

*Attorneys for Defendant Kevin O'Leary*