UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 22-cv-23753-MOORE/BECERRA

EDWIN GARRISON, *et al.*, on behalf of
themselves and all similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

**DEFENDANTS' MOTION FOR COORDINATED BRIEFING SCHEDULE
FOR RESPONSES TO THE AMENDED COMPLAINT**

Defendants Tom Brady, Kevin O'Leary, and David Ortiz (collectively, "Defendants") respectfully request that the Court set a coordinated briefing schedule for Defendants—and all other appearing defendants—to file their responses to the operative *Amended Class Action Complaint and Demand for Jury Trial* ("*Amended Class Action Complaint*") [ECF No. 16]. Currently, the response deadlines are staggered over a period of some five weeks, which is both an inefficient use of the Court's resources and makes it impossible for all defendants to comply with the Court's directive that "[m]ultiple … Defendants shall file joint motions with co-parties unless there are clear conflicts of position." PAPERLESS PRETRIAL ORDER [ECF No. 5] at 1-2 (bold emphasis omitted).

In support of this motion, Defendants state:

1.    This action was filed on November 15, 2023. *See* ECF No. 1.

2.    The operative *Amended Complaint* was filed on December 16, 2022, after the Court consolidated the then-pending FTX-related proceedings under this number and designated it as the

"lead case" in which "[a]ll future filings MUST be made[.]" *See* PAPERLESS ORDER CONSOLIDATING CASES, *Podalsky v. Bankman-Fried*, No. 22-cv-23983 (S.D. Fla.) [*Podalsky* ECF No. 7] at 1.[1]

3. Pursuant to Rule 4(m), FED. R. CIV. P., Plaintiffs must serve (or obtain a waiver of service from) every defendant by February 13, 2023. *See id.* ("If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time.").

4. In addition, pursuant to the PAPERLESS PRETRIAL ORDER, "the parties shall hold a scheduling conference no later than twenty (20) days after the filing of the first responsive pleading by the last responding defendant, or within sixty (60) days after the filing of the complaint, whichever occurs first. However, if all defendants have not been served by the expiration of this deadline, Plaintiff shall move for an enlargement of time to hold the scheduling conference, not to exceed 90 days from the filing of the Complaint." *See id*. at 1.

---

[1] After filing this action on November 15, 2022, the same Plaintiffs' counsel filed an action styled *Norris v. Brady* in Florida state court, which was removed to this Court on February 3, 2023, and assigned to Chief Judge Altonaga under Case No. 23-cv-20439 (the "*Norris* Action"). *See Defendants' Notice of Pending, Refiled, Related or Similar Action*. [ECF No. 45] As a result, the Court has pending two nearly identical lawsuits—this action and the *Norris* Action—that trigger intra-district transfer issues governed by S.D. Fla. I.O.P. 2.06.00 and S.D. Fla. I.O.P. 2.15.00, which are issues to be addressed and resolved by the two Judges involved.

In addition to the related *Norris* Action, there are several additional pending lawsuits that raise issues also raised by this action, including *In re FTX Trading Ltd.*, No. 22-11068 (JTD) (Bankr. D. Del.) (the "Bankruptcy Action"); *United States v. Bankman-Fried*, No. 22 Cr. 673 (LAK) (S.D.N.Y.) (the "Criminal Action"); *SEC v. Bankman-Fried*, No. 1:22-cv-10501-PKC (S.D.N.Y.) (the "SEC Action"); and *Commodity Future Trading Commission v. Bankman-Fried*, No. 1:22-cv-10503-PKC (S.D.N.Y.) (the "CFTC Action").

5. To Defendants' knowledge, only a few of the some eighteen defendants have been served or—to be specific—returned Rule 4 waivers of service. *See* ECF Nos. 17 (Golden State Warriors), 18 (David), 19 (Brady), 20 (Bündchen), 24 (Ortiz), 43 (O'Leary), 46 (Bankman-Fried).

6. As a result of these waivers of service, the dates for Defendants' and other defendants' responses to the *Amended Complaint* presently span a period of approximately five weeks, running from February 27, 2023 (Brady; Bündchen; David) to April 3, 2023 (Bankman-Fried).

7. Defendants submit that all defendants' response deadlines should be consolidated such that a single deadline is set, which will enable (as appropriate) joint responses to the *Amended Complaint* to be filed, as mandated by the PAPERLESS PRETRIAL ORDER. Defendants' understanding is that the United States Attorney would not have concerns with Defendants proceeding with motions to dismiss.[2]

8. Given that plaintiffs' time to serve defendants lapses on February 13, 2023 per Rule 4(m), the last possible response date for any defendant would appear to be Friday, April 14, 2023, and thus Defendants propose that date as the date by which any served defendant shall respond to the *Amended Complaint*.

