UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23753-KMM

EDWIN GARRISON, et al. on behalf of
themselves and all others similarly
situated,

    Plaintiff,

v.

SAM BANKMAN-FRIED, et al.,

    Defendants.

_____/

NOTICE OF FILING REQUEST FOR ISSUANCE OF SUMMONSES

Plaintiffs hereby give notice of filing request for issuance of summonses to Defendants Zixiao Gary Wang, Caroline Ellison, Nishad Singh, Sam Trabucco, and Dan Friedberg.

Dated: February 21, 2023                                   Respectfully Submitted,

                                                                     **By:** */s/ Adam Moskowitz*
                                                                     Adam M. Moskowitz
                                                                     Florida Bar No. 984280
                                                                     adam@moskowitz-law.com
                                                                     Joseph M. Kaye
                                                                     Florida Bar No. 117520
                                                                     joseph@moskowitz-law.com
                                                                     **THE MOSKOWITZ LAW FIRM, PLLC**
                                                                     2 Alhambra Plaza, Suite 601
                                                                     Coral Gables, FL 33134
                                                                     Telephone: (305) 740-1423

                                                                     **By:** */s/ David Boies*
                                                                     David Boies
                                                                     (*Pro Hac Vice*)
                                                                     Alex Boies
                                                                     (*Pro Hac Vice*)
                                                                     **BOIES SCHILLER FLEXNER LLP**
                                                                     333 Main Street
                                                                     Armonk, NY 10504
                                                                     Phone: (914) 749–8200
                                                                     dboies@bsfllp.com

By: */s/ Stephen Neal Zack*
Stephen Neal Zack
Florida Bar No. 145215
Hon. Ursula Ungaro (Ret.)
Florida Bar No. 200883
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com
uungaro@bsfllp.com

*Co-Counsel for Plaintiffs and the Class*