UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-23753-MOORE/BECERRA

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that David A. Rothstein, Esq. of the law firm Dimond Kaplan & Rothstein, P.A., hereby enters his appearance as counsel for Defendant William Trevor Lawrence and requests that copies of all future pleadings, orders, and other papers filed or served in this matter be served on him via CM/ECF or at the address listed below, as appropriate.

Date: February 23, 2023

                                      Respectfully submitted,

                                      DIMOND KAPLAN & ROTHSTEIN, P.A.
                                      Offices at Grand Bay Plaza
                                      2665 South Bayshore Drive, PH-2B
                                      Miami, Florida 33133
                                      Telephone:    (305) 374-1920
                                      Facsimile:    (305) 374-1961

                                      By:    /s David A. Rothstein
                                      David A. Rothstein, Esq.
                                      Fla. Bar No. 995762
                                      DRothstein@dkrpa.com
                                      *Counsel for William Trevor Lawrence*