UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-23753-MOORE/BECERRA

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alexander M. Peraza, Esq. of the law firm Dimond Kaplan & Rothstein, P.A., hereby enters his appearance as counsel for Defendant William Trevor Lawrence and requests that copies of all future pleadings, orders, and other papers filed or served in this matter be served on him via CM/ECF or at the address listed below, as appropriate.

Date: February 23, 2023                  Respectfully submitted,

                                                           DIMOND KAPLAN & ROTHSTEIN, P.A.
                                                           Offices at Grand Bay Plaza
                                                           2665 South Bayshore Drive, PH-2B
                                                           Miami, Florida 33133
                                                           Telephone:   (305) 374-1920
                                                           Facsimile:    (305) 374-1961

                                                           By:    /s Alexander M. Peraza
                                                           Alexander M. Peraza, Esq.
                                                           Fla. Bar No. 107044
                                                           APeraza@dkrpa.com
                                                           *Counsel for William Trevor Lawrence*