UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-23753-MOORE/BECERRA

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Eshaba Jahir-Sharuz, Esq., of the law firm Dimond Kaplan & Rothstein, P.A., hereby enters her appearance as counsel for Defendant William Trevor Lawrence and requests that copies of all future pleadings, orders, and other papers filed or served in this matter be served on her via CM/ECF or at the address listed below, as appropriate

Date: February 23, 2023　　　　　　　　　　Respectfully submitted,

                                                   DIMOND KAPLAN & ROTHSTEIN, P.A.
                                                 Offices at Grand Bay Plaza
                                                 2665 South Bayshore Drive, PH-2B
                                                 Miami, Florida 33133
                                                 Telephone:   (305) 374-1920
                                                 Facsimile:    (305) 374-1961

                                                 By:    /s Eshaba Jahir-Sharuz
                                                 Eshaba Jahir-Sharuz, Esq.
                                                 Fla. Bar No. 1038846
                                                 Eshaba@dkrpa.com
                                                 *Counsel for Defendant*
                                                 *William Trevor Lawrence*