UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-23753-MOORE/BECERRA

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Hillary N. Ladov, Esq. of the law firm of McAngus Goudelock & Courie LLC, 2000 Market Street, Suite 780, Philadelphia, PA 19103 & (484) 406-4306, for purposes of appearance as co-counsel on behalf of Defendant William Trevor Lawrence in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Hillary N. Ladov, Esq. to receive electronic filings in this case, and in support thereof states as follows:

    1.    Hillary N. Ladov, Esq. is not admitted to practice in the Southern District of Florida and is a member in good standing of The Pennsylvania Bar, The New Jersey Bar, The United States District Courts for the Eastern and Middle Districts of Pennsylvania, The United States District Court for the District of New Jersey, and the United States Court of Appeals for the Third Circuit.

2. Movant, David A. Rothstein, Esq., of the law firm of Dimond Kaplan & Rothstein, P.A., 2665 South Bayshore Drive, PH 2B, Miami, Florida 33133 & (305) 374-1920, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Hillary N. Ladov, Esq. has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Hillary N. Ladov, Esq., by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Hillary N. Ladov, Esq. at email address: hillary.ladov@mgclaw.com.

WHEREFORE, David A. Rothstein, Esq. moves this Court to enter an Order Hillary N. Ladov, Esq. to appear before this Court on behalf of Defendant William Trevor Lawrence, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Hillary N. Ladov, Esq.

Dated: <u>February 23, 2023</u>

Respectfully submitted,

DIMOND KAPLAN & ROTHSTEIN, P.A.
Offices at Grand Bay Plaza
2665 South Bayshore Drive, PH-2B
Miami, Florida 33133
Telephone:   (305) 374-1920
Facsimile:    (305) 374-1961

By:   /s David A. Rothstein
David A. Rothstein, Esq.
Fla. Bar No. 995762
DRothstein@dkrpa.com
Alexander M. Peraza, Esq.
Fla. Bar No. 107044
APeraza@dkrpa.com
Eshaba Jahir-Sharuz, Esq.
Fla. Bar No. 1038846
Eshaba@dkrpa.com
*Counsel for William Trevor Lawrence*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 22-cv-23753-MOORE/BECERRA

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

### **CERTIFICATION OF HILLARY N. LADOV, ESQ.**

    Hillary N. Ladov, Esq., pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of The Pennsylvania Bar, The New Jersey Bar, The United States District Courts for the Eastern and Middle Districts of Pennsylvania, The United States District Court for the District of New Jersey, and the United States Court of Appeals for the Third Circuit; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                         /s/ Hillary N. Ladov, Esq.
                                                            Hillary N. Ladov, Esq.