**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 22-cv-23753-MOORE/BECERRA**

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

      Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

      Defendants.

_____ /

**<u>DEFENDANT'S NOTICE OF STRIKING ECF NOS. 63 & 64</u>**

      Defendant William Trevor Lawrence, pursuant to the Clerk's Notices in ECF Nos. 65 & 67, strikes the *pro hac vice* motions filed on February 23, 2023 [ECF Nos. 63 & 64] and will refile same in accordance with CM/ECF Admin. Procedures and the Local Rules.

Dated: <u>February 24, 2023</u>

                        Respectfully submitted,

                        DIMOND KAPLAN & ROTHSTEIN, P.A.
                        Offices at Grand Bay Plaza
                        2665 South Bayshore Drive, PH-2B
                        Miami, Florida 33133
                        Telephone:    (305) 374-1920
                        Facsimile:    (305) 374-1961

                        By:     <u>/s Alexander M. Peraza</u>
                        David A. Rothstein, Esq.
                        Fla. Bar No. 995762
                        DRothstein@dkrpa.com
                        Alexander M. Peraza, Esq.
                        Fla. Bar No. 107044
                        APeraza@dkrpa.com
                        Eshaba Jahir-Sharuz, Esq.
                        Fla. Bar No. 1038846
                        Eshaba@dkrpa.com
                        *Counsel for William Trevor Lawrence*