UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23753-KMM

EDWIN GARRISON, *et al.* on behalf of themselves and all others similarly situated,

    Plaintiff,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR A BRIEF STATUS CONFERENCE**

THIS MATTER having come before the Court on the Plaintiffs' Request for a Brief Status Conference (ECF No. __). The Court has considered the motion and the pertinent portions of the record.

    ORDERED AND ADJUDGED that:

1. A status conference is scheduled in this matter for [DATE] at [TIME].
2. The Court will circulate Zoom instructions by separate Order in advance of the conference

DONE and ORDERED in Chambers in Miami, Florida, this __ day of March, 2023.

 

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record