#292217

# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 22-CV-23753-KMM

Plaintiff: **EDWIN GARRISON, ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED**
vs.
Defendant: **SAM BANKMAN-FRIED, ET AL.**

For: THE MOSKOWITZ LAW FIRM, PLLC

Received by P.I. SERVICES on the 22nd day of February, 2023 at 10:35 am to be served on **NISHAD SINGH C/O ANDREW GOLDSTEIN, COOLEY LLP, 1299 PENNSYLVANIA AVENUE NW, SUITE 700, WASHINGTON, DC 20004.** I, _____ Brett Jeffrey _____, do hereby affirm that on the __22nd__ day of __February__, 20__23__ at __2 : 29__ p.m., executed service by delivering a true copy of the **SUMMONS AND AMENDED COMPLAINT (21 DAYS)** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

(✓) OTHER SERVICE: As described in the Comments below by serving
_____ Kia Gilmore _____ as __Legal Assistant to Andrew Goldstein & Authorized Agent__

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** Upon my arrival, I spoke with Kia Gilmore who stated that she was the legal assistant and that she was authorized to accept service on behalf of attorney Andrew Goldstein.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.
Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true and correct, NO NOTARY REQUIRED PERSUANT TO F.S. 92.525(2).

Brett Jeffrey
PROCESS SERVER # _____
Appointed in accordance with State Statutes

P.I. SERVICES
1430 S. Dixie Highway
Suite 105, #157
Coral Gables, FL 33146
(305) 666-0142

Our Job Serial Number: 2023000261