## RETURN OF SERVICE
UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 22-CV-23753-KMM

Plaintiff: **EDWIN GARRISON, ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED**
vs.
Defendant: **SAM BANKMAN-FRIED, ET AL.**

For: THE MOSKOWITZ LAW FIRM, PLLC

Received by P.I. SERVICES on the 22nd day of February, 2023 at 10:35 am to be served on DAN FRIEDBERG, 1133 BIGELOW AVENUE N, SEATTLE, WA 98109. I, Cynthia Yachin, do hereby affirm that on the 23rd day of February, 2023 at 7:28 pm, executed service by delivering a true copy of the **SUMMONS AND AMENDED COMPLAINT (21 DAYS)** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

(X) SUBSTITUTE SERVICE: By serving John Doe as _____.

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: see attachment

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.
Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true and correct, NO NOTARY REQUIRED PERSUANT TO F.S. 92.525(2).

PROCESS SERVER # 1720140
Appointed in accordance with State Statutes

P.I. SERVICES
1430 S. Dixie Highway
Suite 105, #157
Coral Gables, FL 33146
(305) 666-0142

Our Job Serial Number: 2023000265

I, Cynthia K. Partin, being duly sworn depose and say:

I am over the age of 18 and not a party to, no interest in the below entitled action. I am a resident of the State of Washington and a citizen of the United States of America. If called upon to testify in this action as to the matters set forth in this declaration, I could and would competently testify thereto.

When I approached the house there were lights on inside and I could see people moving around. I rang the doorbell and a dog barked. A man spoke to me through the door. I asked for Dan Friedberg. He stated that Dan was not home (confirming this was Dan's residence) and asked what I wanted. I explained that I was delivering legal documents. He began yelling at me to get off of his property (Confirming he does live there) and not to post any documents on his property. I dropped the papers in the doormat and began walking away. The man then came out of the house screaming at me and began following me down the stairs. I turned around and told him not to follow me. I then took his picture. He turned around, walked back up towards the house, picked up the papers and threw them out towards the street.

Cynthia Partin
Process Server License # 1720140