# **RETURN OF SERVICE**
## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 22-CV-23753-KMM

**Plaintiff: EDWIN GARRISON, ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED**
vs.
**Defendant: SAM BANKMAN-FRIED, ET AL.**

For: THE MOSKOWITZ LAW FIRM, PLLC

Received by P.I. SERVICES on the 22nd day of February, 2023 at 10:35 am to be served on **SHOHEI OHTANI C/O NILOOFAR B. SHEPHARD, OFFICE OF THE CHIEF LEGAL OFFICER, Creative Artists Agency, 2000 AVENUE OF THE STARS, LOS ANGELES, CA 90067**. I, Matthew A. Garrison,

do hereby affirm that on the __1st__ day of __March__, 20__23__ at __11 35__ a.m., executed service by delivering a true copy of the **SUMMONS AND AMENDED COMPLAINT (21 DAYS)** in accordance with state statutes in the manner marked below:

(x) INDIVIDUAL SERVICE: Served the within-named person.
Shohei Ohtani by and through his designated / authorized agent - Niloofar B. Shephard, (White, Female, 55 - 60 yrs, 5'8", Black Hair, Glasses, 140 lbs)
( ) SUBSTITUTE SERVICE: By serving _____ as _____

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.
Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true and correct, NO NOTARY REQUIRED PERSUANT TO F.S. 92.525(2).

*Matthew A. Garrison*

Los Angeles County
PROCESS SERVER # 2012 157753
Appointed in accordance with State Statutes

P.I. SERVICES
1430 S. Dixie Highway
Suite 105, #157
Coral Gables, FL 33146
(305) 666-0142

Our Job Serial Number: 2023000272

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n