# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 22-CV-23753-KMM

Plaintiff: EDWIN GARRISON, ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED

vs.

Defendant: SAM BANKMAN-FRIED, ET AL.

For: THE MOSKOWITZ LAW FIRM, PLLC

Received by P.I. SERVICES on the 21st day of February, 2023 at 3:32 pm to be served on STEPHEN CURRY, 247 POLHEMUS AVENUE, ATHERTON, CA. I, ADAM HOFFMAN, do hereby affirm that on the 24 day of FEB, 2023 at 1:20 pm., executed service by delivering a true copy of the SUMMONS AND COMPLAINT (21 DAYS) in accordance with state statutes in the manner marked below: **AMENDED**

(X) INDIVIDUAL SERVICE: Served the within-named person. ✓ SELF IDFVRR

( ) SUBSTITUTE SERVICE: By serving _____ as _____

( ) POSTED SERVICE: After attempting service on __/__ at ___ and on __/__ at ___ to a conspicuous place on the property described herein.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: [handwritten notes, partially illegible] 247 Polhemus ... SERVED HERE → LANE ...

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true and correct. NO NOTARY REQUIRED PERSUANT TO F.S. 92.525(2).

State of California
County of Santa Clara

Subscribed and sworn to (or affirmed) before me this ___ day of March, 2023 by Adam Hoffman, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____ (Seal)

PROCESS SERVER # _____
Appointed in accordance with State Statutes

P.I. SERVICES
1430 S. Dixie Highway
Suite 105, #157
Coral Gables, FL 33146
(305) 666-0142

Our Job Serial Number: 2023000252

PHYLLIS I. DILLON
Notary Public - California
Santa Clara County
Commission # 1367368
My Comm. Expires Aug 19, 2025