# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 22-CV-23753-KMM

Plaintiff: EDWIN GARRISON, ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED

vs.

Defendant: SAM BANKMAN-FRIED, ET AL.

For: THE MOSKOWITZ LAW FIRM, PLLC

Received by P.I. SERVICES on the 22nd day of February, 2023 at 10:35 am to be served on SAM TRABUCCO, 36 WINNER CIRCLE, WELLS, ME 04090. I, _David E McGrath_, do hereby affirm that on the _24th_ day of _February_, 20_23_ at _10:22_ a.m., executed service by delivering a true copy of the SUMMONS AND AMENDED COMPLAINT (21 DAYS) in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _Carol Trabucco_ as _Mother of Defendant_.

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _Carol The Defendants Mother Received The Documents White, Female, 45-55 Years of Age 5 FT 6 Tall 165 LBS Gray Hair_

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.
Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true and correct, NO NOTARY REQUIRED PERSUANT TO F.S. 92.525(2).

PROCESS SERVER # _51734_
Appointed in accordance with State Statutes

P.I. SERVICES
1430 S. Dixie Highway
Suite 105, #157
Coral Gables, FL 33146
(305) 666-0142

Our Job Serial Number: 2023000259

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n