UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-23753-KMM

EDWIN GARRISON, *et al.*, on behalf of
themselves and all others similarly situated,

      Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

      Defendants.

_____/

## NOTICE OF ATTORNEY APPEARANCE

      PLEASE TAKE NOTICE that Adam M. Schachter of the law firm Gelber Schachter &

Greenberg, P.A. appears as counsel for Defendant Sam Bankman-Fried, and requests that all

papers served in this case also be delivered to and served at the addresses set forth below.


Dated: March 8, 2023            Respectfully Submitted,

                          */s/ Adam M. Schachter*
                          GERALD E. GREENBERG
                          Florida Bar No. 440094
                          ggreenberg@gsgpa.com
                          ADAM M. SCHACHTER
                          Florida Bar No. 647101
                          aschachter@gsgpa.com
                          GELBER SCHACHTER & GREENBERG, P.A.
                          SunTrust International Center
                          One Southeast Third Avenue, Suite 2600
                          Miami, Florida 33131
                          Telephone: (305) 728-0950
                          E-service: efilings@gsgpa.com

                          *Counsel for Defendant Sam Bankman-Fried*