UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-23753-KMM

EDWIN GARRISON, *et al.*, on behalf of
themselves and all others similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Jeremy D. Mishkin of the law firm of Montgomery McCracken, 1735 Market Street, 21st Floor, Philadelphia, PA 19103-7505, Telephone 215-772-1500, for purposes of appearance as co-counsel on behalf of Defendant Sam Bankman-Fried in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Jeremy D. Mishkin to receive electronic filings in this case, and in support thereof states as follows:

    1.    Jeremy D. Mishkin is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York State Bar, Pennsylvania State Bar, and the Supreme Court of the United States.

    2.    Movant, Gerald E. Greenberg, of the law firm of Gelber Schachter & Greenberg, P.A., SunTrust International Center, One Southeast Third Avenue, Suite 2600 Miami, Florida

33131, Telephone: (305) 728-0950, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Jeremy D. Mishkin has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Jeremy D. Mishkin, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Jeremy D. Mishkin at email address: jmishkin@mmwr.com.

WHEREFORE, Gerald E. Greenberg, moves this Court to enter an Order Jeremy D. Mishkin, to appear before this Court on behalf of Defendant, Sam Bankman-Fried, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Jeremy D. Mishkin.

Dated: March 8, 2023                                Respectfully Submitted,

                                                         */s/Gerald E. Greenberg*
                                                         GERALD E. GREENBERG
                                                         Florida Bar No. 440094
                                                         ggreenberg@gsgpa.com
                                                         ADAM M. SCHACHTER
                                                         Florida Bar No. 647101
                                                         aschachter@gsgpa.com
                                                         GELBER SCHACHTER & GREENBERG, P.A.
                                                         SunTrust International Center
                                                         One Southeast Third Avenue, Suite 2600
                                                         Miami, Florida 33131
                                                         Telephone: (305) 728-0950
                                                         E-service: efilings@gsgpa.com

                                                         *Counsel for Defendant Sam Bankman-Fried*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-23753-KMM

EDWIN GARRISON, *et al.*, on behalf of
themselves and all others similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

### CERTIFICATION OF JEREMY D. MISHKIN

Jeremy D. Mishkin, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the New York State Bar, Pennsylvania State Bar, and the Supreme Court of the United States; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

    */s/ Jeremy D. Mishkin*
    Jeremy D. Mishkin

4