UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-23753-KMM

EDWIN GARRISON, *et al.*, on behalf of
themselves and all others similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Richard M. Simins of the law firm of Montgomery McCracken, 1735 Market Street, 21st Floor, Philadelphia, PA 19103-7505, Telephone 215-772-1500, for purposes of appearance as co-counsel on behalf of Defendant Sam Bankman-Fried in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Richard M. Simins to receive electronic filings in this case, and in support thereof states as follows:

    1.    Richard M. Simins is not admitted to practice in the Southern District of Florida and is a member in good standing of the Pennsylvania State Bar.

    2.    Movant, Gerald E. Greenberg, of the law firm of Gelber Schachter & Greenberg, P.A., SunTrust International Center, One Southeast Third Avenue, Suite 2600 Miami, Florida 33131, Telephone: (305) 728-0950, is a member in good standing of The Florida Bar and the

United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Richard M. Simins has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Richard M. Simins, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Richard M. Simins at email address: rsimins@mmwr.com.

WHEREFORE, Gerald E. Greenberg, moves this Court to enter an Order Richard M. Simins, to appear before this Court on behalf of Defendant, Sam Bankman-Fried, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Richard M. Simins.

Dated: March 8, 2023

Respectfully Submitted,

*/s/Gerald E. Greenberg*
GERALD E. GREENBERG
Florida Bar No. 440094
ggreenberg@gsgpa.com
ADAM M. SCHACHTER
Florida Bar No. 647101
aschachter@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
SunTrust International Center
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com

*Counsel for Defendant Sam Bankman-Fried*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-cv-23753-KMM**

EDWIN GARRISON, *et al.*, on behalf of
themselves and all others similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

**CERTIFICATION OF RICHARD M. SIMINS**

Richard M. Simins, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Pennsylvania State Bar; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                                              */s/Richard M. Simins*
                                                                              Richard M. Simins