**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-cv-23753-KMM**

EDWIN GARRISON, *et al.*, on behalf of
themselves and all others similarly situated,

       Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

       Defendants.

_____/

**ORDER GRANTING MOTION TO APPEAR**
**_PRO HAC VICE_, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for

Richard M. Simins, Consent to Designation, and Request to Electronically Receive Notices of

Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer

Review, and Discipline of Attorneys in the United States District Court for the Southern District

of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having

considered the motion and all other relevant factors, it is hereby

       ORDERED AND ADJUDGED that:

       The Motion is GRANTED.  Richard M. Simins, may appear and participate in this action

on behalf of Defendant Sam Bankman-Fried.  The Clerk shall provide electronic notification of all

electronic filings to Richard M. Simins, at rsimins@mmwr.com.

       DONE AND ORDERED in Chambers at Miami, Florida, this ____ day of March, 2023.

                           _____
                           K. MICHAEL MOORE
                           UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record