# Exhibit B

## Re: Activity in Case 1:22-cv-23753-KMM Garrison v. Bankman-Fried et al (Joint Scheduling Report)

**Carver, Christopher (Ptnr-Ftl)**

Thu 3/9/2023 11:06 AM

To: Adam Moskowitz <Adam@moskowitz-law.com>;

Cc: Jessica.StebbinsBina@lw.com <Jessica.StebbinsBina@lw.com>; zach@colson.com <zach@colson.com>; Joseph Kaye <joseph@moskowitz-law.com>; Mckenzie Phillip <mphillip@mnrlawfirm.com>; Brandon Floch <bfloch@mnrlawfirm.com>; Milena Ordenes <mordenes@mnrlawfirm.com>; Jeffrey Marcus <jmarcus@mnrlawfirm.com>; Michael Pineiro <mpineiro@mnrlawfirm.com>; abrettler@berkbrettler.com <abrettler@berkbrettler.com>; Susan.Engel@lw.com <Susan.Engel@lw.com>; Andrew.Clubok@lw.com <Andrew.Clubok@lw.com>; Brittany.Record@lw.com <Brittany.Record@lw.com>; Elizabeth.Greenman@lw.com <Elizabeth.Greenman@lw.com>; Marvin.Putnam@lw.com <Marvin.Putnam@lw.com>; michele.johnson@lw.com <michele.johnson@lw.com>; Bob@colson.com <Bob@colson.com>; scasey@colson.com <scasey@colson.com>; tlydon@mgclaw.com <tlydon@mgclaw.com>; Eshaba@dkrpa.com <Eshaba@dkrpa.com>; aperaza@dkrpa.com <aperaza@dkrpa.com>; DRothstein@dkrpa.com <DRothstein@dkrpa.com>; eric.fitzgerald@mgclaw.com <eric.fitzgerald@mgclaw.com>; hillary.ladov@mgclaw.com <hillary.ladov@mgclaw.com>; Lorenza B. Ospina <lorie@moskowitz-law.com>; MKahn@gibsondunn.com <MKahn@gibsondunn.com>; Oletsky, Jason (Ptnr-Ftl) <jason.oletsky@akerman.com>; Johnson, Katie (Assoc-Ftl) <katie.johnson@akerman.com>; jmishkin@mmwr.com <jmishkin@mmwr.com>; danielscottfriedberg@gmail.com <danielscottfriedberg@gmail.com>; defink@venable.com <defink@venable.com>; stephanie.avakian@wilmerhale.com <stephanie.avakian@wilmerhale.com>; agoldstein@cooley.com <agoldstein@cooley.com>; aboies@bsfllp.com <aboies@bsfllp.com>; xboies@gmail.com <xboies@gmail.com>; szg@grossmanroth.com <szg@grossmanroth.com>; szack@bsfllp.com <szack@bsfllp.com>; balexander@bsfllp.com <balexander@bsfllp.com>; tulrich@bsfllp.com <tulrich@bsfllp.com>; jose@markmigdal.com <jose@markmigdal.com>; Michelle@markmigdal.com <Michelle@markmigdal.com>; Rejane Passos <rejane@moskowitz-law.com>; Carver, Christopher (Ptnr-Ftl) <christopher.carver@akerman.com>; Jeffrey Neiman <jneiman@mnrlawfirm.com>;

Adam,

This appears to be a workable resolution. As you requested, we will attach the email chain as an exhibit to the Local Rule 7.1(a)(3) certification and file the motion as "Unopposed," noting that the details of Plaintiffs' position are in the certification and exhibit.

