# Composite

# Exhibit B

Log Out

2C

## Details for Job 2022001911

### General Information
| | |
|---|---|
| **Party To Be Served:** | THOMAS BRADY |
| **Person To Be Served:** | THOMAS BRADY |
| **Received Date/Time:** | 12/21/2022 10:50 AM |
| **Documents To Be Served:** | SUMMONS TO THOMAS BRADY, AMENDED COMPLAINT (20 DAYS), PLAINTIFFS' FIRST REQUEST FOR ADMISSION TO THOMAS BRADY, PLAINTIFFS' FIRST SET OF INTERROGATORIES TO THOMAS BRADY, PLAINTIFFS' FIRST SET OF REQUEST FOR PRODUCTION TO THOMAS BRADY |
| **Court Date/Time:** | None |

### Case Information
| | |
|---|---|
| **Case Number:** | 2022-0022900-CA-01 |
| **Judge:** | None |
| **Plaintiff:** | MICHAEL NORRIS, ET AL. |
| **Defendant:** | DAVID ORTIZ, ET AL. |
| **Case Date Filed:** | None |
| **Amended Date Filed:** | None |

### Service Information
| | |
|---|---|
| **Served:** | THOMAS BRADY |
| **Date/Time Served:** | 12/27/2022 12:05 PM |
| **Method of Service:** | NON SERVICE |
| **Detailed Service Info:** | NON-SERVED: After due search, careful inquiry and diligent attempts I was unable to serve the SUMMONS TO THOMAS BRADY, AMENDED COMPLAINT (20 DAYS), PLAINTIFFS' FIRST REQUEST FOR ADMISSION TO THOMAS BRADY, PLAINTIFFS' FIRST SET OF INTERROGATORIES TO THOMAS BRADY, PLAINTIFFS' FIRST SET OF REQUEST FOR PRODUCTION TO THOMAS BRADY for the reason that I failed to find THOMAS BRADY or information to allow further search. |
| **Service Address:** | ONE BUC PLACE, TAMPA, FL 33607 |
| **Recipient Description:** | None |

### Servee Addresses
| Address(es) |
|---|
| ONE BUC PLACE, TAMPA, FL 33607 |
| 588 RIVERA DR., TAMPA, FL |

### Comments
☐ Show Location Column

| Date/Time | Body |
|---|---|
| 1/2/2023 1:44 PM | Assigned Type of Service: NON-SERVE - COMMENTS |

