UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23753-KMM

**EDWIN GARRISON**, et al.,

    Plaintiffs,
-vs-

**SAM BANKMAN-FRIED**, et al.,

    Defendants.
_____/

## NOTICE OF APPEARANCE

Stuart Z. Grossman, Esq. and Manuel A. Arteaga-Gomez, Esq., of the law firm Grossman Roth Yaffa Cohen, P.A., hereby enter their appearance as co-counsel on behalf of Plaintiffs and respectfully request that copies of all future pleadings, orders, and other papers filed or served in this matter be served on them via CM/ECF or at the address listed below, as appropriate.

Dated: March 9, 2023.

                                                              Respectfully submitted,

                                                              _____
                                                              Stuart Z. Grossman
                                                              Florida Bar No.: 156113
                                                             Manuel A. Arteaga-Gomez
                                                             Florida Bar No.: 18122
                                                            GROSSMAN ROTH YAFFA COHEN, P.A.
                                                            2525 Ponce de Leon Boulevard, Suite 1150
                                                            Coral Gables, FL 33134
                                                            Ph: 305-442-8666
                                                            Fx: 305-285-1668
                                                            szg@grossmanroth.com
                                                            aag@grossmanroth.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2023, a true and correct copy of the foregoing was filed with the Court via the CM/ECF system, which will send notification of such filing to all attorneys of record.

_____
Stuart Z. Grossman
Florida Bar No.: 156113