UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23753-KMM

**EDWIN GARRISON**, et al.,

    Plaintiffs,
-vs-

**SAM BANKMAN-FRIED**, et al.,

    Defendants.
_____/

**NOTICE OF STRIKING**

    Stuart Z. Grossman, Esq. and Manuel A. Arteaga-Gomez, Esq., of the law firm Grossman Roth Yaffa Cohen, P.A., hereby enter this Notice of Striking the Notice of Appearance (DE 89) as it was mistakenly filed as a New Filer. A corrected Notice of Appearance is being filed.

Dated: March 9, 2023.

                                            Respectfully submitted,

                                            _____
                                            Stuart Z. Grossman
                                            Florida Bar No.: 156113
                                            Manuel A. Arteaga-Gomez
                                            Florida Bar No.: 18122
                                            GROSSMAN ROTH YAFFA COHEN, P.A.
                                            2525 Ponce de Leon Boulevard, Suite 1150
                                            Coral Gables, FL 33134
                                            Ph: 305-442-8666
                                            Fx: 305-285-1668
                                            szg@grossmanroth.com
                                            aag@grossmanroth.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2023, a true and correct copy of the foregoing was filed with the Court via the CM/ECF system, which will send notification of such filing to all attorneys of record.

                                                   Stuart Z. Grossman
                                                   Florida Bar No.: 156113