UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23753-KMM

**EDWIN GARRISON**, et al.,

    Plaintiffs,
-vs-

**SAM BANKMAN-FRIED**, et al.,

    Defendants.
_____/

## NOTICE OF APPEARANCE

Stuart Z. Grossman, Esq., of the law firm Grossman Roth Yaffa Cohen, P.A., hereby enters his appearance as co-counsel on behalf of Plaintiffs and respectfully requests that copies of all future pleadings, orders, and other papers filed or served in this matter be served on him via CM/ECF or at the address listed below, as appropriate.

Dated: March 9, 2023.

                                                Respectfully submitted,

                                                Stuart Z. Grossman
                                                Florida Bar No.: 156113
                                                GROSSMAN ROTH YAFFA COHEN, P.A.
                                                2525 Ponce de Leon Boulevard, Suite 1150
                                                Coral Gables, FL 33134
                                                Ph: 305-442-8666
                                                Fx: 305-285-1668
                                                szg@grossmanroth.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 9, 2023, a true and correct copy of the foregoing was filed with the Court via the CM/ECF system, which will send notification of such filing to all attorneys of record.

                                        Stuart Z. Grossman
                                        Florida Bar No.: 156113