**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:22-CV-23753-KMM**

**EDWIN GARRISON**, et al.,

      Plaintiffs,

-vs-

**SAM BANKMAN-FRIED**, et al.,

      Defendants.

_____/

**NOTICE OF APPEARANCE**

    Manuel A. Arteaga-Gomez, Esq., of the law firm Grossman Roth Yaffa Cohen, P.A.,

hereby enters his appearance as co-counsel on behalf of Plaintiffs and respectfully requests that

copies of all future pleadings, orders, and other papers filed or served in this matter be served on

him via CM/ECF or at the address listed below, as appropriate.

Dated:  March 9, 2023.

                                  Respectfully submitted,

                                  _____

                                  Manuel A. Arteaga-Gomez
                                  Florida Bar No.: 18122
                                  GROSSMAN ROTH YAFFA COHEN, P.A.
                                  2525 Ponce de Leon Boulevard, Suite 1150
                                  Coral Gables, FL 33134
                                  Ph: 305-442-8666
                                  Fx: 305-285-1668
                                  aag@grossmanroth.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2023, a true and correct copy of the foregoing was filed with the Court via the CM/ECF system, which will send notification of such filing to all attorneys of record.

Manuel A. Arteaga-Gomez
Florida Bar No.: 18122