UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23753

EDWIN GARRISON, et al. on behalf of
themselves and all others similarly
situated,

  Plaintiff,

v.

SAM BANKMAN-FRIED, et al.,

  Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Barbara C. Lewis of The Moskowitz Law Firm PLLC, hereby gives notice of appearance as co-counsel for Plaintiffs. Counsel respectfully requests that all orders, pleadings, and correspondence be served at the address below.

Respectfully submitted this 9th day of March 2023.

      By: */s/ Barbara C. Lewis*
        Barbara C. Lewis
        Florida Bar No. 118114
        barbara@moskowitz-law.com
        Adam M. Moskowitz
        Florida Bar No. 984280
        adam@moskowitz-law.com
        Joseph M. Kaye
        Florida Bar No. 117520
        joseph@moskowitz-law.com
        Howard M. Bushman
        Florida Bar No. 0364230
        howard@moskowitz-law.com
        **THE MOSKOWITZ LAW FIRM, PLLC**
        2 Alhambra Plaza, Suite 601
        Coral Gables, FL 33134
        Telephone: (305) 740-1423

        *Co-Counsel for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the forgoing was filed on March 9, 2023, with the Court via CM/ECF system, which will send notification of such filing to all attorneys of record.

By: <u>*/s/ Barbara C. Lewis*</u>
Barbara C. Lewis