# Exhibit A

## P.I. SERVICES

**Priority: STANDARD**  **Field Sheet #2023000251**

Received: 2/21/2023 at 3:32 pm
Court Date:     Filed: 12/16/2022



**SERVE:**
NAOMI OSAKA, 9621 ARBY DRIVE, BEVERLY HILLS, CA 90210

**SPECIAL INSTRUCTIONS:**   Server: **COURT DETECTIVE WORLD WIDE, INC.**  — Read below.

**Attempts**

| # | Date | Time | Comments |
|---|------|------|----------|
| 1. | 2/23.2023 | 6:30 pm | No answer, all dark. The gate was closed. |
| 2. | 2/24 | 9:45 pm | No answer, all dark. The gate was closed. |
| 3. | 2/25 | 7:05 am | No answer, all dark. The gate was closed. |
| 4. | 2/26 | 2:42 pm | No answer, all dark. The gate was closed. |
| 5. | 2/27 | 8:11 pm | No answer, all dark. The gate was closed.  Black Tesla (no plates) in the driveway. |
| 6. | 2/28 | 7:05 am | No answer, all dark. The gate was closed. |
| 7. | 3/01 | 5:55 pm | No answer, all dark. The gate was closed. |
| 8. | 3/02 | 9:38 am | Bad Address. Mr. Milan purchased the house in July 2022. |

**Actual Service Info**

Type:_____  Married?_____  Military?_____  Miles_____

Served on:_____  As:_____  Hours_____

Address:_____  Additional Addr: 1  2  3

Comments:_____  Courier_____

Out of Pocket Costs_____

Age____  Sex M F  Race_____  Height_____  Weight_____  Hair_____  Glasses Y N

Case Number: 22-CV-23753-KMM   Southern District
Plaintiff                                            Defendant
EDWIN GARRISON, ET AL., ON BEHALF      SAM BANKMAN-FRIED, ET AL.

Type of Writ: **SUMMONS AND COMPLAINT (21 DAYS)**

- Naomi is a famous tennis player
- Substitute service is allowed on anyone who is 15 years of age and resides with the defendant.
- Please put the date, time and initials on the first page of the service copy at the time of service.
- DO NOT SERVE ON SUNDAYS

# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 22-CV-23753-KMM

Plaintiff: **EDWIN GARRISON, ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED**
vs.
Defendant: **SAM BANKMAN-FRIED, ET AL.**

For: THE MOSKOWITZ LAW FIRM, PLLC

Received by P.I. SERVICES on the 21st day of February, 2023 at 3:32 pm to be served on **NAOMI OSAKA, 9621 ARBY DRIVE, BEVERLY HILLS, CA 90210.** I, _____ _____, do hereby affirm that on the _____ day of _____, 20___ at ___:____.m., executed service by delivering a true copy of the **SUMMONS AND COMPLAINT (21 DAYS)** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

(X) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** On 3.02.2023 @ 9:38 am, per Mr. Milan (the new homeowner) the Defendant sold this house in July of 2022.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.
Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true and correct, NO NOTARY REQUIRED PERSUANT TO F.S. 92.525(2).

Homayon Taghavi  *Homayon Taghavi*

PROCESS SERVER # 6007
Appointed in accordance with State Statutes

**P.I. SERVICES**
1430 S. Dixie Highway
Suite 105, #157
Coral Gables, FL 33146
(305) 666-0142

Our Job Serial Number: 2023000251