# Exhibit C

| | |
|---|---|
| From: | Joseph Kaye |
| To: | defink@Venable.com |
| Cc: | Adam Moskowitz; dboies@bsfllp.com; aboies@bsfllp.com; Stephen N. Zack; Brooke Alexander; Rejane Passos |
| Subject: | Re: Garrison, et al. v. Bankman-Fried, et al., No. |
| Date: | Monday, March 6, 2023 5:47:51 PM |
| Attachments: | Garrison v. Bankman-Fried - Waiver Return - Naomi Osaka.pdf |
| | Garrison v. Bankman-Fried - Waiver Request - Naomi Osaka.pdf |
| | D.E. 16 Amended Complaint.pdf |

David,

Thanks for the call just now and great to meet you. As discussed, attached are the operative complaint and the materials for waiving service for Ms. Osaka. Let me know if there is anything else you need from our end or if there is anything you would like to discuss. Thanks.

Best,

Joseph M. Kaye, P.A.
Partner
**The Moskowitz Law Firm, PLLC**
P.O. Box 141609
Coral Gables, FL 33114
*For Hand Deliveries Use:*
251 Valencia Ave #141609
Coral Gables, FL 33114
Office: (305) 740-1423
Direct: (786) 309-9585

Note: The information in this email is confidential and intended to be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information contained herein; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any viruses or other defects that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free and no responsibility is accepted by The Moskowitz Law Firm or the sender of this email for any loss or damage arising in any way from its use.

CIRCULAR 230 DISCLAIMER: The IRS now requires written advice (including electronic communications) regarding one or more Federal (i.e., United States) tax issues to meet certain standards. Those standards involve a detailed and careful analysis of the facts and applicable law which we expect would be time consuming and costly. We have not made and have not been asked to make that type of analysis in connection with any advice given in this e-mail. As a result, we are required to advise you that any Federal tax advice

rendered in this e-mail is not intended or written to be used and cannot be used for the purpose of avoiding penalties that may be imposed by the IRS.