# Composite

# Exhibit F

Log Out

2C

## Details for Job 2023000253

### General Information

| | |
|---|---|
| **Party To Be Served:** | SHAQUILLE O'NEAL |
| **Person To Be Served:** | None |
| **Received Date/Time:** | 2/21/2023 6:06 PM |
| **Documents To Be Served:** | SUMMONS & AMENDED COMPLAINT (21 DAYS) |
| **Court Date/Time:** | None |

### Case Information

| | |
|---|---|
| **Case Number:** | 22-CV-23753-KMM |
| **Judge:** | None |
| **Plaintiff:** | EDWIN GARRISON, ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED |
| **Defendant:** | SAM BANKMAN-FRIED, ET AL. |
| **Case Date Filed:** | 12/16/2022 |
| **Amended Date Filed:** | None |

### Service Information

N/A - Job is not finished.

### Servee Addresses

| Address(es) |
|---|
| (2ND ADD) 4012 SAHARA COURT, CARROLLTON, TX |

### Comments

☐ Show Location Column

| Date/Time | Body |
|---|---|
| 3/8/2023 3:41 PM | Another attempt to contact Leonard Armato, 310-545-1000. Left a voicemail. Rejane, do you think its a good idea that you call him as well since you are from the law firm directly? I figured we could team up and call him simultaneously. Let me know. I will keep trying regardless. |
| 3/6/2023 12:15 PM | Service Type: Unsuccessful Attempt Description of Service: No answer at door. The call back card left prior, is gone. Service Address 4012 Sahara Ct, Carrollton, TX 75010 |
| 3/6/2023 4:25 PM | I left a voice mail for Shannon. She is the executive assistant for Perry Rogers (702) 214-5570. He represents Shaq. I will keep you posted. I also called the server to find out how many more attempts he has made. |
| 2/24/2023 12:28 PM | Sent the server the 2nd address of 4012 Sahara Court, Carollton, TX. He will attempt it next week. |
| 2/23/2023 6:36 PM | I ran a skip trace. He has not registered a new home address. I sent an email to https://prp-lv.com/ which I believe is his agent or publicist. I will let you know if they reach out to me. His skip trace is attached. |
|  | I made an attempt this morning. There was no response at the door. No lights on either. There was a black Honda in the driveway, but it did not have a license plate. There was also an Escalade with the plate number PYS3074. The plate came back registered to Arnetta Yardbourgh. She is listed as a resident and the car is registered at that address. I was surprised that there were no security gates or |

a call box. Pictures attached. Need another address. Rejane do you want a skip trace for him or do you have another address for him?

## Attachments

| Purpose | Description | Format | Show Attachment |
|---------|-------------|--------|-----------------|
| Picture | Pictures | JPG Picture | Show Attachment |
| Picture | Picture | JPG Picture | Show Attachment |
| N/A | SKIP TRACE | Adobe PDF | Show Attachment |

Case Number: 22-CV-23753-KMM

Plaintiff: **EDWIN GARRISON, ET AL., ON BEHALF OF THEMSELVES
AND ALL OTHERS SIMILARLY SITUATED**
vs.
Defendant: **SAM BANKMAN-FRIED, ET AL.**

For:
THE MOSKOWITZ LAW FIRM, PLLC
2 ALHAMBRA PLAZA
SUITE 601
CORAL GABLES, FL 33134

Received by P.I. SERVICES on the 21st day of February, 2023 at 6:06 pm to be served on
**SHAQUILLE O'NEAL, (2ND ADD) 4012 SAHARA COURT, CARROLLTON, TX**.

I, KIM SHAW, do hereby affirm that on the **10th day of March, 2023** at **6:40 pm, I:**


**Additional Information pertaining to this Service:**
Date & Time: Feb 28, 2023, 2:30 pm CST

Service Type: Unsuccessful Attempt

Description of Service:

No answer at door. Numerous cameras present. Left call back card.

Service Address
4012 Sahara Ct, Carrollton, TX 75010


Date & Time: Mar 6, 2023, 12:15 pm CST

Service Type: Unsuccessful Attempt

Description of Service:

No answer at door. The call back card left prior, is gone.

Service Address
4012 Sahara Ct, Carrollton, TX 75010


Date & Time: Mar 9, 2023, 2:25 pm CST

Service Type: Unsuccessful Attempt

Description of Service:  No answer at the door.

Service Address

4012 Sahara Ct, Carrollton, TX 75010

Date & Time: Mar 10, 2023, 2:00 pm CST

Service Type: Unsuccessful Attempt

Description of Service:

No answer at knock on door. Previous call back information was still on the door from March 9, 2023. Several packages were on the porch.

I certify that I am over the age of eighteen, and have no interest in the above action.

**KIM SHAW**
Process Server

Case Number: 22-CV-23753-KMM

Plaintiff: **EDWIN GARRISON, ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED**
vs.
Defendant: **SAM BANKMAN-FRIED, ET AL.**

For:
THE MOSKOWITZ LAW FIRM, PLLC
2 ALHAMBRA PLAZA
SUITE 601
CORAL GABLES, FL 33134

Received by P.I. SERVICES on the 21st day of February, 2023 at 6:06 pm to be served on **SHAQUILLE O'NEAL, 1 GRAND MAJOR COURT, SUGAR LAND, TX 77479**.

I, PAULA SAMORIGA, do hereby affirm that on the **10th day of March, 2023** at **6:40 pm, I:**

**Additional Information pertaining to this Service:**
-1 Grand Major Court, Sugar Land, TX 77479. I made an attempt on 2/22/23 in the morning. There was no response at the door. No lights on either. There was a black Honda in the driveway, but it did not have a license plate. There was also an Escalade with the plate number PYS3074. The plate came back registered to Arnetta Yardbourgh which is Shaquille's ex-wife. She is listed as a resident and the car is registered at that address. I was surprised that there were no security gates or a call box.

Another attempt. On 3/3 at 7:12PM. Both vehicles from the previous attempt were parked on the driveway.
There was no response at the door. They have a ring doorbell and it did light up with the LED's. So I know someone knew I was there. Whether they were home or not. They did not respond when I tried to talk to them via the ring doorbell. I believe Shaquille does not live here. I did a Google search and it said that Arnetta and Shaquille are no longer together.

**PAULA SAMORIGA**
Process Server

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n