# Exhibit H

| | |
|---|---|
| **From:** | Joseph Kaye |
| **To:** | pross@rossllp.la; elauritsen@rossllp.la |
| **Cc:** | Adam Moskowitz; dboies@bsfllp.com; aboies@bsfllp.com; Brooke Alexander; Stephen N. Zack; Stuart Grossman; Alex Arteaga-Gomez; Rejane Passos |
| **Subject:** | Re: Garrison, et al. v. Bankman-Fried, et al., No. 1:22-cv-23753-KMM -- Shaquille O"Neal Request for Waiver of Service |
| **Date:** | Thursday, March 9, 2023 7:08:53 PM |
| **Attachments:** | Garrison v. Bankman-Fried - Waiver Request - Shaquille O"Neal.pdf<br>Garrison v. Bankman-Fried - Waiver Return - Shaquille O"Neal.pdf<br>D.E. 16 Amended Complaint.pdf |

Good afternoon, Mr. Ross,

I spoke with your associate, Eric Lauritsen, a little while ago. He said he was not personally aware of any of these issues so I wanted to follow up with you in case you are. As I explained to Eric on the call, we represent Plaintiffs and the putative classes in the above-referenced action. A copy of the operative complaint is attached.

I see that you both represented Mr. O'Neal very recently in another matter (https://www.law360.com/articles/1570921/shaq-settles-suit-against-pot-co-alleging-mismanaged-funds) so I am reaching out to you with a Notice of Commencement of Action and Request for Waiver of Service for your client, Shaquille O'Neal (both forms attached).

We know Mr. O'Neal is aware of the complaint (https://www.cnbc.com/2022/12/15/shaq-on-crypto-ftx-post-collapse-i-was-just-a-paid-spokesperson.html) and are in the process of personally serving him, but wanted to send this along to you in order to expedite the process and avoid the cost of personal service to the extent possible.

Please let us know if you will represent him in this action (or if you can put us in touch who will), and let me know if you have any questions or wish to discuss, thank you.

Best,

Joseph M. Kaye, P.A.
Partner
**The Moskowitz Law Firm, PLLC**
P.O. Box 141609
Coral Gables, FL 33114
*For Hand Deliveries Use:*
251 Valencia Ave #141609
Coral Gables, FL 33114
Office: (305) 740-1423
Direct: (786) 309-9585

Note: The information in this email is confidential and intended to be legally privileged. If

you are not the intended recipient, you must not read, use or disseminate the information contained herein; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any viruses or other defects that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus-free and no responsibility is accepted by The Moskowitz Law Firm or the sender of this email for any loss or damage arising in any way from its use.

CIRCULAR 230 DISCLAIMER: The IRS now requires written advice (including electronic communications) regarding one or more Federal (i.e., United States) tax issues to meet certain standards. Those standards involve a detailed and careful analysis of the facts and applicable law which we expect would be time consuming and costly. We have not made and have not been asked to make that type of analysis in connection with any advice given in this e-mail. As a result, we are required to advise you that any Federal tax advice rendered in this e-mail is not intended or written to be used and cannot be used for the purpose of avoiding penalties that may be imposed by the IRS.