# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 22-CV-23753-KMM

Plaintiff: **EDWIN GARRISON, ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED**
vs.
Defendant: **SAM BANKMAN-FRIED, ET AL.**

For: THE MOSKOWITZ LAW FIRM, PLLC

Received by P.I. SERVICES on the 10th day of March, 2023 at 10:38 am to be served on **NAOMI OSAKA C/O DAVID FINK, ESQ, VENABLE LLP, 2049 CENTURY PARK EAST, SUITE 2300, LOS ANGELES, CA 90067**. I, _____Arman Guloglyan_____, do hereby affirm that on the __10__ day of __March__, 20_23_ at _1040_ a.m., executed service by delivering a true copy of the **SUMMONS AND AMENDED COMPLAINT (21 DAYS)** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

( ) POSTED SERVICE: After attempting service on __/__ at ____ and on __/__ at ____ to a conspicuous place on the property described herein.

(✓) OTHER SERVICE: As described in the Comments below by serving _____Shanny Garrett_____ as _Personal Service/authorized_ to accept documents

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:**_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.
Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true and correct, NO NOTARY REQUIRED PERSUANT TO F.S. 92.525(2).

PROCESS SERVER # _2022236937_
Appointed in accordance with State Statutes

**P.I. SERVICES**
**1430 S. Dixie Highway**
**Suite 105, #157**
**Coral Gables, FL 33146**
**(305) 666-0142**

Our Job Serial Number: 2023000370

Copyright © 1992-2023 DreamBuilt Software, Inc - Process Server's Toolbox V8.2n