## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Edwin Garrison, *et al.,* on behalf of themselves and all others similarly situated<br><br>                                    Plaintiffs,<br><br>     v.<br><br>Sam Bankman-Fried, *et al.,*<br><br>                                    Defendants. | Civil Action No. 22-cv-23753<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Edward Soto hereby makes an appearance as counsel of record for Defendant SHOHEI OHTANI, and directs that all responsive pleadings and papers in the above action be served upon the following:

Edward Soto
Edward.soto@weil.com
Weil, Gotshal & Manges LLP
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131

| | |
|---|---|
| DATED:  March 22, 2023<br>             Miami, Florida | Respectfully submitted,<br><br>**WEIL, GOTSHAL & MANGES LLP**<br><br>By:  */s/ Edward Soto*<br>Edward Soto (Fla Bar. No. 0265144)<br>edward.soto@weil.com<br>1395 Brickell Avenue, Suite 1200<br>Miami, FL 33131-3368<br>(305) 577-3100<br><br>*Attorneys for Defendant Shohei Ohtani* |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was filed electronically with the Clerk of the Court using CM/ECF on March 22, 2023.  As such, the foregoing was served electronically upon all counsel of record.

*/s/ Edward Soto*
Edward Soto (FBN 265144)
Edward.soto@weil.com
**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
(305) 577-3100 (Telephone)
(305) 374-7159 (Facsimile)

*Counsel for Defendant Shohei Ohtani*