UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-23753-KMM

EDWIN GARRISON, *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

Defendants.

**DEFENDANT SHOHEI OHTANI'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Shohei Ohtani ("Ohtani"), by and through his undersigned counsel, hereby respectfully moves the Court for an order extending the time for Ohtani to respond or otherwise move in response to the operative complaint in this action ("Amended Complaint") [ECF No. 16] to April 14, 2023, without waiving any objection or defense, including based on the lack of personal jurisdiction. In support of this motion, Ohtani states as follows:

1. This action was filed on November 15, 2022. *See* ECF No. 1. Plaintiffs filed the operative Amended Complaint on December 16, 2022.

2. On February 10, 2023, the Court granted Defendants' Motion for Coordinated Briefing Schedule for Responses to the Amended Complaint, ordering that "Any served Defendant shall respond to the Amended Complaint on or before April 14, 2023." ECF No. 49.

3. On March 1, 2023, Ohtani's agent accepted service of the Amended Complaint on his behalf in Los Angeles. *See* ECF No. 79. Accordingly, Ohtani respectfully requests the same

extension afforded pursuant to the Court's February 10, 2023 Order, allowing the time for Ohtani to respond to be extended until April 14, 2023.

4. Good cause exists for this requested extension. Ohtani only recently retained counsel and requires additional time to evaluate the allegations in the Amended Complaint. Further, a brief extension will permit Ohtani's counsel the opportunity to coordinate with counsel for other defendants in compliance with the Court's instruction that "Multiple . . . Defendants shall file joint motions with co-parties unless there are clear conflicts of position." ECF No. 5.

5. The requested extension will not delay the proceedings. The requested extension will make Ohtani's response deadline consistent with other defendants and allow for a coordinated schedule.

6. Counsel for the parties have met and conferred regarding this motion on March 22, 2023, and Plaintiffs do not oppose the extension. *See* S. D. Fla. L. R. 7.1(a)(3).

7. Through this Motion for Extension, Ohtani does not waive any objection or defense that is available to him, including without limitation any defenses related to lack of personal jurisdiction.

## **CONCLUSION**

WHEREFORE, Ohtani respectfully requests that this Court enter an order extending the time for Ohtani to respond or otherwise move in response to the Amended Complaint to April 14, 2023.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)**

Pursuant to Local Rule 7.1(a)(3), Mr. Soto, counsel for Defendant Ohtani, conferred with Mr. Moskowitz, counsel for Plaintiffs, on March 22, 2023.  Plaintiffs do not oppose the requested extension.

/s/ Edward Soto
Edward Soto (Fla. Bar No. 0265144)
Edward.Soto@weil.com
Weil, Gotshal & Manges LLP
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone:  (305) 577-3100
Fax:  (305) 374-7159

*Attorneys for Defendant Shohei Ohtani*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Florida by using the CM/ECF system, which sent notification of such filing to all CM/ECF participants.

/s/ Edward Soto
Edward Soto (Fla. Bar No. 0265144)
Edward.Soto@weil.com
Weil, Gotshal & Manges LLP
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 577-3100
Fax: (305) 374-7159

*Attorneys for Defendant Shohei Ohtani*