UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-23753-KMM

EDWIN GARRISON, *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

Defendants.

**ORDER ON DEFENDANT OHTANI'S
UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO AMENDED COMPLAINT**

**THIS CAUSE**, having come before the Court on Defendant Shohei Ohtani's ("Defendant Ohtani"), Unopposed Motion for Extension of Time to Respond to Amended Complaint (the "Motion"), having reviewed all pertinent filings, and being otherwise duly advised in the premises, the Court finds as follows:

**ORDERED AND ADJUGED** that Defendant Ohtani's Motion is **GRANTED**. Defendant Ohtani shall file a response or otherwise move in response to the Amended Complaint on or before April 14, 2023.

**DONE AND ORDERED** in Chambers in Miami, Florida, this ____ day of March 2023.

_____
K. Michael Moore
United States District Judge

Copies provided to:
All counsel of record