UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-23753-MOORE/LOUIS

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Roberto Martínez of the law firm Colson Hicks Eidson, P.A. appears as counsel for Defendant Golden State Warriors, LLC ("GSW"), and requests that all papers served in this case also be delivered to and served at the address set forth below.

PLEASE TAKE NOTICE that the following attorney appears on behalf of GSW in this action as required under the Rules, and is entering this appearance without prejudice to, or waiver of, GSW's personal jurisdiction defense or any other defenses. This is not a general appearance in Garrison or any other action.

Dated:  April 6, 2023.

                                                    Respectfully submitted,

                                                    **COLSON HICKS EIDSON, P.A.**
                                                    255 Alhambra Circle, Penthouse
                                                    Coral Gables, Florida 33134
                                                    Telephone: (305) 476-7400
                                                    Facsimile: (305) 476-7444

                                                    By: *Roberto Martínez*
                                                    Roberto Martínez
                                                    Florida Bar No. 305596

Email: bob@colson.com

*Attorney for Defendant Golden State Warriors, LLC*