# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-23753-MOORE/LOUIS

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Zachary Lipshultz of the law firm Colson Hicks Eidson, P.A. appears as counsel for Defendant Golden State Warriors, LLC ("GSW"), and requests that all papers served in this case also be delivered to and served at the address set forth below.

PLEASE TAKE NOTICE that the following attorney appears on behalf of GSW in this action as required under the Rules, and is entering this appearance without prejudice to, or waiver of, GSW's personal jurisdiction defense or any other defenses. This is not a general appearance in *Garrison* or any other action.

Dated: April 6, 2023.

                                          Respectfully submitted,

                                          **COLSON HICKS EIDSON, P.A.**
                                          255 Alhambra Circle, Penthouse
                                          Coral Gables, Florida 33134
                                          Telephone: (305) 476-7400
                                          Facsimile: (305) 476-7444

                                          By: /s/ Zachary Lipshultz
                                          Zachary Lipshultz
                                          Florida Bar No. 123594

Email: zach@colson.com

*Attorney for Defendant Golden State Warriors, LLC*