**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 22-cv-23753-MOORE/LOUIS

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that Roberto Martínez of the law firm Colson Hicks Eidson, P.A. appears as counsel for Defendant Lawrence Gene David, and requests that all papers served in this case also be delivered to and served at the address set forth below.

    Dated: April 6, 2023.

                                             Respectfully submitted,

                                             **COLSON HICKS EIDSON, P.A.**
                                             255 Alhambra Circle, Penthouse
                                             Coral Gables, Florida 33134
                                             Telephone: (305) 476-7400
                                             Facsimile: (305) 476-7444

                                             By: *Roberto Martínez*
                                             Roberto Martínez
                                             Florida Bar No. 305596
                                             Email: bob@colson.com

                                             *Attorney for Defendant Lawrence Gene David*