UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-23753-MOORE/LOUIS

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Michael Kahn of the law firm of Gibson, Dunn & Crutcher LLP, 555 Mission Street, San Francisco, CA 94105-0921 for purposes of appearance as co-counsel on behalf of Defendant Golden State Warriors, LLC in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Michael Kahn to receive electronic filings in this case, and in support thereof states as follows:

    1.    Michael Kahn is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bars of California and New York. He is admitted to practice before the courts of New York and California, as well as the U.S. Supreme Court, Ninth Circuit Court of Appeals, and the United States District Courts for the Central and Northern Districts of California.

2. Movant, Roberto Martínez, Esquire, of the law firm of Colson, Hicks, Eidson, P.A., 255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134, (305) 476-7400, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to being designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Michael Kahn has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Michael Kahn, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Michael Kahn at email address: mjkahn@gibsondunn.com.

5. Movant, Roberto Martínez, files this motion without prejudice to, or waiver of, GSW's personal jurisdiction defense or any other defenses. This is not a general appearance in the above captioned matter or any other action.

WHEREFORE, Roberto Martínez, moves this Court to enter an Order permitting Michael Kahn to appear before this Court on behalf of Defendant Golden State Warriors, LLC for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Michael Kahn.

Date:   April 6, 2023            Respectfully submitted,

                                      **Colson, Hicks, Eidson, P.A.**
                                      255 Alhambra Circle, Penthouse,
                                      Coral Gables, Florida 33134
                                      (305) 476-7400

                                      <u>By: s/ *Roberto Martínez*</u>
                                      Roberto Martínez
                                      Florida Bar No. 305596
                                      bob@colson.com

                                      *Attorney for Defendant Golden State Warriors, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 22-cv-23753-MOORE/LOUIS

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

## **CERTIFICATION OF MICHAEL KAHN**

Michael Kahn, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Bars of California and New York; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                          */s/ Michael Kahn*
                                          Michael Kahn

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-23753-MOORE/LOUIS

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

**ORDER GRANTING MOTION TO APPEAR**
**_PRO HAC VICE_, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Michael Kahn, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the Motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Michael Kahn may appear and participate in this action on behalf of Defendant Golden State Warriors LLC. The Clerk shall provide electronic notification of all electronic filings to Michael Kahn, at mjkahn@gibsondunn.com.

DONE AND ORDERED in Chambers at _____, Florida, this ____ day of April, 2023.

 

                                                                                                                       District Judge Michael Moore

Copies furnished to: All Counsel of Record