UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 22-cv-23753-MOORE/LOUIS

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that NATHAN M. BULL of the Law Firm of MCDERMOTT WILL & EMERY LLP hereby makes an appearance as counsel of record for Defendant STEPHEN CURRY, and directs that all responsive pleadings and papers in the above action be served upon the following:

Nathan M. Bull
333 S.E. 2nd Avenue, Suite 4500
Miami, FL 33131
nbull@mwe.com
mblancoaleman@mwe.com

Respectfully submitted,

**McDERMOTT WILL & EMERY LLP**

*/s/ Nathan M. Bull*
NATHAN M. BULL
nbull@mwe.com
Florida Bar No. 1029523
333 S.E. 2nd Avenue | Suite 4500
Miami, FL 33131
Tel: (305) 358-3500 | Fax: (305) 675-8146
***Counsel for Defendant Stephen Curry***

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **7th day of April, 2023,** an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record at their e-mail addresses on file with the Court.

/s/ Nathan M. Bull
NATHAN M. BULL

DM_US 195405294-1.119576.0012