### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### Case No. 22-cv-23753-MOORE/BECERRA

EDWIN GARRISON, *et al.*, on behalf of
themselves and all similarly situated,

      Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

      Defendants.

_____/

### MOTION BY THE "CELEBRITY DEFENDANTS" TO SET BRIEFING PAGE LIMITS AND BRIEFING SCHEDULE FOR THEIR MOTIONS TO DISMISS

Defendants Thomas Brady, Gisele Bündchen, Kevin O'Leary, David Ortiz, Udonis Haslem, Stephen Curry, the Golden State Warriors, LLC, William Trevor Lawrence, Shohei Ohtani, and Lawrence Gene David (collectively, the "Celebrity Defendants") respectfully request that the Court establish the page limits for briefing their motions to dismiss due by April 14, 2023, *see* PAPERLESS ORDER [ECF No. 49], and also establish a briefing schedule for the motions.[1] Plaintiffs' position on these requests is unknown, as explained in the Local Rule 7.1(a)(3) Certification below.

In support of this motion, the Celebrity Defendants state:

1.    The operative *Amended Class Action Complaint and Demand for Jury Trial* ["*Amended Complaint*"; ECF No. 16] was filed on December 16, 2022.

---

[1] By filing this motion, no Celebrity Defendant waives any defense to Plaintiffs' claims, including, but not limited to, personal jurisdiction or inadequacy of service, and all such defenses are preserved.

2.     The *Amended Complaint* has 280 numbered paragraphs of allegations and is 97 pages long, not including the 20-page purported "expert report" attached as its exhibit.

3.     The *Amended Complaint* names twelve "FTX Brand Ambassador Defendants," who are the Celebrity Defendant movants, Defendant Naomi Osaka, and Defendant Shaquille O'Neal. *See id.* ¶¶ 30-42.[2] The pleading also names five "FTX Insider Defendants" and Defendant Samuel Bankman-Fried – who is obviously an FTX "insider," but not identified as such. *See id.* ¶¶ 43-38 & ¶¶ 75-76.

4.     Under the Local Rules, the twelve "FTX Brand Ambassador Defendants" would be entitled to 20 pages each for their individual motions to dismiss – *i.e.*, 240 pages of briefing. *See* Local Rule 7.1(c)(2). Altering the normal briefing rules, the PAPERLESS PRETRIAL ORDER [ECF No. 5] requires that "Multiple … Defendants shall file joint motions with co-parties unless there are clear conflicts of position. If conflicts of position exist, parties shall explain the conflicts in their separate motions." *Id.* at 1-2 (emphasis omitted).

5.     The Celebrity Defendants recognize that the PAPERLESS PRETRIAL ORDER requires them as a group to file joint motions because their positions are broadly in alignment, and they seek through this filing to structure the briefing for their motions.

6.     However, the Celebrity Defendants' positions are distinct and separate from the positions of the FTX Insider Defendants and of Defendant Bankman-Fried, both as pled by Plaintiffs in the *Amended Complaint* and as a result of external factors resulting from the wide-ranging criminal and civil enforcement and bankruptcy issues into the "FTX" issues. [3] In addition,

---

[2] No counsel for Defendant Osaka has appeared in this action, although she was purportedly served. *See* PAPERLESS ORDER [ECF No. 101] at 1. Defendant O'Neal has not been served, as far as undersigned counsel are aware.  To the extent either defendant appears, the Celebrity Defendants will endeavor to coordinate with Ms. Osaka and Mr. O'Neal to the extent practical.

[3] The Celebrity Defendants note that press reports indicate that several of the "FTX Insider Defendants" have pled guilty to federal charges. *See, e.g.*, David Yaffe-Bellany & Matthew

of these defendants, only counsel for Defendant Bankman-Fried have filed appearances, *see* ECF Nos. 83-86, which makes coordination impossible even if it were desirable (which it is not).

