# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 22-cv-23753-MOORE/BECERRA

EDWIN GARRISON, *et al.*, on behalf of
themselves and all similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.
_____/

**[proposed]**
**ORDER GRANTING MOTION BY THE "CELEBRITY DEFENDANTS" TO SET BRIEFING PAGE LIMITS AND BRIEFING SCHEDULE FOR THEIR MOTIONS TO DISMISS**

THIS CAUSE came before the Court on the *Motion by the "Celebrity Defendants" to Set Briefing Page Limits and Briefing Schedule for Their Motions to Dismiss* ("Motion") [ECF No. 125]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED** as follows:

1.    The "Celebrity Defendants"[1] and Plaintiffs are authorized to file the following motions and memoranda of law, responses, and replies, with all page limits as calculated pursuant to Local Rule 7.1(c)(2):

---

[1] The "Celebrity Defendants" are Defendants Thomas Brady, Gisele Bündchen, Kevin O'Leary, David Ortiz, Udonis Haslem, Stephen Curry, the Golden State Warriors, LLC, William Trevor Lawrence, Shohei Ohtani, and Lawrence Gene David.

  a. The Celebrity Defendants are authorized to file a joint Rule 12(b)(6) motion and memorandum of law of up to 40 pages, for issues common to all Celebrity Defendants.

  b. The Celebrity Defendants are authorized to file a joint Rule 12(b)(2) motion and memorandum of law of up to 20 pages, for those Celebrity Defendants who wish to raise a personal jurisdiction challenge.

  c. To the extent warranted, each Celebrity Defendant is entitled to file an individual motion and memoranda of law of up to 5 pages, for those Celebrity Defendants seeking to raise unique issues or defenses not encompassed by the joint Rule 12(b)(6) or joint Rule 12(b)(2) motion – *e.g.*, a challenge to adequacy of service of process.

  d. Plaintiffs are authorized to file responses of up to 40 pages for Plaintiffs' response to the Celebrity Defendants' joint Rule 12(b)(6) motion, 20 pages for Plaintiffs' response to the Celebrity Defendants' joint Rule 12(b)(2) motion, and 5 pages for Plaintiffs' responses to any individual Celebrity Defendant motion.

  e. The Celebrity Defendants are authorized to file a joint reply supporting the joint Rule 12(b)(6) motion of up to 20 pages.

  f. The Celebrity Defendants are authorized to file a joint reply supporting the joint Rule 12(b)(2) motion of up to 10 pages.

  g. Each Celebrity Defendant who files an individual motion and memorandum of law is authorized to file an individual reply of up to 3 pages.

2. The Court previously set the deadline for the filing of these motions to be April 14, 2023. *See* ECF No. 49. The schedule for briefing of these motions shall be as follows:

      a.      Plaintiffs' responses shall be filed by May 15, 2023.

      b.      The Celebrity Defendants' replies shall be filed by June 14, 2023.

DONE AND ORDERED in Miami, Florida, this ____ day of April, 2023.

_____

**K. MICHAEL MOORE**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record