UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-23753-KMM

**EDWIN GARRISON**, *et al.*,

    Plaintiffs,

v.

**SAM BANKMAN-FRIED**, *et al.*,

    Defendants.
_____/

### NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT UDONIS HASLEM

Christopher S. Carver, Esq., of the law firm Akerman LLP, hereby enters his appearance as counsel on behalf of Defendant Udonis Haslem and requests that copies of all orders, process, pleadings, and other documents filed or served in this matter be served on him via CM/ECF or at the address listed below, as appropriate.[1]

Respectfully submitted,

Date: April 7, 2023

**AKERMAN LLP**
201 East Las Olas Boulevard – Suite 1800
Fort Lauderdale, Florida 33301-2229
Tel.: 954-463-2700
Fax: 954-463-2224

By: */s/ Christopher S. Carver*
    Christopher S. Carver
    Florida Bar No.: 993580
    christopher.carver@akerman.com

*Counsel for Defendant Udonis Haslem*

---

[1] The filing of this Notice of Appearance does not waive Defendant Haslem's right to proper service of process, which right is fully preserved. Defendant Haslem intends to challenge the purported "service" – which was "effected" through the process server's tossing the summons packet onto the windshield of his wife's vehicle miles from his home, *see* ECF No. 88-2, pg. 6 – by the April 14, 2023, deadline set by the Court. *See* ECF No. 49.