UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-23753-KMM

**EDWIN GARRISON**, *et al.,* on behalf of
themselves and all others similarly situated,

    *Plaintiffs,*

v.

**SAM BANKMAN-FRIED**, *et al.*,

    *Defendants.*

_____/

### PLAINTIFFS' RESPONSE TO THE "FTX CELEBRITY DEFENDANTS'" EMERGENCY MOTION TO AMEND THE CASE MANAGEEMENT ORDER

On February 10, 2023, almost two months ago, this Court entered a Standard Order [D.E. 49] in cases with multiple defendants. The same Order has been entered by Chief Judge Altonaga in the pending *Garrison v. Paffrath,* 23-20123 [D.E. 19] (against the "FTX Influencers") and by Judge Roy Altman in *Sizemore v. Zhao,* 23-21261 [D.E. 8] (against Binance). Both of those Orders require the Defendants to file one Response to the Complaint in accordance with the rules of civil procedure.

Plaintiffs take no position on whether the Court should allow the FTX Celebrity Defendants to: (a) increase the briefs to 65 and 30 pages, and (b) allow 30 days for Oppositions and Replies. Most of these Defendants have now been served for months, many of these arguments have been briefed in other related crypto cases, but Plaintiffs respectfully state that such decision is certainly for this Court to decide. However, Plaintiffs must take issue with the manner in which Defendants' counsel proceeded with this Motion.

On Thursday, April 6th, Mr. Carver left a voice message for 4 different Plaintiffs' counsel and stated it was very important he talk to them about his Motion to Dismiss, which is due in

*Edwin Garrison, et al. v. Samuel Bankman-Fried, et al.*
*Case No. 1:22-cv-23753-KMM*

approximately one week. Undersigned Counsel were in the process of finalizing and filing a Motion to Serve FTX Celebrity Defendant Shaquille O'Neal with substitutes service, due to his evasive actions during the last 4 months.

Accordingly, Plaintiffs' counsel suggested that the parties discuss the issue on Monday April 10th, for several reasons, including because: (1) today, April 7th, is Good Friday, (2) we could not presume how the Court was going to decide the Motion for Mr. O'Neal (would be presumed served), and (3) we specifically asked Mr. Carver to let us know which FTX defendants he was speaking for, because we have had issues in the past (in fact, he just filed a new Notice of Appearance for FTX Defendant Adonis Haslem). Mr. Carver wrote back that we should not deal with any of other issues and sent us his draft Motion. He stated that he was filing today, whether he heard from us or not.

As a result, Undersigned Counsel specifically wrote to Mr. Roberto Martinez, counsel for many of the FTC Celebrity Defendants, and signatory on all of the group pleadings in this matter. The email was sent at 10:55am this morning, enclosing a courtesy copy of our Motion for Mr. O'Neal and asked him specifically to: "Just let us know any good time to set a Zoom and we can discuss organizing this matter. Thx., Adam." That email was never mentioned in Mr. Carver's Local Rule 7.1 Certification, so either Mr. Martinez and Mr. Carver have not spoken, or the email was simply left out. Undersigned Counsel simply hope that we can have more cooperation and professionalism as we advance in this litigation.

. Dated: April 7, 2023                          Respectfully submitted,

                                             By: */s/ Adam Moskowitz*
                                             Adam M. Moskowitz
                                             Florida Bar No. 984280
                                             adam@moskowitz-law.com
                                             Joseph M. Kaye
                                             Florida Bar No. 117520

*Edwin Garrison, et al. v. Samuel Bankman-Fried, et al.*
*Case No. 1:22-cv-23753-KMM*

joseph@moskowitz-law.com
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423

By: */s/ David Boies*
David Boies
(*Pro Hac Vice*)
Alex Boies
(*Pro Hac Vice*)
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Phone: (914) 749–8200
dboies@bsfllp.com

By: */s/ Stephen Neal Zack*
Stephen Neal Zack
Florida Bar No. 145215
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com

*Co-Counsel for Plaintiff and the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the forgoing was filed on April 7, 2023, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Adam M. Moskowitz*
ADAM M. MOSKOWITZ