UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-23753-MOORE/BECERRA

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

**REPLY IN SUPORT OF MOTION BY THE
"CELEBRITY DEFENDANTS" TO SET BRIEFING PAGE
LIMITS AND BRIEFING SCHEDULE FOR THEIR MOTIONS TO DISMISS**

Plaintiff's Response (ECF No. 128) takes no position on the request submitted by Defendants Thomas Brady, Gisele Bündchen, Kevin O'Leary, David Ortiz, Udonis Haslem, Stephen Curry, the Golden State Warriors, LLC, William Trevor Lawrence, Shohei Ohtani, and Lawrence Gene David (collectively, the "Celebrity Defendants") requesting the Court establish the page limit and briefing schedule for briefing on the motions to dismiss. (*See* ECF No. 125 ("Motion").) Therefore, the request should be granted and the proposed order attached as the exhibit to the Motion [ECF No. 125-1] and submitted in Word format to the Court should be entered.

The Celebrity Defendants file this Reply only to address specifically one matter mentioned by Plaintiff in its Response that identifies by name one of the lawyers (Roberto Martinez) for some of the Celebrity Defendants. The Response states:

> As a result, Undersigned Counsel specifically wrote to Mr. Roberto Martinez, counsel for many of the FTC Celebrity Defendants, and signatory on all of the group pleadings in this matter. The email was sent at 10:55am this morning, enclosing a courtesy copy of our Motion for Mr. O'Neal and asked him specifically to: "Just let us know any good time to set a Zoom and we can discuss organizing this matter. Thx., Adam." That email was never mentioned in Mr. Carver's Local Rule 7.1 Certification, so either Mr. Martinez and Mr. Carver have not spoken, or the email was simply left out. Undersigned Counsel simply hope that we can have more cooperation and professionalism as we advance in this litigation.

(Response at 2.)

The Response, however, does not fully describe the content of Plaintiff's email to Mr. Martinez.[1] The purpose of the email sent by Plaintiff was to tell Mr. Martinez that he should get retained by Mr. O'Neal.[2] Mr. Martinez informed Plaintiff that his firm does not represent Mr. O'Neal.

The undersigned felt compelled to file this Reply to correct the record since the Plaintiff identified the undersigned specifically by name and the email had nothing to do with conferring on the form and length of the motion to dismiss.

Dated: April 10, 2023.

                                                **COLSON HICKS EIDSON, P.A.**
                                                255 Alhambra Circle, Penthouse
                                                Coral Gables, Florida 33134
                                                Telephone: (305) 476-7400
                                                Facsimile: (305) 476-7444

                                                By: */s/ Roberto Martínez*
                                                      Roberto Martínez
                                                      Florida Bar No. 305596

---

[1] The Response also mischaracterizes the communications between another lawyer (Christopher Carver) and Plaintiffs' counsel, who reached out to Plaintiffs' counsel to coordinate a discussion of the requests in the Motion – and not to discuss "his Motion to Dismiss," Resp. at 1 – but those communications are properly described in the Local Rule 7.1(a)(3) Certification in the Motion and need no further discussion here. *See* ECF 125 at 5.

[2] Because SDFL Local Rule 7.7(b) prohibits attorneys from furnishing the Court with copies of correspondence between or among counsel, the undersigned is not submitting the email exchange. However, the undersigned is prepared to do so should the Court request it.

      bob@colson.com
      Stephanie A. Casey
      Florida Bar No. 97483
      scasey@colson.com
      Zachary Lipshultz
      Florida Bar No. 123594
      zach@colson.com

**LATHAM & WATKINS LLP**
   Andrew Clubok (*pro hac vice*)
    *andrew.clubok@lw.com*
   Susan E. Engel (*pro hac vice*)
    *susan.engel@lw.com*
   Brittany M.J. Record (*pro hac vice*)
    *brittany.record@lw.com*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200
Fax: +1.202.637.2201

**LATHAM & WATKINS LLP**
   Marvin S. Putnam (*pro hac vice*)
    *marvin.putnam@lw.com*
   Jessica Stebbins Bina (*pro hac vice*)
    *jessica.stebbinsbina@lw.com*
   Elizabeth A. Greenman (*pro hac vice*)
    *elizabeth.greenman@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Tel: +1.424.653.5500
Fax: +1.424.653.5501

**LATHAM & WATKINS LLP**
   Michele D. Johnson (*pro hac vice*)
    *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Tel: +1.714.540.1235
Fax: +1.714.755.8290

*Attorneys for Defendants Thomas Brady, Gisele Bündchen, and Lawrence Gene David*

