UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 22-cv-23753-MOORE/LOUIS

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Sarah P. Hogarth of the law firm of McDermott Will & Emery LLP, 500 North Capitol Street NW, Washington, DC 20001, (202) 756-8352, for purposes of appearance as co-counsel on behalf of Defendant, Stephen Curry, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Sarah P. Hogarth to receive electronic filings in this case, and in support thereof states as follows:

    1.    Sarah P. Hogarth is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bars of the State of Indiana, the District of Columbia, and the State of Maryland. She is admitted to practice before the Supreme Court of the United States; the courts of Indiana, District of Columbia, and Maryland; the U.S. Courts of Appeals for the First, Second, Third, Fourth, Fifth, Seventh, Eighth, Ninth, Tenth, D.C., and Federal Circuits; the U.S.

District Courts for the Northern District of Indiana, Southern District of Indiana, District of Maryland, and District of Columbia; the U.S. Court of Appeals for Veterans' Claims; and the Board of Immigration Appeals and Immigration Court.

2.  Movant Nathan M. Bull of the law firm of McDermott Will & Emery LLP, 333 S.E. 2nd Avenue, Suite 4500, Miami, FL, (305) 347-6506, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3.  In accordance with the local rules of this Court, Sarah P. Hogarth has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4.  Sarah P. Hogarth, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Sarah P. Hogarth at email address: shogarth@mwe.com.

WHEREFORE, Nathan M. Bull respectfully moves this Court to enter an Order for Sarah P. Hogarth to appear before this Court on behalf of Defendant Stephen Curry for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Sarah P. Hogarth.

| | |
|---|---|
| Dated: April 13, 2023 | Respectfully submitted,<br><br>**McDERMOTT WILL & EMERY LLP**<br><br>*/s/  Nathan M. Bull*<br>NATHAN M. BULL<br>nbull@mwe.com<br>Florida Bar No. 1029523<br>333 S.E. 2 Avenue | Suite 4500<br>Miami, FL 33131<br>Tel: (305) 358-3500 | Fax: (305) 675-8146<br>*Counsel for Defendant Stephen Curry* |