UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO.: 22-cv-23753-MOORE/LOUIS**

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

**CERTIFICATION OF SARAH P. HOGARTH**

Sarah P. Hogarth, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Bars of the State of Indiana, the District of Columbia, and the State of Maryland and admitted to practice before the Supreme Court of the United States; the courts of Indiana, District of Columbia, and Maryland; the U.S. Courts of Appeals for the First, Second, Third, Fourth, Fifth, Seventh, Eighth, Ninth, Tenth, D.C., and Federal Circuits; the U.S. District Courts for the Northern District of Indiana, Southern District of Indiana, District of Maryland, and District of Columbia; the U.S. Court of Appeals for Veterans' Claims; and the Board of Immigration Appeals and Immigration Court; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                                                 /s/ Sarah P. Hogarth
                                                                                 SARAH P. HOGARTH