**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 22-cv-23753-MOORE/LOUIS**

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

    Plaintiffs,
v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.
_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Sarah P. Hogarth, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Sarah P. Hogarth may appear and participate in this action on behalf of Stephen Curry. The Clerk shall provide electronic notification of all electronic filings to Sarah P. Hogarth at shogarth@mwe.com.

DONE AND ORDERED in Chambers at _____, Florida, this ____ day of_____.

_____
United States District Judge

Copies furnished to: All Counsel of Record