UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO.: 22-cv-23753-MOORE/LOUIS**

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

**CERTIFICATION OF JASON D. STRABO**

Jason D. Strabo, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the California Bar, the United States District Courts for the Northern, Central, Eastern, and Southern Districts of California, and the Ninth Circuit Court of Appeals, and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                     */s/ Jason D. Strabo*
                                                   JASON D. STRABO