**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 22-cv-23753-MOORE/BECERRA

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Roberto Martínez of the law firm Colson Hicks Eidson, P.A. appears as counsel for Defendant Naomi Osaka, and requests that all papers served in this case also be delivered to and served at the address set forth below.

Dated: April 14, 2023.

                                          Respectfully submitted,

                                          **COLSON HICKS EIDSON, P.A.**
                                          255 Alhambra Circle, Penthouse
                                          Coral Gables, Florida 33134
                                          Telephone: (305) 476-7400
                                          Facsimile: (305) 476-7444

                                          By: *Roberto Martínez*
                                          Roberto Martínez
                                          Florida Bar No. 305596
                                          Email: bob@colson.com

                                          *Attorney for Defendant Naomi Osaka*