**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 22-cv-23753-MOORE/BECERRA

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Zachary Lipshultz of the law firm Colson Hicks Eidson, P.A. appears as counsel for Defendant Naomi Osaka, and requests that all papers served in this case also be delivered to and served at the address set forth below.

    Dated:  April 14, 2023.

                                       Respectfully submitted,

                                       **COLSON HICKS EIDSON, P.A.**
                                       255 Alhambra Circle, Penthouse
                                       Coral Gables, Florida 33134
                                       Telephone: (305) 476-7400
                                       Facsimile: (305) 476-7444

                                       By: _Zachary Lipshultz_
                                       Zachary Lipshultz
                                       Florida Bar No. 123594
                                       Email: zach@colson.com

                                       *Attorney for Defendant Naomi Osaka*