# Exhibit 1

## Declaration of Wardell Stephen Curry II

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 22-cv-23753-MOORE/BECERRA

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

## DECLARATION OF WARDELL STEPHEN CURRY II

I, Wardell Stephen Curry II, declare as follows:

1. I am over the age of eighteen. I make this declaration based on my own personal knowledge.

2. I am a resident of California. My home and principal residence is located in Atherton, California. I do not and have never resided in Florida.

3. My company SC30 Inc., a California corporation with its headquarters in San Francisco, California, contracted with Blockfolio Inc. in August 2021 to grant the right to use my name, image, and likeness in connection with certain advertising, promotion, and marketing material for Blockfolio Inc. and its affiliates.

4. I appeared in one advertisement for FTX. No portion of my appearance in the advertisement was filmed in Florida.

5. I did not negotiate the contract for these services in Florida. I did not meet with anyone in Florida in connection with the contract for my services. I did not communicate with anyone that I knew to be in Florida in connection with the contract for my services.

6. I did not travel to or make any physical appearance in Florida in connection with my services.

7. As a general matter, I only travel to Florida four times a year to play professional basketball games for the Golden State Warriors of the National Basketball Association.

8. I was served with this lawsuit in California, not Florida.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this  13  day of April, 2023 in San Francisco, California.

                                                                                                *Wardell S. Curry, II*
                                                                                                Wardell Stephen Curry II