UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 1:22-cv-23753-KMM

EDWIN GARRISON, *et al.*, on behalf of
themselves and all others similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

## NOTICE OF ATTORNEY APPEARANCE

Jonathan S. Klein of the law firm Mayer Brown LLP hereby appears in the above-captioned action as counsel for Specially Appearing Defendant Sam Trabucco[1] and requests service of all papers in this action through CM/ECF or (as appropriate) by email at jklein@mayerbrown.com or at the address specified below.

Date: April 14, 2023

/s/ *Jonathan S. Klein*
Jonathan S. Klein
Florida Bar No. 125254
jklein@mayerbrown.com
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: (202) 263-3327

*Counsel for Specially Appearing Defendant Sam Trabucco*

---

[1] Mr. Klein makes this appearance for Specially Appearing Defendant Sam Trabucco without prejudice to, or waiver of, any objections to service or personal jurisdiction over Mr. Trabucco. This is not a general appearance in the above-captioned action (or any other action).