# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

Case No. 22-cv-23753-MOORE/BECERRA

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

**DEFENDANTS STEPHEN CURRY'S AND GOLDEN STATE WARRIORS, LLC'S UNOPPOSED MOTION REQUESTING JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

## **REQUEST FOR JUDICIAL NOTICE**

Defendants Stephen Curry and Golden State Warriors, LLC ("GSW"), pursuant to Federal Rule of Evidence 201, respectfully request that the Court take judicial notice of the following in connection with Defendants Stephen Curry, Larry David, GSW, Shohei Ohtani, and Naomi Osaka's motion to dismiss for lack of personal jurisdiction:

1. The Court should take judicial notice of the fact that GSW's stadium, the Chase Center, is located in San Francisco, California. The Court may take judicial notice of this fact because it is not "subject to reasonable dispute" and "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." F.R.E. 201(b)(2). Indeed, courts routinely take judicial notice of geographic locations. *See, e.g.*, *Ferguson v. Destefano*, 2010 WL 11561136, at *5 n.6 (S.D. Fla. Oct. 6, 2010) ("A court may independently utilize a map for the purpose of taking judicial notice of geographical locations and boundaries." (quoting *Government of the Canal Zone v. Burjan*, 596 F.2d 690, 694 (5th Cir. 1979))).

2. The Court should take judicial notice of GSW's principal and mailing address, which is recorded with the California Secretary of State and accessible on the Secretary of State's website. "Recorded instruments . . . which are maintained by . . . Secretaries of State . . . fall within the parameters of Federal Rule of Evidence 201(b)." *Regions Bank v. NBV Loan Acquisition Member, LLC*, 2022 WL 17359786, at *2 (S.D. Fla. Dec. 1, 2022). Additionally, courts "routinely take judicial notice of factual information found on official governmental agency websites." *Ladies Mem'l Ass'n, Inc. v. City of Pensacola, Fla.*, 2020 WL 8449155, at *2 n.5 (N.D. Fla. Aug. 25, 2020) (citation omitted). A true and correct printout of the California Secretary of State's website listing GSW's address as 1 Warriors Way, San Francisco, CA 94158, is attached hereto as **Exhibit A**.

3.  The Court should take judicial notice that Blockfolio, Inc. (the counterparty to Mr. Curry's contract, Curry Decl. ¶ 3) is incorporated in Delaware and has its principal executive office in California, which is recorded with the California Secretary of State and accessible on the Secretary of State's website. As noted above, "[r]ecorded instruments . . . which are maintained by . . . Secretaries of State . . . fall within the parameters of Federal Rule of Evidence 201(b)" (*Regions Bank*, LLC, 2022 WL 17359786, at *2), and courts "routinely take judicial notice of factual information found on official governmental agency websites" (*Ladies Mem'l Ass'n*, 2020 WL 8449155, at *n.2 (citation omitted)). A true and correct printout of the California Secretary of State's website and Blockfolio, Inc.'s July 9, 2018, filing listing Blockfolio, Inc. as a Delaware corporation with a principal executive office in California is attached hereto as **Exhibit B**.

For the reasons set forth herein, Curry and GSW request that the Court enter an order granting this motion and taking judicial notice of the matters indicated herein.

**LOCAL 7.1 CERTIFICATION**

In accordance with Local Rule 7.1, counsel for GSW conferred with Plaintiffs' counsel via email on April 11, 2023, explaining the grounds for the relief sought by GSW and requesting Plaintiffs' position. Plaintiffs' counsel responded that Plaintiffs have no objection to GSW's motion. Counsel for Mr. Curry conferred with Plaintiffs' counsel via email on April 13, 2023, explaining the relief sought by Mr. Curry and requesting Plaintiffs' position. Plaintiffs' counsel responded that Plaintiffs would not oppose Mr. Curry's request.

DATED: April 14, 2023

McDERMOTT WILL & EMERY LLP

By: */s/ Nathan Bull*
   Nathan Bull (FBN 1029523)
   333 SE 2nd Ave Suite 4500
   Miami, FL 33131
   (212) 547-5768
   nbull@mwe.com

   Jason D. Strabo (*pro hac vice* pending)
   Ellie Hourizadeh (to file *pro hac vice*)
   2049 Century Park East, Suite 3200
   Los Angeles, CA 90067
   (310) 788-4125
   jstrabo@mwe.com
   ehourizadeh@mwe.com

   Sarah P. Hogarth (*pro hac vice* pending)
   500 North Capitol Street NW
   Washington, DC 20001
   (202) 756-8354
   shogarth@mwe.com

Attorneys for Defendant
STEPHEN CURRY

Respectfully submitted,

COLSON, HICKS, EIDSON, P.A.

By: */s/ Roberto Martínez*
   Roberto Martínez (FBN 305596)
   Stephanie A. Casey (FBN 97483)
   Zachary Lipshultz (FBN 123594)
   255 Alhambra Circle, Penthouse
   Coral Gables, Florida 33134
   Phone: 305.476.7400
   bob@colson.com
   scasey@colson.com
   zach@colson.com

GIBSON, DUNN & CRUTCHER LLP

Matthew S. Kahn (*pro hac vice* pending)
Michael J. Kahn (*pro hac vice* pending)
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Phone: 415.393.8379
MKahn@gibsondunn.com
MJKahn@gibsondunn.com

Michael Dore (*pro hac vice* forthcoming)
Jamila MacEbong (*pro hac vice* pending)
333 South Grand Avenue
Suite 4600

4

Los Angeles, CA 90071-3197
Phone: 213.229.7155
MDore@gibsondunn.com
JMacEbong@gibsondunn.com

Attorneys for Defendants
GOLDEN STATE WARRIORS, LLC and
NAOMI OSAKA

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of April, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Roberto Martínez*
Roberto Martínez