# EXHIBIT A

# GOLDEN STATE WARRIORS, LLC (200420110060)



Request Certificate

| | |
|---|---|
| Initial Filing Date | 07/19/2004 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | CALIFORNIA |
| Entity Type | Limited Liability Company - CA |
| Principal Address | 1 WARRIORS WAY<br>SAN FRANCISCO, CA 94158 |
| Mailing Address | 1 WARRIORS WAY<br>SAN FRANCISCO,CA94158 |
| Statement of Info Due Date | 07/31/2024 |
| Agent | 1505 Corporation 112<br>C T CORPORATION SYSTEM<br>28 LIBERTY STREET<br>NEW YORK, NY  10005 |
| CA Registered Corporate (1505) Agent Authorized Employee(s) | AMANDA GARCIA<br>330 N BRAND BLVD, GLENDALE, CA<br><br>GABRIELA SANCHEZ<br>330 N BRAND BLVD, GLENDALE, CA<br><br>DAISY MONTENEGRO<br>330 N BRAND BLVD, GLENDALE, CA<br><br>BEATRICE CASAREZ-BARRIENTEZ<br>330 N BRAND BLVD, GLENDALE, CA<br><br>JESSIE GASTELUM<br>330 N BRAND BLVD, GLENDALE, CA |

**JOHN MONTIJO**
330 N BRAND BLVD,
GLENDALE, CA

**DIANA RUIZ**
330 N BRAND BLVD,
GLENDALE, CA

**SARAI MARIN**
330 N BRAND BLVD,
GLENDALE, CA

**EMANUEL JACOBO**
330 N BRAND BLVD,
GLENDALE, CA

**GLADYS AGUILERA**
330 N BRAND BLVD,
GLENDALE, CA

**VIVIAN IMPERIAL**
330 N BRAND BLVD,
GLENDALE, CA

**CARLOS PAZ**
330 N BRAND BLVD,
GLENDALE, CA

**ALBERTO DAMONTE**
330 N BRAND BLVD,
GLENDALE, CA

**PETER CAYETANO**
330 N BRAND BLVD,
GLENDALE, CA

**ELSA MONTANEZ**
330 N BRAND BLVD,
GLENDALE, CA

**XENIA PEREZ**
330 N BRAND BLVD,
GLENDALE, CA

**YESENIA CARPENTER**
330 N BRAND BLVD,
GLENDALE, CA