# EXHIBIT B



 Home

 Search

Forms

 Help

# Business Search

**Business**     UCC     Login

*The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.*

*Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.*

## Basic Search

- *A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments.*

## BLOCKFOLIO, INC. (4169811) ✕


**Request Certificate**

| | |
|---|---|
| *Initial Filing Date* | 07/09/2018 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | DELAWARE |
| *Entity Type* | Stock Corporation - Out of State - Stock |
| *Principal Address* | 5186 BENITO STREET, #2275 MONTCLAIR, CA 91763 |
| *Mailing Address* | 5186 BENITO STREET, #2275 MONTCLAIR,CA91763 |
| *Statement of Info Due Date* | 07/31/2024 |
| *Agent* | 1505 Corporation C T CORPORATION SYSTEM |
| *CA Registered Corporate (1505) Agent Authorized Employee(s)* | AMANDA GARCIA 330 N BRAND BLVD, GLENDALE, CA |
| | GABRIELA SANCHEZ 330 N BRAND BLVD, GLENDALE, CA |
| | DAISY MONTENEGRO 330 N BRAND BLVD, GLENDALE, CA |
| | BEATRICE CASAREZ-BARRIENTEZ 330 N BRAND BLVD, GLENDALE, CA |
| | JESSIE GASTELUM 330 N BRAND BLVD, GLENDALE, CA |
| | JOHN MONTIJO 330 N BRAND BLVD, GLENDALE, CA |
| | DIANA RUIZ 330 N BRAND BLVD, GLENDALE, CA |
| | SARAI MARIN 330 N BRAND BLVD, GLENDALE, CA |

 **Home**

 **Search**

 **Forms**

? **Help**

## Business    UCC

entities that have a status other than active or to refine search criteria, use the **Advanced** search feature.

### Advanced Search

- *An Advanced search is required when searching for publicly traded disclosure information or a status other than active.*

- *An Advanced search allows for searching by specific entity types (e.g., Nonprofit Mutual Benefit Corporation) or by entity groups (e.g., All Corporations) as well as searching by ?begins with? specific search criteria.*

**Disclaimer:** Search results are limited to the 500 entities closest matching the entered search criteria. If your desired search result is not found within the 500 entities provided, please refine the search criteria using the Advanced search function for additional results/entities. The California Business Search is updated as documents are approved. The data provided is not a complete or certified record.

Although every attempt has been made to ensure that the information contained in the database is accurate, the Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information that is provided. All such information is provided "as is." To order certified copies or certificates of status, (1) locate an entity using the search; (2) select Request Certificate in the right-hand detail drawer; and (3) complete your request online.

blockfolio inc. 

State

## BLOCKFOLIO, INC. (4169811)    ✕


Request Certificate

| | |
|---|---|
| *Initial Filing Date* | 07/09/2018 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | DELAWARE |
| *Entity Type* | Stock Corporation - Out of State - Stock |
| *Principal Address* | 5186 BENITO STREET, #2275 MONTCLAIR, CA 91763 |
| *Mailing Address* | 5186 BENITO STREET, #2275 MONTCLAIR,CA91763 |
| *Statement of Info Due Date* | 07/31/2024 |
| *Agent* | 1505 Corporation C T CORPORATION SYSTEM |
| *CA Registered Corporate (1505) Agent Authorized Employee(s)* | AMANDA GARCIA 330 N BRAND BLVD, GLENDALE, CA |
| | GABRIELA SANCHEZ 330 N BRAND BLVD, GLENDALE, CA |
| | DAISY MONTENEGRO 330 N BRAND BLVD, GLENDALE, CA |
| | BEATRICE CASAREZ-BARRIENTEZ 330 N BRAND BLVD, GLENDALE, CA |
| | JESSIE GASTELUM 330 N BRAND BLVD, GLENDALE, CA |
| | JOHN MONTIJO 330 N BRAND BLVD, GLENDALE, CA |
| | DIANA RUIZ 330 N BRAND BLVD, GLENDALE, CA |
| | SARAI MARIN 330 N BRAND BLVD, GLENDALE, CA |

Skip to main content

# Search

## Home
## Search
## Forms
## Help

| Entity Information | Initial Filing Date | Sta |
|---|---|---|
| BLOCKFOLIO, INC. (4169811) > | 07/09/2018 | Acti |

