**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**Case No.: 1:22-cv-23753-KMM**

EDWIN GARRISON, *et al.*, on behalf of
themselves and all others similarly situated,

    *Plaintiffs,*

v.

SAM BANKMAN-FRIED, *et al.*,

    *Defendants.*

_____/

**MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Andrew J. Demko of the law firm of Mayer Brown LLP, for purposes of appearance as co-counsel on behalf of Specially Appearing Defendant Sam Trabucco in the above-styled case only,[1] and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Andrew J. Demko to receive electronic filings in this case, and in support thereof states as follows:

    1.    Andrew J. Demko is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of California, the United States Court of Appeals for the Ninth Circuit, the United States District Courts for the Central District of California, Eastern District of California, Southern District of California, Northern District of California, and the District of Colorado.

---

[1] Counsel for Specially Appearing Defendant Sam Trabucco make their appearances without prejudice to, or waiver of, any objections to service or personal jurisdiction over Mr. Trabucco. This is not a general appearance in the above-captioned action (or any other action).

2. Movant, Jonathan S. Klein, Esquire, of the law firm of Mayer Brown LLP, 1999 K Street, N.W., Washington, D.C. 20006-1101, (202) 263-3000, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Andrew J. Demko has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Andrew J. Demko, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Andrew J. Demko at email address: *ademko@mayerbrown.com*.

WHEREFORE, Jonathan S. Klein, moves this Court to enter an Order permitting Andrew J. Demko, to appear before this Court on behalf of Specially Appearing Defendant Sam Trabucco, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Andrew J. Demko.

Date: April 14, 2023                    Respectfully submitted,

                                        /s/ Jonathan S. Klein
                                        Jonathan S. Klein
                                        Florida Bar No. 125254
                                        jklein@mayerbrown.com
                                        MAYER BROWN LLP
                                        1999 K Street, N.W.
                                        Washington, D.C. 20006-1101
                                        Telephone: (202) 263 3000

                                        *Attorneys for Specially Appearing*
                                        *Defendant Sam Trabucco*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No.: 1:22-cv-23753-KMM

EDWIN GARRISON, *et al.*, on behalf of
themselves and all others similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

**CERTIFICATION OF ANDREW J. DEMKO**

**CERTIFICATION OF ANDREW J. DEMKO**

    Andrew J. Demko, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bar of California, the United States Court of Appeals for the Ninth Circuit, the United States District Courts for the Central District of California, Eastern District of California, Southern District of California, Northern District of California, and the District of Colorado; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                                                            */s/ Andrew J. Demko*
                                                                                              Andrew J. Demko