**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**Case No.: 1:22-cv-23753-KMM**

EDWIN GARRISON, *et al.*, on behalf of
themselves and all others similarly situated,

    *Plaintiffs,*

v.

SAM BANKMAN-FRIED, *et al.*,

    *Defendants.*

_____/

MOTION TO APPEAR PRO HAC VICE,
CONSENT TO DESIGNATION, AND
REQUEST TO ELECTRONICALLY
RECEIVE NOTICES OF ELECTRONIC
FILING

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Jason D. Linder of the law firm of Mayer Brown LLP, for purposes of appearance as co-counsel on behalf of Specially Appearing Defendant Sam Trabucco in the above-styled case only,[1] and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Jason D. Linder to receive electronic filings in this case, and in support thereof states as follows:

    1.    Jason D. Linder is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of California, the District of Columbia Bar, and the United States District Court for the Central District of California.

    2.    Movant, Jonathan S. Klein, Esquire, of the law firm of Mayer Brown LLP, 1999 K Street, N.W., Washington, D.C. 20006-1101, (202) 263-3000, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is

---

[1] Counsel for Specially Appearing Defendant Sam Trabucco make their appearances without prejudice to, or waiver of, any objections to service or personal jurisdiction over Mr. Trabucco. This is not a general appearance in the above-captioned action (or any other action).

authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Jason D. Linder has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Jason D. Linder, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Jason D. Linder at email address: *jlinder@mayerbrown.com*.

WHEREFORE, Jonathan S. Klein, moves this Court to enter an Order permitting Jason D. Linder, to appear before this Court on behalf of Specially Appearing Defendant Sam Trabucco, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Jason D. Linder.

Date: April 14, 2023   Respectfully submitted,

*/s/ Jonathan S. Klein*

Jonathan S. Klein
Florida Bar No. 125254
jklein@mayerbrown.com
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: (202) 263 3000

*Attorneys for Specially Appearing Defendant Sam Trabucco*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:22-cv-23753-KMM

EDWIN GARRISON, *et al*., on behalf of
themselves and all others similarly situated,

    *Plaintiffs,*

v.

SAM BANKMAN-FRIED, *et al*.,

    *Defendants.*

                                      /

**CERTIFICATION OF JASON D. LINDER**

**CERTIFICATION OF JASON D. LINDER**

    Jason D. Linder, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bar of California, the District of Columbia Bar, and the United States District Court for the Central District of California; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                                      */s/ Jason D. Linder*
                                                                        Jason D. Linder