**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

Case No. 22-cv-23753-MOORE/BECERRA

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE
UNDER SEAL AN EXHIBIT TO LARRY DAVID'S DECLARATION IN
SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

    Before the Court is Defendant Lawrence David's unopposed motion for leave to file under seal an exhibit to his Declaration filed as an attachment to Defendants Golden State Warriors, LLC, Larry David, Stephen Curry, Shohei Ohtani, and Naomi Osaka's Motion to Dismiss for Lack of Personal Jurisdiction (the "Motion," ECF No. ___). Having considered the record and law, and being otherwise fully advised, the Motion is **GRANTED**. Mr. David may file under seal the exhibit to his Declaration.

    **DONE AND ORDERED**, in Chambers, at Miami, Florida on April ___, 2023.

                                                                   K. Michael Moore
                                                                   United States District Judge