UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-23753-KMM

EDWIN GARRISON, *et al.*, on behalf of
themselves and all others similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

**DECLARATION OF JEREMY D. MISHKIN IN SUPPORT OF DEFENDANT SAM BANKMAN-FRIED'S UNOPPOSED MOTION TO STAY, OR, ALTERNATIVELY, MOTION TO COMPEL ARBITRATION OR TO DISMISS AMENDED COMPLAINT**

    I, JEREMY D. MISHKIN, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

    1.    I am an attorney admitted *pro hac vice* to practice before this Court and am a member of the firm Montgomery McCracken Walker & Rhoads LLP, attorneys for Samuel Bankman-Fried ("Mr. Bankman-Fried"). I submit this declaration to place before the Court certain documents and information referenced in Mr. Bankman-Fried's Motion to Stay, or, alternatively, Motion to Compel Arbitration or to Dismiss the Amended Complaint.

    2.    Annexed hereto as Exhibit A is a true and correct copy of the FTX US User Agreement obtained from a download of FTX.us as of May 16, 2022, captured by archive.web.

    3.    Annexed hereto as Exhibit B is a true and correct copy of the January 6, 2023 internet search results for "how to register an FTX US account tos."

-2-

4. Annexed hereto as Exhibit C is a true and correct copy of the FTX Trading User Agreement.

By: /s/ *Jeremy D. Mishkin*
Jeremy D. Mishkin