# Exhibit A

Case 1:22-cv-23753-KMM   Document 156-1   Entered on FLSD Docket 04/14/2023   Page 2 of 3
Case 1:22-cv-23753-KMM   Document 88-2   Entered on FLSD Docket 03/09/2023   Page 6 of 26
3/9/23, 2:36 PM                                         Job Details

Log Out

2C

## Details for Job 2023000250

### General Information
| | |
|---|---|
| **Party To Be Served:** | UDONIS HASLEM |
| **Person To Be Served:** | None |
| **Received Date/Time:** | 2/21/2023 3:32 PM |
| **Documents To Be Served:** | SUMMONS AND AMENDED COMPLAINT (21 DAYS) |
| **Court Date/Time:** | None |

### Case Information
| | |
|---|---|
| **Case Number:** | 22-CV-23753-KMM |
| **Judge:** | None |
| **Plaintiff:** | EDWIN GARRISON, ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED |
| **Defendant:** | SAM BANKMAN-FRIED, ET AL. |
| **Case Date Filed:** | 12/16/2022 |
| **Amended Date Filed:** | None |

### Service Information
| | |
|---|---|
| **Served:** | UDONIS HASLEM |
| **Date/Time Served:** | 2/28/2023 8:38 AM |
| **Method of Service:** | SUBSTITUTE SERVICE (SPOUSE) |
| **Detailed Service Info:** | SUBSTITUTE SERVED this SUMMONS AND AMENDED COMPLAINT (21 DAYS) on FAITH HASLEM Spouse of the within named defendant, pursuant to F.S.48.031(2).(A). |
| **Service Address:** | INTERSECTION OF WESTON ROAD AND GRIFFIN ROAD, SOUTHWEST RANCHES, FL 33332 |
| **Recipient Description:** | Age: 41, Sex: F, Race/Skin Color: BLACK, Height: N/A, Weight: 150, Hair: BLACK , Glasses: N |

### Servee Addresses
| Address(es) |
|---|
| INTERSECTION OF WESTON ROAD AND GRIFFIN ROAD, SOUTHWEST RANCHES, FL 33332 |
| 5450 SW 192 TERRACE, SOUTHWEST RANCHES, FL 33332 |

### Comments
☐ Show Location Column

| Date/Time | Body |
|---|---|
|  | --After numerous attempts to reach an occupant of the property, I drove across the street to notate my attempt. Shortly after, one of the vehicles from the property, a white BMW, FL tag AG65GL drove out of the gate and passed me. The driver did not stop at the stop sign. I met the driver at the intersection of Griffin Road and Weston Road. It was Faith Haslem, the defendant's spouse. After identifying myself and the reason for my attempt of service, Faith Haslem took pictures of my SPS badge and refused to communicate. After reading the summons out loud, I placed it on her windshield as sufficient service. I |

Case 1:22-cv-23753-KMM   Document 156-1   Entered on FLSD Docket 04/14/2023   Page 3 of 3
Case 1:22-cv-23753-KMM   Document 88-2   Entered on FLSD Docket 03/09/2023   Page 7 of 26

3/9/23, 9:58 AM                                                          Job Details

|  |  |
|---|---|
|  | also ran the tag AG65GL and it came back to Faith Haslem. I Googled her name and it was the same person I served. |
| 2/28/2023 8:30 AM | --Attempted service at 5450 SW 192 TERRACE, SOUTHWEST RANCHES, FL 33332, Service location is a gated single family residential property. Access is only granted through gate code or remote access. I rang the doorbell at the gate, no response. |
| 2/25/2023 7:49 PM | --Attempted service at 5450 SW 192 TERRACE, SOUTHWEST RANCHES, FL 33332, Service location is a gated single family residential property. Access is only granted through gate code or remote access. I rang the doorbell at the gat, an unidentified female individual responded. Communication signal between the individual and I was scrambled, bad reception. I made multiple attempts to reach the individual but no success. |
| 2/24/2023 9:44 AM | THIS WILL BE ATTEMPTED TOMORROW SATURDAY. |

## Attachments

| Purpose | Description | Format | Show Attachment |
|---|---|---|---|
| Affidavit/Proof | Affidavit | Adobe PDF | Show Attachment |