# Exhibit B

# RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 22-CV-23753-KMM

Plaintiff:
**EDWIN GARRISON, ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED**

vs.

Defendant:
**SAM BANKMAN-FRIED, ET AL.**

For:
THE MOSKOWITZ LAW FIRM, PLLC
2 ALHAMBRA PLAZA
SUITE 601
CORAL GABLES, FL 33134

Received by P.I. SERVICES on the 21st day of February, 2023 at 3:32 pm to be served on **UDONIS HASLEM, 5450 SW 192 TERRACE, SOUTHWEST RANCHES, FL 33332**

I, ALIX LUBIN, do hereby affirm that on the **28th day of February, 2023** at **8:38 am, I:**

**SUBSTITUTE SERVED** this **SUMMONS AND AMENDED COMPLAINT (21 DAYS)** on FAITH HASLEM Spouse of the within named defendant, pursuant to F.S.48.031(2).(A).

**Description** of Person Served: Age: 41, Sex: F, Race/Skin Color: BLACK, Height: N/A, Weight: 150, Hair: BLACK, Glasses: N

Under penalty of perjury, I declare that I have read the Foregoing Verified Return of Service and that the facts stated in it are true. F.S.92.525(2). I acknowledge that I am a Certified Process Server in good standing in this jurisdiction. I acknowledge that I have no interest in this action.

_____
**ALIX LUBIN**
S.P.S. 1212

**P.I. SERVICES
1430 S. Dixie Highway
Suite 105, #157
Coral Gables, FL 33146
(305) 666-0142**

Our Job Serial Number: PIS-2023000250

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n