# Exhibit C



Google Maps Distance between Haslem Home and Intersection of Weston Road and Griffin Road

**KEY**
Starting point: Haslem Home Address
Destination: Location of Purported Substitute Service

Source: https://goo.gl/maps/YVtKWxNiMwJnzxBbA