UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| EDWIN GARRISON, et al., on behalf of themselves and all others similarly situated | § § § § | |
| Plaintiff(s) | § | |
| V. | § | |
| SAM BANKMAN-FRIED, et al., | § § § | Civil Action No. 22-CV-23753-KMM |
| Defendant(s) | § § | |

## AFFIDAVIT OF JUAN DIAZ

My name is Juan Diaz, I am over the age of 18 and I am of sound mind, capable of making this affidavit and personally acquainted with the facts stated herein.

On April 16, 2023, I personally served Mr. Shaquille O'Neal with a true and correct copy of a SUMMONS IN A CIVIL ACTION, AMMENDED CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRAIL

On April 16, 2023, at approximately 4:02 pm, during a drive by spot check of Mr. O'Neil's residence at 279 Bryans Dr., McDonough, GA, 30252, Mr. Shaquille O'Neal was observed and identified as sole occupant and operator of a black Ford Expedition with black rims. I was able to directly observe Mr. O' Neal as operator of the vehicle. Mr. O'Neal was wearing a green colored long-sleeved top. Mr. O'Neil was observed as he drove out of the residential gate. As Mr. O'Neal started to exit the double exit gate, myself, along with David Damrell drove to and parked in front of the residence, on opposite sides of the driveway along Bryans Dr. Mr. Damrell with legal documents, first exited his vehicle and attempted to approach Mr. O'Neil. I also exited my vehicle with legal documents (SUMMONS IN A CIVIL ACTION, AMMENDED CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRAIL) in my left hand and raised them into Mr. O'Neil's direct view. Mr. O'Neil who at this time, was at the edge of the driveway leading to Bryans Dr., proceeded to drive around and past me at a high rate of speed. I directly observed Mr. O'Neil look in my direction as he sped away. During this time, I tossed the legal documents at the front of Mr. O'Neil's Ford Expedition. Mr. O'Neil did not stop and continued to loudly accelerate away at a high-speed causing the legal documents to fall onto the road. With Mr. O'Neil out of view, I then departed the area, leaving the legal documents on the road where they landed. Mr. Damrell remained onsite.

Below are photographs of Mr. O'Neal speeding away and the legal documents where they landed on Bryans Dr.





"The above and foregoing facts are true and correct and within my personal knowledge."

_____
JUAN DIAZ

STATE OF TEXAS
COUNTY OF HARRIS


Sworn to before me this ____17th____ day of ___April_____, 20_23_.

_____
Notary Public Signature

My Commission Expires _March 29, 2025_

BEVERLY L. L. DIAZ
Notary Public, State of Texas
Comm. Expires 03-29-2025
Notary ID 10380900

# UNITED STATES DISTRICT COURT
## FOR THE
Southern District of Florida

| | | |
|---|---|---|
| **EDWIN GARRISON, et al., on behalf of themselves and all others similarly situated** | § § § § | |
| *Plaintiff(s)* | § § | **Civil Action No. 22-CV-23753-KMM** |
| V | § § | |
| **SAM BANKMAN-FRIED, et al.,** | § § § | |
| *Defendant(s)* | § § | |

## AFFIDAVIT OF DAVID DAMRELL

My name is David Damrell, I am over the age of 18 and I am of sound mind, capable of making this affidavit and personally acquainted with the facts stated herein.

On April 16, 20223, I and my colleague (Juan Diaz) personally served SHAQUILLE O'NEAL with a true and correct copy of a SUMMONS IN A CIVIL ACTION, AMMENDED CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRAIL in the above-referenced.

On April 16, 2023, at approximately 4:02 pm Mr. Shaquille O'Neil's black Ford Expedition was observed departing his residence at 279 Bryans Dr., McDonough, GA, 30252. At this time I was able to verify that Mr. O'Neil was the operator of the vehicle as he proceeded to drive out of the exit gate. I pulled over and parked my vehicle on the side of Bryans Dr. I exited my vehicle and called out Mr. O'Neil by name while holding up the legal documents. Mr. O'Neil took notice of me and then proceeded to quickly pull away in the opposite direction. I approached the vehicle while plainly displaying the legal documents out in front of my body with my left hand. Mr. O'Neil's Ford Expedition slightly swerved to the right, going several inches onto the shoulder as he noticed Mr. Diaz, whom also was present and parked on the opposite side of the driveway holding legal documents and also addressing Mr. O'Neil. Mr. O'Neil only increased his speed, revving his engine as he fled the area.

While the above event played out there was a 2nd vehicle that also witnessed the event that was exiting the same time from a secondary driveway further down the road. The occupants of that vehicle were not known and remained at the secondary gate. Once Mr. O'Neil was no longer in the area, that vehicle then drove out of sight somewhere towards the rear of the property. A moment later two unknown male associates of Mr. O'Neil exited the primary gate (that Mr. O'Neil had previously exited) in a blue Ford Raptor.

I exited the vehicle and politely approached the Ford Raptor. Once the operator of the vehicle rolled down his window, I informed the two male associates that Mr. O'Neil had been successfully served legal documents. The two associates replied along the lines of "We know nothing about that, you do your thing". I then returned to my vehicle and once inside of it, the passenger of the Ford Raptor exited and walked towards the rear of my vehicle as if to check the license plate of my vehicle. As I rolled down my window to acknowledge him, the individual told me that he already knew it was a rental. I replied that he would be able to get my information from the courts once the service is filed. The passenger then replied politely that I should do whatever I need to do and that there was no problem. The passenger then returned to the Ford Raptor.

As I began to depart the area, I noticed a police car approaching my direction. I immediately pulled over to the side of the road. The officer pulled alongside of me and rolled his window down to converse. I was then informed that there had been a call of a suspicious vehicle/person parked on the side of Bryans Dr. and he (Officer FWANSKI, badge # 7988 of the Henry County Police Department) wanted to make sure that "Ya'll" are ok to which I replied that yes everything was ok. I then departed the area.

"The above and foregoing facts are true and correct and within my personal knowledge."

_____
DAVID DAMRELL

STATE OF TEXAS
COUNTY OF HARRIS

Sworn to before me this __17th__ day of __April__ , 20__23__ .

_____
Notary Public Signature

My Commission Expires __March 29, 2025__

BEVERLY L. L. DIAZ
Notary Public, State of Texas
Comm. Expires 03-29-2025
Notary ID 10380900