UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:22-cv-23753-KMM

EDWIN GARRISON, *et al.*, on behalf of themselves
and all others similarly situated

                    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

                    Defendants.

_____/

**SPECIALLY APPEARING DEFENDANT SAM TRABUCCO'S NOTICE OF
PLAINTIFFS' NON-OPPOSITION TO MR. TRABUCCO'S MOTION TO DISMISS**

Specially Appearing Defendant Sam Trabucco respectfully submits this notice of Plaintiffs' non-opposition to Mr. Trabucco's April 14, 2023 motion to dismiss.

**RELEVANT PROCEDURAL HISTORY**

On April 14, 2023, Mr. Trabucco moved to dismiss all of the claims against him for improper service, lack of personal jurisdiction, or alternatively, failure to state a claim. ECF No. 155. This Court did not enter (nor did Plaintiffs request) any order modifying or extending the default deadline for Plaintiffs to respond in opposition to Mr. Trabucco's motion to dismiss.[1] As a result, Local Rule 7.1(c)(1)'s default 14-day deadline governed Plaintiffs' time to respond to Mr. Trabucco's motion to dismiss.

---

[1] The Court's April 11, 2023 order (ECF No. 132) set a modified briefing schedule *only* for the Celebrity Defendants' motions to dismiss. Mr. Trabucco is not a Celebrity Defendant, and Mr. Trabucco did not join in the Celebrity Defendants' April 7, 2023 motion (ECF No. 125) that the April 11, 2023 order (ECF No. 132) resolved.

1

The 14-day response deadline passed on April 28, 2023, and Plaintiffs elected not to respond to Mr. Trabucco's motion to dismiss. Accordingly, Mr. Trabucco's motion to dismiss should be deemed unopposed and granted on that independent basis as well as for the reasons detailed in Mr. Trabucco's unopposed motion to dismiss. *See* Local Rule 7.1(c)(1) ("Failure to [timely file a response] may be deemed sufficient cause for granting the motion by default.").

## CONCLUSION

Mr. Trabucco's unopposed motion to dismiss should be granted, and all claims against Mr. Trabucco should be dismissed for improper service, lack of personal jurisdiction, or alternatively, for failure to state a claim upon which relief can be granted.

Respectfully submitted on May 1, 2023.

*/s/ Jonathan S. Klein*
Jonathan S. Klein
Florida Bar No. 125254
MAYER BROWN LLP
1999 K. Street NW
Washington, DC 20006
Phone: (202) 263-3327
JKlein@mayerbrown.com

and

*/s/ Glenn K. Vanzura*
Glenn K. Vanzura*
Andrew J. Demko*
Jason D. Linder*
Joseph J. Vescera*
MAYER BROWN LLP
333 S. Grand Avenue, 47th Floor
Los Angeles, CA 90071
Phone: (213) 229-9500
GVanzura@mayerbrown.com
ADemko@mayerbrown.com
JLinder@mayerbrown.com
JVescera@mayerbrown.com

*Counsel for Specially Appearing Defendant Sam Trabucco*

* = *pro hac vice* motion pending

## CERTIFICATE OF SERVICE

I certify that I filed this notice on May 1, 2023, through CM/ECF, which automatically and electronically delivered notice of filing to counsel of record for all parties that have appeared.

*/s/ Jonathan S. Klein*