UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-23753-KMM

EDWIN GARRISON, *et al.*, on behalf of
Themselves and all others similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

**PLAINTIFFS' LIMITED RESPONSE TO DEFENDANT SAM BANKMAN-FRIED'S UNOPPOSED MOTION TO STAY, OR, ALTERNATIVELY, MOTION TO COMPEL ARBITRATION OR TO DISMISS AMENDED COMPLAINT [ECF NO. 152]**

Plaintiffs file this limited response to Defendant Sam Bankman-Fried's Unopposed Motion to Stay, or, Alternatively, Motion to Compel Arbitration or to Dismiss Amended Complaint. ECF No. 152. Specifically, Plaintiffs file this limited response to Defendant Bankman-Fried's Unopposed Motion to Stay.

Plaintiffs do not oppose staying this action only as to Defendant Bankman-Fried until the conclusion of the trial against him in the criminal action pending in the Southern District of New York (Case No. 22-cr-00673).[1]

As Defendant Bankman-Fried acknowledges in the Preliminary Statement of his Motion, if the stay is granted as to Bankman-Fried, it is unnecessary to reach the alternative arguments in his motion. In the event the Court decides not to stay this action against Defendant Bankman-Fried, Plaintiffs will address the arguments raised in Defendant Bankman-Fried's alternative

---

[1] Plaintiffs submit that the stay against Defendant Bankman-Fried should not continue through his criminal appeals process. However, the Court need not reach that issue now.

*CASE NO. 1:22-cv-23753-KMM*

Motion to Compel Arbitration or to Dismiss Amended Complaint, either through moving for leave to file an amended complaint or through filing an opposition brief by the Court's May 15, 2023 briefing deadline.

## CONCLUSION

Plaintiffs do not oppose Defendant Bankman-Fried's request to Stay this action, albeit Plaintiffs respectfully submit that it should be stayed only as to Defendant Bankman-Fried until the conclusion of the criminal trial against him in the Southern District of New York (Case No. 22-cr-00673). Plaintiffs reserve the right to respond to Defendant Bankman-Fried's alternative Motion to Compel Arbitration or to Dismiss Amended Complaint by the Court's May 15, 2023 deadline should it be necessary to do so in the event that the agreed stay is denied.

CASE NO. 1:22-cv-23753-KMM

Dated: May 1, 2023

Respectfully submitted,

By: */s/ Adam Moskowitz*
Adam M. Moskowitz
Florida Bar No. 984280
adam@moskowitz-law.com
Joseph M. Kaye
Florida Bar No. 117520
joseph@moskowitz-law.com
**THE MOSKOWITZ LAW FIRM, PLLC**
3250 Mary Street, Suite 202
Coconut Grove, FL 33133
Telephone: (305) 740-1423

By: */s/ David Boies*
David Boies
(*Pro Hac Vice*)
Alex Boies
(*Pro Hac Vice*)
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Phone: (914) 749–8200
dboies@bsfllp.com

By: */s/ Stephen Neal Zack*
Stephen Neal Zack
Florida Bar No. 145215
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com

By: */s/Jose M. Ferrer*
Jose Ferrer
Florida Bar No. 173746
Michelle Genet Bernstein
Florida Bar No. 1030736
**MARK MIGDAL HAYDEN LLP**
8 SW 8th Street, Suite 1999
Miami, FL 33130
Office: 305-374-0440
jose@markmigdal.com
michelle@markmigdal.com
eservice@markmigdal.com

*Co-Counsel for Plaintiff and the Class*

3

*CASE NO. 1:22-cv-23753-KMM*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the forgoing was filed on May 1, 2023, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: ***/s/ Adam M. Moskowitz***
ADAM M. MOSKOWITZ

4