# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-23753-MOORE/BECERRA

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Zachary Lipshultz of the law firm Colson Hicks Eidson, P.A. appears as counsel for Defendant Shaquille O'Neal, and requests that all papers served in this case also be delivered to and served at the address set forth below.

Dated: May 8, 2023.

                Respectfully submitted,

                **COLSON HICKS EIDSON, P.A.**
                255 Alhambra Circle, Penthouse
                Coral Gables, Florida 33134
                Telephone: (305) 476-7400
                Facsimile: (305) 476-7444

                By: _Zachary Lipshultz_
                Zachary Lipshultz
                Florida Bar No. 123594
                Email: zach@colson.com

                *Attorney for Defendant Shaquille O'Neal*