UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-23753-MOORE/BECERRA

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

### NOTICE OF APPEARANCE PRO HAC VICE

PLEASE TAKE NOTICE that Marvin S. Putnam of the law firm Latham & Watkins LLP appears as counsel for Defendant Shaquille O'Neal, and requests that all papers served in this case also be delivered to and served at the address set forth below.

Per Rule 4(b)(4) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys for the Southern District of Florida, Mr. Putnam was previously admitted to appear pro hac vice in this case on behalf of Defendants Thomas Brady and Gisele Bündchen and states that all information provided in support of his initial pro hac vice motion remains current and correct, including the sponsoring co-counsel.

Dated: May 8, 2023.

                                                          Respectfully submitted,

                                                          **COLSON HICKS EIDSON, P.A.**
                                                          255 Alhambra Circle, Penthouse
                                                          Coral Gables, Florida 33134
                                                          Telephone: (305) 476-7400
                                                          Facsimile: (305) 476-7444

                                                          By: *Roberto Martínez*
                                                          Roberto Martínez

                                          Florida Bar No. 305596
                                        Email: bob@colson.com

                                        *Attorney for Defendant Shaquille O'Neal*