UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-23753-MOORE/BECERRA

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

                                         /

## NOTICE OF APPEARANCE PRO HAC VICE

PLEASE TAKE NOTICE that Brittany M.J. Record of the law firm Latham & Watkins LLP appears as counsel for Defendant Shaquille O'Neal, and requests that all papers served in this case also be delivered to and served at the address set forth below.

Per Rule 4(b)(4) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys for the Southern District of Florida, Ms. Record was previously admitted to appear pro hac vice in this case on behalf of Defendants Thomas Brady and Gisele Bündchen and states that all information provided in support of her initial pro hac vice motion remains current and correct, including the sponsoring co-counsel.

    Dated:  May 8, 2023.

                                      Respectfully submitted,

                                      **COLSON HICKS EIDSON, P.A.**
                                      255 Alhambra Circle, Penthouse
                                      Coral Gables, Florida 33134
                                      Telephone: (305) 476-7400
                                      Facsimile: (305) 476-7444

                                      By: *Roberto Martínez*
                                      Roberto Martínez

Florida Bar No. 305596
Email: bob@colson.com

*Attorney for Defendant Shaquille O'Neal*