## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-23753-MOORE/BECERRA

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

      Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

      Defendants.

_____/

## <u>NOTICE OF APPEARANCE</u>

      PLEASE TAKE NOTICE that Stephanie A. Casey, of the law firm Colson Hicks Eidson,

P.A. appears as counsel for Defendant Shaquille O'Neal, and requests that all papers served in this

case also be delivered to and served at the address set forth below.

      Dated:  May 8, 2023.

                        Respectfully submitted,

                        **COLSON HICKS EIDSON, P.A.**
                        255 Alhambra Circle, Penthouse
                        Coral Gables, Florida 33134
                        Telephone: (305) 476-7400
                        Facsimile: (305) 476-7444

                        By:  *Stephanie Casey*
                        Stephanie A. Casey
                        Florida Bar No. 97483
                        Email: scasey@colson.com

                        *Attorney for Defendant Shaquille O'Neal*