IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 22-cv-23753-MOORE/BECERRA

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

### DEFENDANT SHAQUILLE O'NEAL'S NOTICE OF JOINDER TO MOTION TO DISMISS BY DEFENDANTS THOMAS BRADY, GISELE BÜNDCHEN, STEPHEN CURRY, LAWRENCE GENE DAVID, THE GOLDEN STATE WARRIORS, LLC, UDONIS HASLEM, WILLIAM TREVOR LAWRENCE, SHOHEI OHTANI, KEVIN O'LEARY, DAVID ORTIZ, AND NAOMI OSAKA

Defendant Shaquille O'Neal, pursuant to Fed. R. Civ. P. 8(a), 9(b), and 12(b)(6), files this Notice of Joinder to Motion to Dismiss By Defendants Thomas Brady, Gisele Bündchen, Stephen Curry, Lawrence Gene David, The Golden State Warriors, LLC, Udonis Haslem, William Trevor Lawrence, Shohei Ohtani, Kevin O'Leary, David Ortiz, and Naomi Osaka ("Moving Defendants' Motion to Dismiss") (ECF No. 154), and states as follows:

Plaintiffs' Amended Complaint mentions Mr. O'Neal on only two occasions—first in a single paragraph identifying the parties, in which Plaintiffs allege that Mr. O'Neal, a former professional NBA basketball star, is a citizen and resident of Texas, *see* Am. Compl. ¶ 38, ECF No. 16, and second, in a single paragraph alleging that Mr. O'Neal stated in a video posted on FTX's Twitter account that "I'm excited to be partnering with FTX to help make crypto accessible for everyone. I'm all in. Are you?," *id.* ¶ 224.

1

Plaintiffs nonetheless include Mr. O'Neal in each of the four claims against all Defendants, including violations of Fla. Stat. § 517.07 (Florida Securities and Investor Protection Act) (Count One), violations of Fla Stat. § 501.201 *et seq.* (Florida Deceptive and Unfair Trade Practices Act) (Count Two), Civil Conspiracy (Count Three), and a declaratory judgment claim under Fla. Stat. § 86.011 *et. seq.* (Declaratory Judgment Act) (Count Four). There are no specific alleged facts tying any act by Mr. O'Neal to any of the four claims alleged by Plaintiff or any Plaintiff's injury.

Mr. O'Neal adopts and incorporates the Moving Defendants' Motion to Dismiss in full as if fully set forth herein by virtue of this Joinder.

WHEREFORE, Mr. O'Neal respectfully requests that the Court dismiss the Amended Complaint against him with prejudice, award him attorneys' fees and costs pursuant to Fla. Stat. §§ 501.2105(1) and 517.211(6), and grant him such other and further relief as the Court deems just and proper.

Respectfully submitted,

**COLSON, HICKS, EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
(305) 476-7400

By: */s/ Roberto Martínez*
Roberto Martínez
Florida Bar No. 305596
 *bob@colson.com*
Stephanie A. Casey
Florida Bar No. 97483
 *scasey@colson.com*
Zachary Lipshultz
Florida Bar No. 123594
 *zach@colson.com*

**LATHAM & WATKINS LLP**
Andrew B. Clubok (*pro hac vice*)
 *andrew.clubok@lw.com*
Susan E. Engel (*pro hac vice*)
 *susan.engel@lw.com*
Brittany M.J. Record (*pro hac vice*)
 *brittany.record@lw.com*

       555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200
Fax: +1.202.637.2201

**LATHAM & WATKINS LLP**
  Marvin S. Putnam (*pro hac vice*)
    *marvin.putnam@lw.com*
  Jessica Stebbins Bina (*pro hac vice*)
    *jessica.stebbinsbina@lw.com*
  Elizabeth A. Greenman (*pro hac vice*)
    *elizabeth.greenman@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Tel: +1.424.653.5500
Fax: +1.424.653.5501

**LATHAM & WATKINS LLP**
  Michele D. Johnson (*pro hac vice*)
    *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Tel: +1.714.540.1235
Fax: +1.714.755.8290

*Attorneys for Defendant Shaquille O'Neal*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 8, 2023, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court, by using the CM/ECF system, causing a true and correct copy to be served on all counsel of record.

By: /s/ *Roberto Martínez*
Roberto Martínez