---

[2] On January 30, 2023, Plaintiffs submitted a letter to the Court referencing a criminal case against Sam Bankman-Fried, a defendant in this action. Plaintiffs' letter states that Plaintiffs were contacted by the United States Attorney for the Southern District of New York, who is prosecuting the Criminal Action, and that Plaintiffs understand that the United States Attorney may seek to stay some portion of this action. *See* ECF No. 29-1.

Defendants recognize that the Court subsequently struck the letter as an improper filing under the Local Rules. *See* ECF No. 48. Nonetheless, in light of Plaintiffs' letter, counsel for Defendant Brady contacted the United States Attorney's Office. Defendants' current understanding is that the United States Attorney has concerns with certain party and/or third-party discovery that involves or implicates FTX defendants or witnesses proceeding in either the *Norris* Action or this action (among other currently pending actions). Specifically, the United States Attorney expressed concern that discovery in these actions could significantly interfere with the prosecution of the Criminal Action. *See, e.g.*, *CFTC* Action ECF No. 33 at 7; *SEC* Action ECF No. 12 at 7.

## CONCLUSION

WHEREFORE, Defendants respectfully request that the Court establish April 14, 2023, as the date by which any served defendant (either via formal service or by virtue of waiver of service) shall respond to the *Amended Complaint*, and such other and further relief as the Court deems just and proper.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), Christopher S. Carver, counsel for Defendant Ortiz, and Jessica Stebbins Bina, counsel for Defendant Brady, certify that they conferred with Howard Bushman, counsel for Plaintiffs, on February 9, 2023, by telephone conversation at approximately 8:00 p.m. and by follow-up e-mail shortly thereafter, with respect to the request to establish April 14, 2023, as the due date for all defendants' responses to the *Amended Complaint*. As of the time of this filing (approximately 10:15 a.m.), Plaintiffs' position is not known.

Dated:  February 10, 2023          Respectfully submitted,

**COLSON HICKS EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444

By: */s/ Roberto Martínez*
　　Roberto Martínez
　　Florida Bar No. 305596
　　bob@colson.com
　　Stephanie A. Casey
　　Florida Bar No. 97483
　　scasey@colson.com
　　Zachary Lipshultz
　　Florida Bar No. 123594
　　zach@colson.com

**LATHAM & WATKINS LLP**
　　Andrew Clubok (*pro hac vice*)
　　　andrew.clubok@lw.com
　　Susan E. Engel (*pro hac vice*)
　　　susan.engel@lw.com
　　Brittany M.J. Record (*pro hac vice*)
　　　brittany.record@lw.com

    555 Eleventh Street, N.W., Suite 1000
    Washington, D.C. 20004-1304
    Tel: +1.202.637.2200
    Fax: +1.202.637.2201

**LATHAM & WATKINS LLP**
   Marvin S. Putnam (*pro hac vice*)
    *marvin.putnam@lw.com*
   Jessica Stebbins Bina (*pro hac vice*)
    *jessica.stebbinsbina@lw.com*
   Elizabeth A. Greenman (*pro hac vice*)
    *elizabeth.greenman@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Tel: +1.424.653.5500
Fax:  +1.424.653.5501

**LATHAM & WATKINS LLP**
   Michele D. Johnson (*pro hac vice*)
    *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Tel: +1.714.540.1235
Fax: +1.714.755.8290

*Attorneys for Defendant Thomas Brady*
**AKERMAN LLP**
201 East Las Olas Boulevard – Suite 1800
Ft. Lauderdale, FL 33301
Tel.: 954-463-2700
Fax: 954-468-2454

By: */s/ Christopher S. Carver*
   Christopher S. Carver
   Florida Bar No. 993580
   christopher.carver@akerman.com
   Jason S. Oletsky, Esq.
   Florida Bar No. 9301
   jason.oletsky@akerman.com
   Katherine A Johnson
   Florida Bar No. 1040357
   katie.johnson@akerman.com

*Attorneys for Defendant David Ortiz*

**MARCUS NEIMAN RASHBAUM
& PINEIRO LLP**
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, Florida 33394
Tel: (954) 462-1200
2 South Biscayne Blvd., Suite 2530
Miami, Florida 33131
Tel: (305)-400-4260

By: /s/ *Jeffrey Neiman*
Jeffrey Neiman
jneiman@mnrlawfirm.com
Fla Bar. No. 544469
Jeffrey Marcus
jmarcus@mnrlawfirm.com
Fla. Bar No. 310890
Michael Pineiro
mpineiro@mnrlawfirm.com
Fla. Bar No. 041897
Brandon Floch
bfloch@mnrlawfirm.com
Fla. Bar No. 125218

**BERK BRETTLER LLP**
9119 Sunset Boulevard
West Hollywood, CA 90069
Tel.: (310) 278-2111
Andrew B. Brettler (*pro hac vice*)
abrettler@berkbrettler.com

*Attorneys for Defendant Kevin O'Leary*