Thanks,

Christopher S. Carver
*Counsel for Defendant Ortiz*

---

**From:** Adam Moskowitz <Adam@moskowitz-law.com>
**Sent:** Thursday, March 9, 2023 9:17 AM
**To:** Jeffrey Neiman
**Cc:** Jessica.StebbinsBina@lw.com; zach@colson.com; Joseph Kaye; Mckenzie Phillip; Brandon Floch; Milena Ordenes; Jeffrey Marcus; Michael Pineiro; abrettler@berkbrettler.com; Susan.Engel@lw.com; Andrew.Clubok@lw.com; Brittany.Record@lw.com; Elizabeth.Greenman@lw.com; Marvin.Putnam@lw.com; michele.johnson@lw.com; Bob@colson.com; scasey@colson.com; tlydon@mgclaw.com; Eshaba@dkrpa.com; aperaza@dkrpa.com; DRothstein@dkrpa.com; eric.fitzgerald@mgclaw.com; hillary.ladov@mgclaw.com; Lorenza B. Ospina; MKahn@gibsondunn.com; Carver, Christopher (Ptnr-Ftl); Oletsky, Jason (Ptnr-Ftl); Johnson, Katie (Assoc-Ftl); jmishkin@mmwr.com; danielscottfriedberg@gmail.com; defink@venable.com; stephanie.avakian@wilmerhale.com; agoldstein@cooley.com; aboies@bsfllp.com; xboies@gmail.com; szg@grossmanroth.com; szack@bsfllp.com; balexander@bsfllp.com; tulrich@bsfllp.com; jose@markmigdal.com; Michelle@markmigdal.com; Rejane Passos
**Subject:** Re: Activity in Case 1:22-cv-23753-KMM Garrison v. Bankman-Fried et al (Joint Scheduling Report)

**[External to Akerman]**

Thank you Jeff, Jessica and Zach. Our sole goal is to make sure we are adhering to the Court's order, which sometimes with so many defendants, can be more difficult. We want to make it easy for everyone.

Why don't you file your Motion for Extension of time around 11am as you planned, you can even call it unopposed (so we can see any response by the Court), and simply attach a copy of my email from this morning, so the Court knows we were ready to proceed with the JSR. Moreover, as requested, we will go ahead and cancel the 1pm Zoom.

I hope this resolution is amenable to everyone. Thanks, Adam

Sent from my iPhone

> On Mar 9, 2023, at 9:06 AM, Jeffrey Neiman <jneiman@mnrlawfirm.com> wrote:

Adam,

We agree with all of Jessica's points laid out below.

At a minimum, all parties should have input during any scheduling conference. Because all parties do not have counsel yet – and, in fact, not all parties have been served – any scheduling conference is premature. We hope you will consent to a brief extension.

Regards,
Jeff

Jeffrey A. Neiman
Marcus Neiman Rashbaum & Pineiro LLP
100 Southeast Third Avenue
Suite 805
Fort Lauderdale, Florida 33394
Telephone:  954-462-1200
jneiman@mnrlawfirm.com

This e-mail message is from Marcus Neiman & Rashbaum LLP, a law firm, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited.  If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.

On Mar 9, 2023, at 8:40 AM, Jessica.StebbinsBina@lw.com wrote:

Adam,

Respectfully, we've been trying to confer with respect to the Court's order and our collective response.  As Zach noted, it appears that an extension of time is necessary so that all defendants can be involved.  Your email states that 17 of 18 defendants have been served, meaning that even by your count a defendant hasn't been served.  And at least one of those 17 defendants you claim had been properly seemed appears to have contested that already.  And your email that unilaterally attempted to set a time for a conference today appears to have only included 12 or 13 of the defendants' counsel. (Note:  we do not know all of the defense counsel – it would be helpful if you could identify those who you say you've served but who have not entered an appearance).  In addition, the proofs of service you've filed reflect that about half the defendants were served within the past two weeks.  Those newly-served defendants no doubt need time to retain counsel and consult with those counsel with respect to their positions.

Meanwhile, you've filed a motion for consolidation of all pretrial proceedings into an MDL, which would add another 40 or so defendants and require coordination with about ten other actions.  All of this counsels for a short delay of the Rule 16 conference and the Rule 26 statement so that all parties may meaningfully participate.

We understand from the correspondence that several of the defendants' counsel you did email are unavailable at 1 ET today, and we obviously cannot conduct a meaningful conference, as required by the Rules, with only some of the parties.   All of this can be solved, however, if you (a) complete service on the defendants and (b) work cooperatively with all the parties to set a time for a meaningful conference (with at least more than a day's notice) a reasonable time after all parties have been served.