| | Attempted on 12-21-2022 @ 3:17pm Server attempted provided address "ONE BUC PLACE, TAMPA" and was advised by security Thomas May that subject was gone for the day and unknown when he would return or could not provide any contact info, security called the legal department who advised that no one from this department would be accepting the documents Attempted on 12-22-2022 @ 6:15am Server attempted the provided address and met with security guard Mark Ostapowicz (w/m, 40+, 5'6, 170 LBS, brown hair and glasses) who stated that legal was not at the facility to accept the papers and would need to come back another time. CHANGED SERVERS TO CONTINUE ATTEMPTS. Attempted on 12-22-2022 @ 11:50am Different server attempted and was advised by security (50+yrs., w/m, 5'8, 160 lbs.,blonde hair, glasses) subject was not here and the legal department didn't come in today. Received call on 12-22-2022 Server received call from Chief Legal Officer of the Buccaneers Dan Malasky requesting information on the summons so that he can get authorization to accept service........server advised Mr. Malasky of the case and he advised server he would call back. Attempted 2nd address "588 RIVIERA DR., TAMPA" RUSH on 12-22-2022 @ 12:20Pm Server attempted 2nd address "588 RIVIERA DR., TAMPA" and there was a security gate at entrance with a call box at and no response. Attempted 1ST ADDRESS "ONE BUC PLACE, TAMPA" on 12/27/22 @ 12:05pm Facilities Director of Security Tom Rowan (55+yrs., w/m, 5'8, 175lbs, brown hair, no glasses) advised subject isn't available to receive summons. He contacted legal and further advised legal has servers information and is currently trying to contact Mr Brady's agent to get authorization to receive summons |
|---|---|
| 12/27/2022 8:40 PM | Attempted on 12/27/22 @ 12:05pm Jobs (5374) (5375) Thomas Brady Facilities Director of Security Tom Rowan (55+yrs., w/m, 5'8, 175lbs, brown hair, no glasses) advised subject isn't available to receive summons. He contacted legal and further advised legal has my information and is currently trying to contact Mr Brady's agent to get authorization to receive summons.............WILL NON SERVE PER CLIENT. |
| 12/22/2022 2:41 PM | Attempted 2nd address "588 RIVIERA DR., TAMPA" RUSH on 12-22-2022 @ 12:20pm Jobs (5374) (5375) Thomas Brady Server attempted 2nd address "588 RIVIERA DR., TAMPA" and there was a security gate to entrance, and call box at entrance and no response |
| 12/22/2022 2:15 PM | Received call on 12-22-2022 @ 1:50PM Jobs (5374) (5375) Thomas Brady Server received call from Chief Legal Officer of the Buccaneers Dan Malasky requesting information on the summons so that he can get authorization to accept service........server advised Mr. Malasky of the case and he advised server he would call back |
| 12/22/2022 1:18 PM | Attempted RUSH on 12-22-2022 @ 11:50am Jobs (5374) (5375) Thomas Brady Different server attempted and was advised by security (50+yrs., w/m, 5'8, 160 lbs.,blonde hair, glasses) subject was not here and the legal department didn't come in today |
| 12/22/2022 7:25 AM | Attempted RUSH on 12-22-2022 @ 6:15am Jobs (5374) (5375) Thomas Brady Server attempted the provided address and met with security guard Mark Ostapowicz (w/m, 40+, 5'6, 170 LBS, brown hair and glasses) who stated that legal was not at the facility to accept the papers. Ostapowicz stated that I would need to come back at another time and that he did not know when legal would be available. |
| 12/22/2022 6:37 AM | Attempted RUSH on 12-21-2022 @ 3:17pm Jobs (5374) (5375) Thomas Brady Server attempted provided address "ONE BUC PLACE, TAMPA" and was advised by security Thomas May that subject was gone for the day and unknown when he would return or could not provide any contact info, security called the legal department who advised that no one from this department would be accepting the documents...........server will attempt again very early Thursday 12-22 |
| 12/21/2022 12:42 PM | Assigned Job to our server. |

## Attachments

| Purpose | Description | Format | Show Attachment |
|---|---|---|---|
| N/A | COMPLAINT FOR SERVICE | Adobe PDF | Show Attachment |
| N/A | SERVICE DOCUMENTS | Adobe PDF | Show Attachment |
| Non Serve Affidavit | Affidavit | Adobe PDF | Show Attachment |

Log Out

2C

### Details for Job 2023000253

#### General Information
| | |
|---|---|
| **Party To Be Served:** | SHAQUILLE O'NEAL |
| **Person To Be Served:** | None |
| **Received Date/Time:** | 2/21/2023 6:06 PM |
| **Documents To Be Served:** | SUMMONS & AMENDED COMPLAINT (21 DAYS) |
| **Court Date/Time:** | None |

#### Case Information
| | |
|---|---|
| **Case Number:** | 22-CV-23753-KMM |
| **Judge:** | None |
| **Plaintiff:** | EDWIN GARRISON, ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED |
| **Defendant:** | SAM BANKMAN-FRIED, ET AL. |
| **Case Date Filed:** | 12/16/2022 |
| **Amended Date Filed:** | None |