7.      Accordingly, and given the clear divergence of their positions, the Celebrity Defendants do not intend to brief "jointly" with the FTX Insider Defendants or Defendant Bankman-Fried.

8.      With respect to their dismissal briefing, the Celebrity Defendants request that the Court authorize the following briefs and brief lengths, with all page limits as calculated under Local Rule 7.1(c)(2),[4] for the motions and memoranda of law, responses, and replies:

    a.      A joint Rule 12(b)(6) motion and memorandum of law of up to 40 pages, which would be for issues common to all Celebrity Defendants.

    b.      A joint Rule 12(b)(2) motion and memorandum of law of up to 20 pages, for those Celebrity Defendants who wish to raise a personal jurisdiction challenge.

    c.      To the extent applicable, individual motions and memoranda of law of up to 5 pages, for those Celebrity Defendants seeking to raise unique issues or defenses not encompassed by the joint Rule 12(b)(6) or joint Rule 12(b)(2) motion – *e.g.*, a challenge to adequacy of service of process.

---

Goldstein, *Third Top FTX Executive Pleads Guilty in Fraud Investigation*, N.Y. Times (Feb. 28, 2023), https://www.nytimes.com/2023/02/28/technology/ftx-guilty-plea-fraud.html. Further, yet another a superseding indictment was recently filed against Defendant Bankman-Fried in the expansive criminal action against him. *See United States v. Bankman-Fried*, No. 22-cr-673 (LAK) (S.D.N.Y.). Those extensive criminal proceedings alone pose a significant impediment to any attempts to coordinate with those defendants, whether or not counsel for them has appeared.

[4] Local Rule 7.1(c)(2) provides, "As long as no substantive part of the submission appears on the same page(s), the following items do not count toward page limitations for purposes of this rule and any other rules or orders setting forth page limitations: title pages preceding the first page of text, tables of contents, tables of citations, 'request for hearing' sections, signature pages, certificates of good faith conferences, and certificates of service."

d.      Plaintiffs' responses to each motion would be the same lengths as authorized for the motions – *i.e.*, 40 pages for Plaintiffs' Rule 12(b)(6) response, 20 pages for Plaintiffs' Rule 12(b)(2) response, and 5 pages for Plaintiffs' responses to any individual Celebrity Defendant motion.

e.      A joint reply supporting the joint Rule 12(b)(6) motion of up to 20 pages.

f.      A joint reply supporting the joint Rule 12(b)(2) motion of up to 10 pages.

g.      Individual replies supporting the individual motions of up to 3 pages.

9.      In addition, the Celebrity Defendants request that the Court set the following briefing schedule to follow their April 14, 2023, filings:

a.      Plaintiffs' responses shall be filed on Monday, May 15, 2023 – *i.e.*, 31 days following the Celebrity Defendants' April 14 dismissal filings.

b.      The Celebrity Defendants' replies shall be filed on Wednesday, June 14, 2023 – *i.e.*, 30 days following Plaintiffs' responses. The Celebrity Defendants note that their joint replies must be coordinated with counsel for up to twelve Celebrity Defendants, which necessitates additional time for finalizing any such reply.

10.     Therefore, Celebrity Defendants request that the Court authorize and establish the briefing lengths and schedule set forth above.

## **CONCLUSION**

WHEREFORE, the Celebrity Defendants respectfully request that the Court (i) authorize the Celebrity Defendants to file a joint Rule 12(b)(6) motion and memorandum of law of up to 40 pages, a joint Rule 12(b)(2) motion and memorandum of law of up to 20 pages, and individual motions and memoranda of law of up to 5 pages, authorize equivalent page limits for Plaintiffs' responses, and authorize the Celebrity Defendants to file replies of 20 pages, 10 pages, and 3 pages,

respectively, (ii) set May 15, 2023, as the deadline for Plaintiffs' responses and June 14, 2023, for the Celebrity Defendants' replies, and (iii) grant such other and further relief as the Court deems just and proper.