**AKERMAN LLP**
201 East Las Olas Boulevard – Suite 1800
Ft. Lauderdale, FL 33301
Tel.: 954-463-2700
Fax: 954-468-2454
By: */s/ Christopher S. Carver*
 Christopher S. Carver
 Florida Bar No. 993580
 christopher.carver@akerman.com
 Jason S. Oletsky, Esq.
 Florida Bar No. 9301
 jason.oletsky@akerman.com
 Katherine A Johnson
 Florida Bar No. 1040357
 katie.johnson@akerman.com

*Attorneys for Defendants David Ortiz and Udonis Haslem*

**MARCUS NEIMAN RASHBAUM & PINEIRO LLP**
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, Florida 33394
Tel: (954) 462-1200
2 South Biscayne Blvd., Suite 2530
Miami, Florida 33131
Tel: (305)-400-4260

By: */s/ Jeffrey Neiman*
 Jeffrey Neiman
 jneiman@mnrlawfirm.com
 Fla Bar. No. 544469
 Jeffrey Marcus
 jmarcus@mnrlawfirm.com
 Fla. Bar No. 310890
 Michael Pineiro
 mpineiro@mnrlawfirm.com
 Fla. Bar No. 041897
 Brandon Floch
 bfloch@mnrlawfirm.com
 Fla. Bar No. 125218

**BERK BRETTLER LLP**
9119 Sunset Boulevard
West Hollywood, CA 90069
Tel.: (310) 278-2111

4

      Andrew B. Brettler (*pro hac vice*)
      abrettler@berkbrettler.com

*Attorneys for Defendant Kevin O'Leary*

**DIMOND KAPLAN & ROTHSTEIN, P.A.**
Offices at Grand Bay Plaza
2665 South Bayshore Drive, PH-2B
Miami, Florida 33133
Telephone: (305) 374-1920
Facsimile: (305) 374-1961

By: /s/ *David A. Rothstein*
    David A. Rothstein, Esq.
    Fla. Bar No. 995762
    DRothstein@dkrpa.com
    Alexander M. Peraza, Esq.
    Fla. Bar No. 107044
    APeraza@dkrpa.com
    Eshaba Jahir-Sharuz, Esq.
    Fla. Bar No. 1038846
    Eshaba@dkrpa.com

**MCANGUS GOUDELOCK & COURIE LLC**
2000 Market Street, Suite 780
Philadelphia, PA 19103
(484) 406-4334
Eric A. Fitzgerald (*pro hac vice*)
eric.fitzgerald@mgclaw.com
Hillary N. Ladov (*pro hac vice*)
hillary.ladov@mgclaw.com

*Attorneys for Defendant William Trevor Lawrence*

**McDERMOTT WILL & EMERY LLP**
333 SE 2nd Ave., Suite 4500
Miami, Florida 33131
Telephone: (212) 547-5768
Facsimile: (305) 347-6500

By: */s/ Nathan Bull*
    Nathan Bull
    nbull@mwe.com
    Fla. Bar No. 1029523

**McDERMOTT WILL & EMERY LLP**

5

   Jason D. Strabo (to file *pro hac vice*)
    *jstrabo@mwe.com*
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Telephone: (310) 788-4125
Facsimile: (310) 277-4730

**McDERMOTT WILL & EMERY LLP**
   Sarah P. Hogarth (to file *pro hac vice*)
    *shogarth@mwe.com*
500 North Capitol Street NW
Washington, DC 20001
Telephone: (202) 756-8354
Facsimile: (202) 756-8087

*Attorneys for Defendant Stephen Curry*

**WEIL, GOTSHAL & MANGES LLP**

*/s/ Edward Soto*
Edward Soto (Fla Bar. No. 0265144)
Edward.soto@weil.com
1395 Brickell Avenue, Suite 1200
Miami, FL 33131-3368
Phone: (305)-577-3100

*Attorney for Defendant Shohei Ohtani*

**COLSON HICKS EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444

By: */s/ Roberto Martínez*
  Roberto Martínez
  Florida Bar No. 305596
  bob@colson.com
  Stephanie A. Casey
  Florida Bar No. 97483
  scasey@colson.com
  Zachary Lipshultz
  Florida Bar No. 123594
  zach@colson.com

**GIBSON, DUNN & CRUTCHER LLP**

By: <u>*/s/ Matthew S. Kahn*</u>
    Matthew S. Kahn (Pro Hac Vice Pending)
    Michael J. Kahn (Pro Hac Vice Pending)
    555 Mission Street, Suite 3000
    San Francisco, CA 94105-0921
    Phone: 415.393.8379
    Email: MKahn@gibsondunn.com
    Email: MJKahn@gibsondunn.com

Jamila MacEbong (Pro Hac Vice Pending)
333 South Grand Avenue
Suite 4600
Los Angeles, CA 90071-3197
Phone: 213.229.7155
Email: JMacEbong@gibsondunn.com

*Attorneys for Defendant Golden State Warriors, LLC*