## BLOCKFOLIO, INC. (4169811)  ✕



**Request Certificate**

| | |
|---|---|
| Initial Filing Date | 07/09/2018 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | DELAWARE |
| Entity Type | Stock Corporation - Out of State - Stock |
| Principal Address | 5186 BENITO STREET, #2275 MONTCLAIR, CA 91763 |
| Mailing Address | 5186 BENITO STREET, #2275 MONTCLAIR,CA91763 |
| Statement of Info Due Date | 07/31/2024 |
| Agent | 1505 Corporation C T CORPORATION SYSTEM |
| CA Registered Corporate (1505) Agent Authorized Employee(s) | AMANDA GARCIA 330 N BRAND BLVD, GLENDALE, CA |
| | GABRIELA SANCHEZ 330 N BRAND BLVD, GLENDALE, CA |
| | DAISY MONTENEGRO 330 N BRAND BLVD, GLENDALE, CA |
| | BEATRICE CASAREZ-BARRIENTEZ 330 N BRAND BLVD, GLENDALE, CA |
| | JESSIE GASTELUM 330 N BRAND BLVD, GLENDALE, CA |
| | JOHN MONTIJO 330 N BRAND BLVD, GLENDALE, CA |
| | DIANA RUIZ 330 N BRAND BLVD, GLENDALE, CA |
| | SARAI MARIN 330 N BRAND BLVD, GLENDALE, CA |

411698

**Secretary of State**
**Statement and Designation by**
**Foreign Corporation**

**S&DC-S/N**

FILED
SECRETARY OF STATE
STATE OF CALIFORNIA

JUL -9 2018

IMPORTANT — Read Instructions before completing this form.

Must be submitted with a current **Certificate of Good Standing** issued by the government agency where the corporation was formed. See Instructions.

Filing Fee – **$100.00** (for a foreign stock corporation) or **$30.00** (for a foreign nonprofit corporation)

Copy Fees – First page $1.00; each attachment page $0.50; Certification Fee - $5.00

*Note:* Corporations may have to pay minimum $800 tax to the California Franchise Tax Board each year. For more information, go to *https://www.ftb.ca.gov.*

CC This Space For Office Use Only

1. **Corporate Name** (Go to *www.sos.ca.gov/business/be/name-availability* for general corporate name requirements and restrictions.)

2. **Jurisdiction** (State, foreign country or place where this corporation is formed - must match the Certificate of Good Standing provided.)

Blockfolio, Inc.

Delaware

3. **Business Addresses** (Enter the complete business addresses. Items 3a and 3b cannot be a P.O. Box or "in care of" an individual or entity.)

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Initial Street Address of Principal Executive Office - Do not enter a P.O. Box | | | |
| 1337B 3rd Street, Fl. 3 | Santa Monica | CA | 90401 |
| b. Street Address of Principal Office in California, if any - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
| 1337B 3rd Street, Fl. 3 | Santa Monica | CA | 90401 |
| c. Mailing Address of Principal Executive Office, if different than Item 3a | City (no abbreviations) | State | Zip Code |
| | | | |

4. **Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 4a and 4b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | | Suffix |
|---|---|---|---|---|
| | | | | |
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | | State | Zip Code |
| | | | CA | |

**CORPORATION** – Complete Item 4c. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 4a or 4b |
|---|
| Incorporating Services, Ltd. |

5. **Read and Sign Below** (See instructions. Office or title not required.)

I am a corporate officer and am authorized to sign on behalf of the foreign corporation.

_____
Signature

Edward Moncada, CEO
Type or Print Name

S&DC-S/N (REV 03/2017)

2017 California Secretary of State
www.sos.ca.gov/business/be

4169811



# Delaware

Page 1

### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY "BLOCKFOLIO, INC." IS DULY INCORPORATED
UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND
HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS
OFFICE SHOW, AS OF THE SIXTH DAY OF JULY, A.D. 2018.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL FRANCHISE TAXES
HAVE BEEN ASSESSED TO DATE.

Jeffrey W. Bullock, Secretary of State

6891676  8300

SR# 20185546889

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 203023000

Date: 07-06-18