As a result of all of this, we think the only viable option at this point is to ask the Court for a brief extension of the schedule for the Rule 16 Conference.  I ask that everybody consent to this by email or if anybody disagrees, let's jump on a short call as soon as possible this morning (we're available from now until about 11:00 AM, but we don't believe we can delay filing past then).  Please let us know if you're available this morning.  I'm not available at 1 ET but can speak between now and 12 (I'm out of the country at the moment).   If we can't get a call shortly, we intend to file our motion and note your opposition.

Thanks,

**Jessica Stebbins Bina**

**LATHAM & WATKINS LLP**
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
Direct Dial: +1.424.653.5525
Email: jessica.stebbinsbina@lw.com
https://www.lw.com

**From:** Adam Moskowitz <Adam@moskowitz-law.com>

**Sent:** Wednesday, March 8, 2023 8:06 PM
**To:** Lipshultz, Zach <zach@colson.com>
**Cc:** Joseph Kaye <joseph@moskowitz-law.com>; jneiman@mnrlawfirm.com; mphillip@mnrlawfirm.com; bfloch@mnrlawfirm.com; mordenes@mnrlawfirm.com; jmarcus@mnrlawfirm.com; mpineiro@mnrlawfirm.com; abrettler@berkbrettler.com; Engel, Susan (DC) <Susan.Engel@lw.com>; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Record, Brittany (DC) <Brittany.Record@lw.com>; Greenman, Elizabeth (CC) <Elizabeth.Greenman@lw.com>; Putnam, Marvin (CC) <Marvin.Putnam@lw.com>; Johnson, Michele (OC) <michele.johnson@lw.com>; Martinez, Roberto <Bob@colson.com>; Casey, Stephanie <scasey@colson.com>; tlydon@mgclaw.com; Eshaba@dkrpa.com; aperaza@dkrpa.com; DRothstein@dkrpa.com; eric.fitzgerald@mgclaw.com; hillary.ladov@mgclaw.com; Lorenza B. Ospina <lorie@moskowitz-law.com>; MKahn@gibsondunn.com; christopher.carver@akerman.com; jason.oletsky@akerman.com; katie.johnson@akerman.com; jmishkin@mmwr.com; danielscottfriedberg@gmail.com; defink@venable.com; stephanie.avakian@wilmerhale.com; agoldstein@cooley.com; aboies@bsfllp.com; David Boies2 <xboies@gmail.com>; Stuart Grossman <SZG@grossmanroth.com>; Stephen N. Zack <szack@bsfllp.com>; Brooke Alexander <balexander@bsfllp.com>; tulrich@bsfllp.com; José Ferrer <jose@markmigdal.com>; Michelle Genet Bernstein <Michelle@markmigdal.com>; Rejane Passos <rejane@moskowitz-law.com>
**Subject:** Re: Activity in Case 1:22-cv-23753-KMM Garrison v. Bankman-Fried et al (Joint Scheduling Report)

Thank you Zach and we are very glad that you have been approved to speak for the defendants, it will certainly make these types of issues and tasks more efficient to resolve.

As we stated, all Defendants have been served (except Mr. O'Neal, whom we have proof has been evading process for almost 4 weeks) and the Court has already allowed all responses to be filed by April 14th.

In the abundance of caution, and to adhere to Judge Moore's recent order, we see no reason (now that everyone has been served) not to conduct our scheduled Zoom Conference tomorrow at 1pm as planned.

We have all completed hundreds of Joint Scheduling Reports and we already circulate a draft with Plaintiffs' suggestions, so please all plan to attend.

We filed this proposed class case many months ago and we respectfully suggest that we need to finally move this case along.

Our main goal is of course to strictly follow all of the Orders by the Court. It has been surprising the great lengths that many of the Defendant celebrities have gone to evade service of the complaint (we have 3 different companies working daily, since we first filed this case).