#### Service Information
N/A - Job is not finished.

#### Servee Addresses
| Address(es) |
|---|
| (2ND ADD) 4012 SAHARA COURT, CARROLLTON, TX |

#### Comments
☐ Show Location Column

| Date/Time | Body |
|---|---|
| 3/8/2023 3:41 PM | Another attempt to contact Leonard Armato, 310-545-1000. Left a voicemail. Rejane, do you think its a good idea that you call him as well since you are from the law firm directly? I figured we could team up and call him simultaneously. Let me know. I will keep trying regardless. |
| 3/6/2023 12:15 PM | Service Type: Unsuccessful Attempt Description of Service: No answer at door. The call back card left prior, is gone. Service Address 4012 Sahara Ct, Carrollton, TX 75010 |
| 3/6/2023 4:25 PM | I left a voice mail for Shannon. She is the executive assistant for Perry Rogers (702) 214-5570. He represents Shaq. I will keep you posted. I also called the server to find out how many more attempts he has made. |
| 2/24/2023 12:28 PM | Sent the server the 2nd address of 4012 Sahara Court, Carollton, TX. He will attempt it next week. |
| 2/23/2023 6:36 PM | I ran a skip trace. He has not registered a new home address. I sent an email to https://prp-lv.com/ which I believe is his agent or publicist. I will let you know if they reach out to me. His skip trace is attached. |
| | I made an attempt this morning. There was no response at the door. No lights on either. There was a black Honda in the driveway, but it did not have a license plate. There was also an Escalade with the plate number PYS3074. The plate came back registered to Arnetta Yardbourgh. She is listed as a resident and the car is registered at that address. I was surprised that there were no security gates or |

a call box. Pictures attached. Need another address. Rejane do you want a skip trace for him or do you have another address for him?

## Attachments

| Purpose | Description | Format | Show Attachment |
|---------|-------------|--------|-----------------|
| Picture | Pictures | JPG Picture | Show Attachment |
| Picture | Picture | JPG Picture | Show Attachment |
| N/A | SKIP TRACE | Adobe PDF | Show Attachment |

Log Out

2C

## Details for Job 2023000250

### General Information

| | |
|---|---|
| **Party To Be Served:** | UDONIS HASLEM |
| **Person To Be Served:** | None |
| **Received Date/Time:** | 2/21/2023 3:32 PM |
| **Documents To Be Served:** | SUMMONS AND AMENDED COMPLAINT (21 DAYS) |
| **Court Date/Time:** | None |

### Case Information

| | |
|---|---|
| **Case Number:** | 22-CV-23753-KMM |
| **Judge:** | None |
| **Plaintiff:** | EDWIN GARRISON, ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED |
| **Defendant:** | SAM BANKMAN-FRIED, ET AL. |
| **Case Date Filed:** | 12/16/2022 |
| **Amended Date Filed:** | None |

### Service Information

| | |
|---|---|
| **Served:** | UDONIS HASLEM |
| **Date/Time Served:** | 2/28/2023 8:38 AM |
| **Method of Service:** | SUBSTITUTE SERVICE (SPOUSE) |
| **Detailed Service Info:** | SUBSTITUTE SERVED this SUMMONS AND AMENDED COMPLAINT (21 DAYS) on FAITH HASLEM Spouse of the within named defendant, pursuant to F.S.48.031(2).(A). |
| **Service Address:** | INTERSECTION OF WESTON ROAD AND GRIFFIN ROAD, SOUTHWEST RANCHES, FL 33332 |
| **Recipient Description:** | Age: 41, Sex: F, Race/Skin Color: BLACK, Height: N/A, Weight: 150, Hair: BLACK , Glasses: N |

### Servee Addresses

| Address(es) |
|---|
| INTERSECTION OF WESTON ROAD AND GRIFFIN ROAD, SOUTHWEST RANCHES, FL 33332 |
| 5450 SW 192 TERRACE, SOUTHWEST RANCHES, FL 33332 |

### Comments

☐ Show Location Column

| Date/Time | Body |
|---|---|
| | --After numerous attempts to reach an occupant of the property, I drove across the street to notate my attempt. Shortly after, one of the vehicles from the property, a white BMW, FL tag AG65GL drove out of the gate and passed me. The driver did not stop at the stop sign. I met the driver at the intersection of Griffin Road and Weston Road. It was Faith Haslem, the defendant's spouse. After identifying myself and the reason for my attempt of service, Faith Haslem took pictures of my SPS badge and refused to communicate. After reading the summons out loud, I placed it on her windshield as sufficient service. I |

| | also ran the tag AG65GL and it came back to Faith Haslem. I Googled her name and it was the same person I served. |
|---|---|
| 2/28/2023 8:30 AM | --Attempted service at 5450 SW 192 TERRACE, SOUTHWEST RANCHES, FL 33332, Service location is a gated single family residential property. Access is only granted through gate code or remote access. I rang the doorbell at the gate, no response. |
| 2/25/2023 7:49 PM | --Attempted service at 5450 SW 192 TERRACE, SOUTHWEST RANCHES, FL 33332, Service location is a gated single family residential property. Access is only granted through gate code or remote access. I rang the doorbell at the gat, an unidentified female individual responded. Communication signal between the individual and I was scrambled, bad reception. I made multiple attempts to reach the individual but no success. |
| 2/24/2023 9:44 AM | THIS WILL BE ATTEMPTED TOMORROW SATURDAY. |