      A proposed order granting this motion is attached as Exhibit A and will be submitted to the Court via e-mail in Word format in accordance with S.D. Fla. CM/ECF NextGen Admin. Pro. 3I(6).

## Local Rule 7.1(a)(3) Certification

      On April 6, 2023, Christopher S. Carver, counsel for Defendants David Ortiz and Udonis Halsem, placed telephone calls to Plaintiffs' counsel Adam Moskowitz, Joseph Kaye, and Howard Bushman to try to arrange a pre-filing meet-and-confer telephone conference to discuss these requests. He was successful in reaching Mr. Bushman, who requested that an e-mail be sent to Plaintiffs' counsel putting the request for a conference in writing. The requested e-mail was sent at 11:30 a.m. EDT on April 6; Plaintiffs' counsel responded at 1:34 p.m. EDT that day, stating that Plaintiffs' counsel were only available for a telephone conference on Monday or Tuesday the following week. In view of the imminency of the April 14, 2023, deadline for filing motions and the need for a ruling by the Court sufficiently in advance of that deadline, Mr. Carver responded by sending Plaintiffs' counsel a .pdf draft of this Motion in near-final form at 3:34 p.m. EDT on April 6 (copying all Celebrity Defendants' counsel), which draft specified the exact briefing and scheduling requests, and requesting Plaintiffs' position by noon today (April 7). Mr. Carver's response further advised Plaintiffs that the Motion would be filed by 2:00 p.m. EDT today.

      As of the time of filing this Motion, no response has been received from Plaintiffs' counsel. Accordingly, Plaintiffs' position on the briefing and scheduling requests set forth in this Motion is unknown.

Dated:  April 7, 2023

Respectfully submitted,

**COLSON HICKS EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444

By: */s/ Roberto Martínez*
    Roberto Martínez
    Florida Bar No. 305596
    bob@colson.com
    Stephanie A. Casey
    Florida Bar No. 97483
    scasey@colson.com
    Zachary Lipshultz
    Florida Bar No. 123594
    zach@colson.com

**LATHAM & WATKINS LLP**
    Andrew Clubok (*pro hac vice*)
    *andrew.clubok@lw.com*
    Susan E. Engel (*pro hac vice*)
    *susan.engel@lw.com*
    Brittany M.J. Record (*pro hac vice*)
    *brittany.record@lw.com*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200
Fax: +1.202.637.2201

**LATHAM & WATKINS LLP**
    Marvin S. Putnam (*pro hac vice*)
    *marvin.putnam@lw.com*
    Jessica Stebbins Bina (*pro hac vice*)
    *jessica.stebbinsbina@lw.com*
    Elizabeth A. Greenman (*pro hac vice*)
    *elizabeth.greenman@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Tel: +1.424.653.5500
Fax: +1.424.653.5501

**LATHAM & WATKINS LLP**
    Michele D. Johnson (*pro hac vice*)
    *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Tel: +1.714.540.1235
Fax: +1.714.755.8290

*Attorneys for Defendants Thomas Brady, Gisele Bündchen, and Lawrence Gene David*

**AKERMAN LLP**
201 East Las Olas Boulevard – Suite 1800
Ft. Lauderdale, FL 33301
Tel.: 954-463-2700
Fax: 954-468-2454

By: */s/ Christopher S. Carver*
    Christopher S. Carver
    Florida Bar No. 993580
    christopher.carver@akerman.com
    Jason S. Oletsky, Esq.
    Florida Bar No. 9301
    jason.oletsky@akerman.com
    Katherine A Johnson
    Florida Bar No. 1040357
    katie.johnson@akerman.com

*Attorneys for Defendants David Ortiz*
*and Udonis Haslem*

**MARCUS NEIMAN RASHBAUM**
**& PINEIRO LLP**
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, Florida 33394
Tel: (954) 462-1200
2 South Biscayne Blvd., Suite 2530
Miami, Florida 33131
Tel: (305)-400-4260