Initially, the Justice Department requested that we inform the Court that they had an interest in our case and wanted to respectfully request a stay as to a few of the settling FTX defendants in their criminal manner. The Court instructed us not to inform the Court of the Justice Department's position, and that they needed to do so directly.

Second, we tried to reach a consensus from Defendants, so we could represent to the Court that we finally had an agreement on a Status Conference, but we never heard back from many defendants.

Finally, the Court just made clear that we all needed to complete the Joint Scheduling Report and/or have a good basis to seek an extension of time.

Now that all of the Defendants have been served, most have filed *pro hoc* requests and your group has filed extensive Motion to Remand papers, we will err on the safe side of following the Court's instructions and meet and confer, so we can all complete the Joint Scheduling Report, and can finally move this case along. We are confident that we will all be able to complete the JSR and discuss any and all issues on our planned Zoom at 1pm. There is a section for any and all defendants to state any positions in the draft JSR.

Of course, you have every right to file any requests for extension of time, and the Court may agree with your position. We respectfully request that you at least, simply attach a copy of this email, so the Court is fully apprised of our position.

Respectfully, Adam


Sent from my iPhone


> On Mar 8, 2023, at 7:14 PM, Lipshultz, Zach <zach@colson.com> wrote:
>
> Good evening,
>
> Thank you for reaching out regarding the scheduling conference. Given that numerous defendants have yet to be served and the Plaintiffs' motion to transfer, we believe that a scheduling conference would be premature. We will be filing a motion to continue the scheduling conference deadline until 30 days after all the defendants have been served, with a scheduling report due 10 days thereafter. We intend to file this motion by 10 AM tomorrow and would appreciate receiving your position before then.
>
> Thank you,
>
> Zach

On Mar 8, 2023, at 1:44 PM, Joseph Kaye <joseph@moskowitz-law.com> wrote:

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
Good afternoon all,

For any who may have missed the calendar invite (we have not received responses from all), below is the Zoom information for tomorrow's 1:00pm EST Joint Scheduling Conference. Thanks.

> Join Zoom Meeting
> https://us02web.zoom.us/j/88960649722?pwd=VndYbW5tS3pCTEx4MzJ5YVplYjI0Zz09
>
> Meeting ID: 889 6064 9722
> Passcode: 412048
> One tap mobile
> +13052241968,,88960649722#,,,,*412048# US
> +16465588656,,88960649722#,,,,*412048# US (New York)
>
> Dial by your location
>         +1 305 224 1968 US
>         +1 646 558 8656 US (New York)
>         +1 646 931 3860 US
>         +1 301 715 8592 US (Washington DC)
>         +1 309 205 3325 US
>         +1 312 626 6799 US (Chicago)
>         +1 253 215 8782 US (Tacoma)
>         +1 346 248 7799 US (Houston)
>         +1 360 209 5623 US
>         +1 386 347 5053 US
>         +1 507 473 4847 US
>         +1 564 217 2000 US
>         +1 669 444 9171 US
>         +1 669 900 9128 US (San Jose)
>         +1 689 278 1000 US
>         +1 719 359 4580 US
>         +1 253 205 0468 US
> Meeting ID: 889 6064 9722
> Passcode: 412048
> Find your local number: https://us02web.zoom.us/u/kbjZ3l5vDP


Best,

Joseph M. Kaye, P.A.
Partner
**The Moskowitz Law Firm, PLLC**
P.O. Box 141609
Coral Gables, FL 33114
*For Hand Deliveries Use:*
251 Valencia Ave #141609
Coral Gables, FL 33114
Office: (305) 740-1423
Direct: (786) 309-9585

Note: The information in this email is confidential and intended to be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information contained herein; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any viruses or other defects that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free and no responsibility is accepted by The Moskowitz Law Firm or the sender of this email for any loss or damage arising

in any way from its use.

CIRCULAR 230 DISCLAIMER: The IRS now requires written advice (including electronic communications) regarding one or more Federal (i.e., United States) tax issues to meet certain standards. Those standards involve a detailed and careful analysis of the facts and applicable law which we expect would be time consuming and costly. We have not made and have not been asked to make that type of analysis in connection with any advice given in this e-mail. As a result, we are required to advise you that any Federal tax advice rendered in this e-mail is not intended or written to be used and cannot be used for the purpose of avoiding penalties that may be imposed by the IRS.