## Attachments

| Purpose | Description | Format | Show Attachment |
|---|---|---|---|
| Affidavit/Proof | Affidavit | Adobe PDF | Show Attachment |

Log Out

2C

## Details for Job 2023000251

## General Information
| | |
|---|---|
| **Party To Be Served:** | NAOMI OSAKA |
| **Person To Be Served:** | None |
| **Received Date/Time:** | 2/21/2023 3:32 PM |
| **Documents To Be Served:** | SUMMONS AND COMPLAINT (21 DAYS) |
| **Court Date/Time:** | None |

## Case Information
| | |
|---|---|
| **Case Number:** | 22-CV-23753-KMM |
| **Judge:** | None |
| **Plaintiff:** | EDWIN GARRISON, ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED |
| **Defendant:** | SAM BANKMAN-FRIED, ET AL. |
| **Case Date Filed:** | 12/16/2022 |
| **Amended Date Filed:** | None |

## Service Information
| | |
|---|---|
| **Served:** | NAOMI OSAKA |
| **Date/Time Served:** | 3/6/2023 5:54 PM |
| **Method of Service:** | NON SERVICE |
| **Detailed Service Info:** | NON-SERVED: After due search, careful inquiry and diligent attempts I was unable to serve the SUMMONS AND COMPLAINT (21 DAYS) for the reason that I failed to find NAOMI OSAKA or information to allow further search. |
| **Service Address:** | 9621 ARBY DRIVE, BEVERLY HILLS, CA 90210 |
| **Recipient Description:** | None |

## Servee Addresses
| Address(es) |
|---|
| 9621 ARBY DRIVE, BEVERLY HILLS, CA 90210 |

## Comments
☐ Show Location Column

| Date/Time | Body |
|---|---|
| 3/6/2023 4:15 PM | I spoke to Cary at Ground Control Business Management. She said the NAOMI OSAKA is a client of theirs but they are not lawyers. I asked her if she could provide me with the information for her legal representation or an agent. She told me she would have someone call me. Will let you know when I hear back from them. (310) 315-6200 |
| 3/6/2023 1:24 PM | See attachment for service notes. |
| 2/27/2023 5:39 PM | Checking on service. |

| 2/23/2023 4:33 PM | Sent this out on 2/21/23. Still out for routine service. Will send status once the server makes the attempt. |
|---|---|

## Attachments

| Purpose | Description | Format | Show Attachment |
|---|---|---|---|
| Non Serve Affidavit | Signed affidavit. | Adobe PDF | Show Attachment |

**Rejane Passos**

**Subject:**          FW: Garrison, Yang, Huang, Shetty, Livieratos

---

**From:** Andrew.Clubok@lw.com <Andrew.Clubok@lw.com>
**Sent:** Monday, December 5, 2022 3:14 PM
**To:** Adam Moskowitz <Adam@moskowitz-law.com>; Joseph Kaye <joseph@moskowitz-law.com>; dboies@bsfllp.com; szack@bsfllp.com; uungaro@bsfllp.com; rmcid@podhurst.com; jose@markmigdal.com; xboies@gmail.com; lcarlsen@bsfllp.com; Howard Bushman <Howard@moskowitz-law.com>
**Cc:** Susan.Engel@lw.com; Jessica.StebbinsBina@lw.com; Bob@colson.com; Marvin.Putnam@lw.com; michele.johnson@lw.com
**Subject:** RE: Garrison, Yang, Huang, Shetty, Livieratos

Adam:

Thanks much for getting back to me. Yes, we (Latham attorneys, along with Bob Martinez) will be working together, and we will also be defense counsel in the federal action(s) for at least some of the defendants. And we definitely agree that an orderly process is preferable! How about we try to schedule a call in the next few days or so as you develop your plans, etc. etc. Hopefully they don't involve unnecessarily ruining anybody's holidays! We will definitely work with you on that shared goal!