By: */s/ Jeffrey Neiman*
    Jeffrey Neiman
    jneiman@mnrlawfirm.com
    Fla Bar. No. 544469
    Jeffrey Marcus
    jmarcus@mnrlawfirm.com
    Fla. Bar No. 310890
    Michael Pineiro
    mpineiro@mnrlawfirm.com
    Fla. Bar No. 041897
    Brandon Floch
    bfloch@mnrlawfirm.com
    Fla. Bar No. 125218

**BERK BRETTLER LLP**
9119 Sunset Boulevard
West Hollywood, CA 90069
Tel.: (310) 278-2111
Andrew B. Brettler (*pro hac vice*)
abrettler@berkbrettler.com

*Attorneys for Defendant Kevin O'Leary*

**DIMOND KAPLAN & ROTHSTEIN, P.A.**
Offices at Grand Bay Plaza
2665 South Bayshore Drive, PH-2B

Miami, Florida 33133
Telephone: (305) 374-1920
Facsimile: (305) 374-1961

By: /s/ David A. Rothstein
     David A. Rothstein, Esq.
     Fla. Bar No. 995762
     DRothstein@dkrpa.com
     Alexander M. Peraza, Esq.
     Fla. Bar No. 107044
     APeraza@dkrpa.com
     Eshaba Jahir-Sharuz, Esq.
     Fla. Bar No. 1038846
     Eshaba@dkrpa.com

**MCANGUS GOUDELOCK & COURIE LLC**
2000 Market Street, Suite 780
Philadelphia, PA 19103
(484) 406-4334
Eric A. Fitzgerald (*pro hac vice*)
eric.fitzgerald@mgclaw.com
Hillary N. Ladov (*pro hac vice*)
hillary.ladov@mgclaw.com

*Attorneys for Defendant William Trevor Lawrence*

**McDERMOTT WILL & EMERY LLP**
333 SE 2nd Ave., Suite 4500
Miami, Florida 33131
Telephone: (212) 547-5768
Facsimile: (305) 347-6500

By: /s/ Nathan Bull
     Nathan Bull
     nbull@mwe.com
     Fla. Bar No. 1029523

**McDERMOTT WILL & EMERY LLP**
     Jason D. Strabo (to file *pro hac vice*)
      *jstrabo@mwe.com*
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Telephone: (310) 788-4125
Facsimile: (310) 277-4730

**McDERMOTT WILL & EMERY LLP**
     Sarah P. Hogarth (to file *pro hac vice*)
      *shogarth@mwe.com*
500 North Capitol Street NW
Washington, DC 20001

Telephone: (202) 756-8354
Facsimile: (202) 756-8087

*Attorneys for Defendant Stephen Curry*

**WEIL, GOTSHAL & MANGES LLP**

*/s/ Edward Soto*
Edward Soto (Fla Bar. No. 0265144)
Edward.soto@weil.com
1395 Brickell Avenue, Suite 1200
Miami, FL 33131-3368
Phone: (305)-577-3100

*Attorney for Defendant Shohei Ohtani*

**COLSON HICKS EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444

By: */s/ Roberto Martínez*
    Roberto Martínez
    Florida Bar No. 305596
    bob@colson.com
    Stephanie A. Casey
    Florida Bar No. 97483
    scasey@colson.com
    Zachary Lipshultz
    Florida Bar No. 123594
    zach@colson.com

**GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Matthew S. Kahn*
    Matthew S. Kahn (Pro Hac Vice Pending)
    Michael J. Kahn (Pro Hac Vice Pending)
    555 Mission Street, Suite 3000
    San Francisco, CA 94105-0921
    Phone: 415.393.8379
    Email: MKahn@gibsondunn.com
    Email: MJKahn@gibsondunn.com

Jamila MacEbong (Pro Hac Vice Pending)
333 South Grand Avenue
Suite 4600

- 9 -

Los Angeles, CA 90071-3197
Phone: 213.229.7155
Email: JMacEbong@gibsondunn.com

*Attorneys for Defendant Golden State Warriors, LLC*