---

**From:** Adam Moskowitz
**Sent:** Tuesday, March 7, 2023 4:18 PM
**To:** jneiman@mnrlawfirm.com; mphillip@mnrlawfirm.com; bfloch@mnrlawfirm.com; mordenes@mnrlawfirm.com; jmarcus@mnrlawfirm.com; mordenes@mnrlawfirm.com; mpineiro@mnrlawfirm.com; mordenes@mnrlawfirm.com; abrettler@berkbrettler.com; Susan.Engel@lw.com; Jessica.StebbinsBina@lw.com; Andrew.Clubok@lw.com; Brittany.Record@lw.com; Elizabeth.Greenman@lw.com; Marvin.Putnam@lw.com; michele.johnson@lw.com; Bob@colson.com; scasey@colson.com; zach@colson.com; tlydon@mgclaw.com; Eshaba@dkrpa.com; APeraza@dkrpa.com; DRothstein@dkrpa.com; eric.fitzgerald@mgclaw.com; hillary.ladov@mgclaw.com; Lorenza B. Ospina; MKahn@gibsondunn.com; christopher.carver@akerman.com; jason.oletsky@akerman.com; katie.johnson@akerman.com; jmishkin@mmwr.com; danielscottfriedberg@gmail.com; defink@Venable.com; stephanie.avakian@wilmerhale.com; agoldstein@cooley.com
**Cc:** aboies@bsfllp.com; David Boies2; Stuart Grossman; Stephen N. Zack; Brooke Alexander; tulrich@BSFLLP.com; José Ferrer; Michelle Genet Bernstein
**Subject:** Activity in Case 1:22-cv-23753-KMM Garrison v. Bankman-Fried et al (Joint Scheduling Report)

**To all FTX Defendants and their Counsel:**

All of you should have reviewed the recent Order by Judge Moore, which requires the Parties to comply with the prior Order and file the Joint Scheduling Order by this Friday. Attached is a fully drafted JSO and we certainly look forward to reviewing your revisions, suggestions and/or edits this week. Please let us know if you have selected one (or more) counsel to serve as Liaison Counsel, but in the abundance of caution, we have copied all counsel (and *pro se*) of record.

We have spent great efforts (4 different service companies) trying to get all of you served with our Complaint. Since we filed this action many weeks ago, we appreciate that many of you have been cooperative, have proactively accepted service of the complaint, and have entered your appearances. Others have been more difficult to serve and are now joining these proceedings, either *pro se* or through counsel. Only one, however, has chosen instead to evade service, in order to draw out these proceedings, or to otherwise attempt to avoid answering for these allegations.

In any event, Defendants have now been served and are before the Court (or will soon be). The sole remaining Defendant to accept service of the complaint is Defendant Mr. Shaquille O'Neal, who we know has discussed the existence of this case, but is apparently still actively evading service, refusing to answer his home door when approached by our process servers. We have reached out to his last known litigation counsel, and if any defense counsel are aware of who will represent Mr. O'Neal in this action (or are in contact with Mr, O'Neal), please forward this email to them, so we can ensure all Defendants are served and join in this Meet and Confer.

In furtherance of this goal, and in accordance with the Court's Order, attached for Defendants' review and input is a draft proposed Joint Conference Report and proposed Scheduling Order. We have included Plaintiffs' position and designated areas for Defendants to include their respective positions, to the extent they differ from Plaintiffs'. Please advise when there are points that are not in dispute so we can revise those points to be made jointly.

We will hold the Joint Scheduling Conference to discuss the report **via Zoom on Thursday at 1:00pm EST**, so we can all discuss any and all points in dispute and finalize the report for filing by Friday afternoon, as Ordered by the Court. We will send a calendar invite with Zoom information to each of you, so please forward the instructions to anyone and everyone that you know will be involved in this matter, but are not copied on this email.

Thank you,

Adam Moskowitz and David Boies

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com