In any event, we certainly look forward to working with you and your colleagues.

ABC

---

**From:** Adam Moskowitz <Adam@moskowitz-law.com>
**Sent:** Monday, December 5, 2022 2:53 PM
**To:** Clubok, Andrew (DC) <Andrew.Clubok@lw.com>; Joseph Kaye <joseph@moskowitz-law.com>; dboies@bsfllp.com; szack@bsfllp.com; uungaro@bsfllp.com; rmcid@podhurst.com; jose@markmigdal.com; David Boies2 <xboies@gmail.com>; Linda Carlsen <lcarlsen@bsfllp.com>; Howard Bushman <Howard@moskowitz-law.com>
**Cc:** Engel, Susan (DC) <Susan.Engel@lw.com>; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Bob@colson.com
**Subject:** RE: Garrison, Yang, Huang, Shetty, Livieratos

Thank you so much Andrew and we are always glad to see you great Firm involved in our class cases. We met last week with the many participants in the various state court FTX cases and decided that before we serve any of the Defendants, we are going to file one Consolidated Amended Complaint and dismiss the other individual cases, so that we narrow and focus our state court cases. We still also have our FTX federal class action cases (and will be filing one more), so please let us know if you are going to serve as defense counsel in any of those federal actions and we can coordinate the service with you. We certainly also want to try and organize those few federal cases, to the best that we can, so that we do not have the same litigation proceeding before different federal judges. I hope – from your email -- this also means that Bobby Martinez may be involved in these cases because he has always been a good friend and he is a great lawyer/person. Thanks, Adam

Adam M. Moskowitz
The Moskowitz Law Firm
2 Alhambra Plaza
Suite 601
Coral Gables, Fl 33134
305.740.1423 main
786.309.9561 direct
adam@moskowitz-law.com<mailto:adam@moskowitz-law.com>
www.Moskowitz-Law.com<http://www.Moskowitz-Law.com>

**From:** Andrew.Clubok@lw.com <Andrew.Clubok@lw.com>
**Sent:** Monday, December 5, 2022 2:21 PM
**To:** Adam Moskowitz <Adam@moskowitz-law.com>; Joseph Kaye <joseph@moskowitz-law.com>; dboies@bsfllp.com; szack@bsfllp.com; uungaro@bsfllp.com; rmcid@podhurst.com; jose@markmigdal.com
**Cc:** Susan.Engel@lw.com; Jessica.StebbinsBina@lw.com; Bob@colson.com
**Subject:** Garrison, Yang, Huang, Shetty, Livieratos

All:
I hope all is well. We are going to be representing several of the defendants in the above-captioned (and related) suits. Is somebody available to talk about the matters including service, etc.?
Thanks
ABC

Andrew Clubok
Latham and Watkins LLP
202-637-3323
212-906-1272

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.
Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

| | |
|---|---|
| **From:** | Zaili Perdomo |
| **To:** | Rejane Passos |
| **Cc:** | Joseph Kaye |
| **Subject:** | Re: Status: Shohei Ohtani + Naomi Osaka + Shaquille O'Neal |
| **Date:** | Wednesday, March 1, 2023 4:36:05 PM |

Made attempt at 4012 Sahara Ct. in Carrollton on 2/28/23 @ 2:30 pm. for Shaq. No answer. Cameras everywhere. Left my card.

On Wednesday, March 1, 2023, Rejane Passos <rejane@moskowitz-law.com> wrote:
Sorry. Terry Prince is for Shohei Ohtani and not Noami. All good. Sorry for the confusion.

From: Rejane Passos
Sent: Wednesday, March 1, 2023 3:56 PM
To: Zaili Perdomo <pidmcm@gmail.com>
Cc: Joseph Kaye <joseph@moskowitz-law.com>
Subject: RE: Status: Shohei Ohtani + Naomi Osaka + Shaquille O'Neal

Did the process server tried to contact Terry Prince by phone?

From: Zaili Perdomo <pidmcm@gmail.com>
Sent: Wednesday, March 1, 2023 3:29 PM
To: Rejane Passos <rejane@moskowitz-law.com>
Cc: Joseph Kaye <joseph@moskowitz-law.com>
Subject: Re: Status: Shohei Ohtani + Naomi Osaka + Shaquille O'Neal

Naomi Osaka attempted 3 times. No answer. On 2 attempts the gate was closed. On one attempt the gate was open. There was a black Tesla. No answer at the door. The server is on the road but will send me dates and times later today.

On Wednesday, March 1, 2023, Zaili Perdomo <pidmcm@gmail.com> wrote:

I received a phone call from Ms. Shepherd at the office in LA for Shohei Ohtani. The server is on his way to serve her at 11:30 am LA time.

Thank you.

Zaili Perdomo

PI Services

1430 South Dixie Highway

Suite 105, #157

Coral Gables, Florida 33146

(305) 666-0142 Office

On Wed, Mar 1, 2023 at 12:45 PM Rejane Passos <rejane@moskowitz-law.com> wrote:

Awesome. Thanks.

From: Zaili Perdomo <pidmcm@gmail.com>

Sent: Wednesday, March 1, 2023 12:43 PM

To: Rejane Passos <rejane@moskowitz-law.com>

Cc: Joseph Kaye <joseph@moskowitz-law.com>

Subject: Re: Status: Shohei Ohtani + Naomi Osaka + Shaquille O'Neal

I just spoke to Terry Prince he said someone in his L.A. office is going to accept today for Shohei Ohtani. He is going to call me back to confirm.

Will let you know about the rest.

Thank you.

Zaili Perdomo

## Rejane Passos

**Subject:**        FW: Garrison, et al. v. Bankman-Fried, et al., No. 1:22-cv-23753-KMM -- Shaquille O'Neal Request for Waiver of Service

---

**From:** Reid, Benjamine
**Sent:** Wednesday, March 8, 2023 1:27 PM
**Subject:**

We do not represent Mr. O'Neal and I am unaware of any counsel who does.

Benjamine Reid
Carlton Fields, P.A.
305.205.2780 (c)
305.539.7222(o)

[cid:imagefa3d7c.PNG@87de7f4c.48a67bcc]<http://>

Benjamine Reid
Attorney at Law

2 MiamiCentral
700 NW 1st Avenue, Ste. 1200
Miami, Florida 33136-4118
Direct: 305.539.7222 | Mobile: 305.205.2780

breid@carltonfields.com<mailto:breid@carltonfields.com> | www.carltonfields.com<http://www.carltonfields.com>
bio<https://www.carltonfields.com/team/r/benjamine-reid> |
vcard<https://www.carltonfields.com/Libraries/CarltonFields/Media/Attorney%20Vcards/Benjamine-Reid.vcf?ext=.vcf>

Carlton Fields is ISO 27001:2013 certified

Confidential: This e-mail contains a communication protected by the attorney-client privilege or constitutes work product. If you do not expect such a communication please delete this message without reading it or any attachment and then notify the sender of this inadvertent delivery.

| | |
|---|---|
| **From:** | Joseph Kaye |
| **To:** | breid@carltonfields.com; cgruhn@carltonfields.com; jacohen@carltonfields.com |
| **Cc:** | Adam Moskowitz; dboies@bsfllp.com; aboies@bsfllp.com; Brooke Alexander; Stephen N. Zack; Rejane Passos |
| **Subject:** | Re: Garrison, et al. v. Bankman-Fried, et al., No. 1:22-cv-23753-KMM -- Shaquille O"Neal Request for Waiver of Service |
| **Date:** | Monday, March 6, 2023 6:33:11 PM |
| **Attachments:** | Garrison v. Bankman-Fried - Waiver Request - Shaquille O"Neal.pdf<br>Garrison v. Bankman-Fried - Waiver Return - Shaquille O"Neal.pdf<br>D.E. 16 Amended Complaint.pdf |

Good afternoon Messrs. Reid, Gruhn, and Cohen,

We represent Plaintiffs and the putative classes in the above-referenced action. A copy of the operative complaint is attached. I am reaching out to you with a Notice of Commencement of Action and Request for Waiver of Service for your client, Shaquille O'Neal (both forms attached). We know Mr. O'Neal is aware of the complaint (https://www.cnbc.com/2022/12/15/shaq-on-crypto-ftx-post-collapse-i-was-just-a-paid-spokesperson.html) and are in the process of personally serving him, but wanted to send this along to you in order to expedite the process and avoid the cost of personal service to the extent possible. Please let me know if you have any questions or wish to discuss, thank you.

Best,

Joseph M. Kaye, P.A.
Partner
**The Moskowitz Law Firm, PLLC**
P.O. Box 141609
Coral Gables, FL 33114
*For Hand Deliveries Use:*
251 Valencia Ave #141609
Coral Gables, FL 33114
Office: (305) 740-1423
Direct: (786) 309-9585

Note: The information in this email is confidential and intended to be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information contained herein; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any viruses or other defects that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free and no responsibility is accepted by The Moskowitz Law Firm or the sender of this email for any loss or damage arising in any way from its use.

CIRCULAR 230 DISCLAIMER: The IRS now requires written advice (including electronic

communications) regarding one or more Federal (i.e., United States) tax issues to meet certain standards. Those standards involve a detailed and careful analysis of the facts and applicable law which we expect would be time consuming and costly. We have not made and have not been asked to make that type of analysis in connection with any advice given in this e-mail. As a result, we are required to advise you that any Federal tax advice rendered in this e-mail is not intended or written to be used and cannot be used for the purpose of avoiding penalties that may be imposed by the IRS.

**make it**

How this 39-year-old earns $26,000 a year in California

An 85-year Harvard study found the No. 1 thing that makes us happy in life: It...

This aban into a 31-

NEXT GEN INVESTING

# Shaq distances himself from crypto and FTX collapse: 'I was just a paid spokesperson'

Published Thu, Dec 15 2022•11:16 AM EST    Updated Mon, Dec 19 2022•3:48 AM EST

 **Jade Scipioni**
@JADESCIPIONI

 **Cameron Albert-Deitch**
@C_ALBERTDEITCH

SHARE  



**Shaquille O'Neal** Scott Mlyn | CNBC

**make it**

ever did.

That's after being named in a class-action lawsuit against now-bankrupt cryptocurrency exchange FTX last month, for promoting the company in a June commercial.

In an interview with CNBC Make It this week, the 50-year-old businessman and Basketball Hall of Famer took questions about his relationship with FTX while discussing his other business ventures.

O'Neal has a long history of investing in companies he promotes, including his current enterprise, Shaq's Fun House, an annual part-festival, part-carnival event. Those investments often pan out: O'Neal makes more off the court than he did as an NBA star, he told HBO's "Real Sports with Bryant Gumbel" in 2018.

But when it comes to FTX, he says, he was merely a celebrity in an ad.

"A lot of people think I'm involved, but I was just a paid spokesperson for a commercial," O'Neal says.

## FTX collapse ensnares celeb investors

On Tuesday, the U.S. Securities and Exchange Commission accused FTX founder and former CEO Sam Bankman-Fried of orchestrating a "brazen" years-long fraud, misusing customer funds to benefit himself and his crypto hedge fund, Alameda Research.

Bankman-Fried was arrested on Monday by Bahamian authorities, likely leading to extradition and a U.S. trial, CNBC reported. He'll face at least eight charges from federal prosecutors in the Southern District of New York, including several counts of conspiracy and fraud.



**make it**

▶ 9:56

**FTX's collapse is shaking crypto to its core. The pain may not be over**

Customers have been unable to withdraw funds from FTX since the company declared bankruptcy last month. As many as one million creditors, according to an FTX bankruptcy filing, are unsure if they'll ever get their money back.

The class-action lawsuit naming O'Neal is a legal proceeding separate from the federal government's charges. It alleges that FTX's spokespeople "either controlled, promoted, assisted in [or] actively participated" in a plot to "aggressively market" the company.

Other athletes and celebrities from FTX's commercials — including Steph Curry, Tom Brady, and comedian Larry David — were also named in the lawsuit. Texas is now separately investigating some celebrity FTX endorsers for potentially violating state securities laws, according to Bloomberg.

## 'I don't understand [crypto], so I will probably stay away'

The ex-basketball star's commercial was somewhat of a surprise: Last year, O'Neal told CNBC Make It that he was actively avoiding cryptocurrency.

be true."

O'Neal told Front Office Sports last year that he'd declined promotional offers from various crypto entities.

"I always get these companies that say, 'Hey, we'll give you $900,000 in crypto to send out a tweet,'" O'Neal said. "So I have to say, 'OK, if you're going to give me a million dollars worth of crypto, then why do you need me?'"

He may have had a change of heart in late 2021, though: Over the past year, O'Neal changed his Twitter display name to "SHAQ.ETH" and "SHAQ.SOL" to promote NFT collections underpinned by the Ethereum and Solana cryptocurrency platforms.

"I'm excited to be partnering with FTX to help make crypto accessible to everyone," O'Neal said in the June commercial. "I'm all in. Are you?"

Today, O'Neal cites his friendship with Curry as a reason he consented to appear in the ad. A spokesperson for Curry declined to comment.

In the ad, O'Neal told viewers that he checked his FTX account daily. But when asked now if he's bullish on crypto, he offers a simple response: "No."

"People know I'm very, very honest," O'Neal says. "I have nothing to hide. If I was heavily involved, I would be at the forefront saying, 'Hey.' But I was just a paid spokesperson."

It's unclear how much money O'Neal made from his FTX endorsement deal. Investor and entrepreneur Kevin O'Leary, who also endorsed FTX and is named in the suit, told CNBC's "Squawk Box" last week that he was paid $15 million by FTX, and lost it all: $9.7 million that he'd invested with FTX, more than $1 million in FTX equity and approximately $4 million in taxes and agent fees.

O'Leary said the money he lost was his alone. "We need to get to the bottom of what happened at FTX, but we can't let its collapse cause us to abandon the great

![CNBC make it]

---

*Sign up now: Get smarter about your money and career with our weekly newsletter*

*Don't miss: Harvard-educated deception expert: 4 red flags can show when people like Sam Bankman-Fried are lying*



▶ 1:00

**Here's what Shaquille O'Neal did with his first check — and his advice for young people**

# Trending Now

**1** I was VP at Google for 10 years. Here's the No. 1 skill I looked for at job interviews—few people had it

**2** 29-year-old nurse got a 'once-in-a-lifetime opportunity' to make $187K and work only 9 months a year



**Kids who do these 12 things have 'highly sensitive' brains—why parenting experts say it's an advantage**



**You can live on this cruise ship for $30,000/year—less than the average cost of rent in NYC**



## Stay in the loop

Get Make It newsletters delivered to your inbox

SIGN UP

## About Us

Learn more about the world of CNBC Make It

LEARN MORE

## Follow Us



 **CNBC.COM** ↗    Join the CNBC Panel ↗

© 2023 CNBC LLC. All Rights Reserved. A Division of NBC Universal

Privacy Policy   |   Do Not Sell My Personal Information
CA Notice   |   Terms of Service   |   Contact

**From:**    Zaili Perdomo
**To:**       Rejane Passos; Joseph Kaye
**Subject:** Re: Return of service Affidavit || UDONIS HASLEM + STEPHEN CURRY
**Date:**    Wednesday, March 8, 2023 7:33:48 AM

Good morning,

I found out that Shaq was in Georgia last night.  I found his agent Leonard Armato.  His phone number is      -1000.  I left him a voicemail.  Hopefully this will be the one that gets him served.

**Thank you.**

Zaili Perdomo
PI Services
1430 South Dixie Highway
Suite 105, #157
Coral Gables, Florida 33146
(305) 666-0142 Office

On Fri, Mar 3, 2023 at 6:29 AM Zaili Perdomo <pidmcm@gmail.com> wrote:



Same thing for Shaquille O'Neal.  His house is like a fortress.  I reached out to his agent but never heard back.  Let me know if you have any additional information on him.

**Thank you.**

