UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-23753-KMM

**EDWIN GARRISON**, *et al.,* on behalf of themselves and all others similarly situated,

    *Plaintiffs,*

v.

**SAM BANKMAN-FRIED**, *et al.*,

    *Defendants.*

_____/

**[PROPOSED] SCHEDULING ORDER**

Having considered the Joint Conference Report of the parties [ECF No. __], the Court hereby **ORDERS** the following:

### I. PRETRIAL DEADLINES

**[Plaintiffs' Proposed Schedule]:**

| Date | Deadline or Event |
|---|---|
| **May 8, 2023** | Deadline to furnish Initial Disclosures pursuant to FRCP 26 |
| **May 15, 2023 (or 20 days following the close of jurisdictional discovery (pending Court Order))** | Deadline for Plaintiffs to respond to the Motions to Dismiss or file an Amended Consolidated Complaint |
| **June 14, 2023 (or 30 days following filing of Amended Consolidated Complaint)** | Deadline for Defendants to file replies in support of the Motions to Dismiss (or to renew or refile Motions to Dismiss Amended Consolidated Complaint) |
| **(30 days following filing of Renewed Motions to Dismiss)** | Deadline for Plaintiffs to response to the Renewed Motions to Dismiss |
| **(30 days following filing of Responses to Renewed Motions to Dismiss)** | Deadline for Defendants to file replies in support of the Renewed Motions to Dismiss |
| **To be set by the Court.** | Hearing on Defendants Motions to Dismiss (or Renewed Motions to Dismiss) |

| | |
|---|---|
| **June 15, 2023** | Deadline to select mediator, and schedule time, date and place |
| **September 1, 2023** | Deadline for Plaintiffs to file Motion for Class Certification |
| **Within 40 days following the filing of Plaintiffs' Motion for Class Certification** | Deadline for Defendants to file Response to Plaintiffs' Motion for Class Certification |
| **Within 20 days following the filing of Defendants' Response to Plaintiffs' Motion for Class Certification** | Deadline for Plaintiffs to file Reply in support of Plaintiff's Motion for Class Certification |
| **To be set by the Court.** | Hearing on Plaintiff's Motion for Class Certification |
| **Within 21 days following the Court's ruling on Plaintiff's motion for class certification** | Deadline to file motions to amend pleadings or join parties |
| **September 29, 2023** | Deadline to complete fact discovery |
| **October 13, 2023** | Deadline for Parties to disclose experts, expert witness summaries and reports |
| **November 10, 2023** | Deadline to complete mediation |
| **Within 28 days of each Party's expert disclosures** | Deadline to exchange rebuttal expert witness summaries and reports |
| **Within 21 days of each Party's rebuttal expert disclosures** | Deadline to complete expert discovery |
| **January 5, 2024** | Deadline to file all dispositive pre-trial motions |
| **February 2, 2024** | Deadline to respond to all dispositive pre-trial motions |
| **February 16, 2024** | Deadline to reply in support of all dispositive pre-trial motions |
| **March 15, 2024** | Deadline to file joint pretrial stipulation, witness lists, exhibit lists, accordance with Local Rule 16.1(d) and (e), and proposed jury instructions/conclusions of law (for non-jury trials) |
| **March 29, 2024** | Deadline for Parties to submit their deposition designations |
| **April 12, 2024** | Deadline to file *Daubert* motions, motions to strike experts |
| **May 6, 2024 (approximate)** | Two-week trial period commences |

**[or Non-FTX Defendants' proposed schedule]:**

| Date | Deadline or Event |
|---|---|
| To be set by Court after resolution of Non-FTX Defendants' Motions to Dismiss | Initial disclosures |
| August 31, 2023 | Last date to move for leave to amend pleadings |
| October 31, 2023 | Deadline to select mediator, and schedule time, date and place |
| October 31, 2023 | Estimated end of Defendant Sam Bankman-Fried's stay of action |
| February 4, 2024 | Deadline for Plaintiffs to file Motion for Class Certification |
| February 25, 2024 | Deadline for Defendants to file Response to Plaintiffs' Motion for Class Certification |
| March 6, 2024 | Deadline for Plaintiffs to file Reply in support of Plaintiffs' Motion for Class Certification |
| To be set by the Court. | Hearing on Plaintiff's Motion for Class Certification |
| April 4, 2024 | Deadline to complete fact discovery |
| April 24, 2024 | Deadline for Parties to disclose experts, expert witness summaries and reports |
| May 22, 2024 | Deadline to exchange rebuttal expert witness summaries and reports |
| May 24, 2024 | Notice of scheduling mediation due |
| June 28, 2024 | Deadline to complete expert discovery |
| July 13, 2024 | Deadline to complete mediation |
| July 23, 2024 | Deadline to file all dispositive pre-trial motions (summary judgment and *Daubert*) |
| August 13, 2024 | Deadline to respond to all dispositive pre-trial motions |

| | |
|---|---|
| **August 23, 2024** | Deadline to reply in support of all dispositive pre-trial motions |
| **September 6, 2024** | Deadline to file deposition designations and motions in limine |
| **September 20, 2024** | Deadline to file oppositions to motions in limine |
| **September 27, 2024** | Deadline to file replies to motions in limine |
| **October 8, 2024** | Final pretrial conference |
| **October 16, 2024** | Deadline to file joint pretrial stipulation, witness lists, exhibit lists, accordance with Local Rule 16.1(d) and (e), and proposed jury instructions/conclusions of law (for non-jury trials) |
| **October 21, 2024** | Two-week trial period commences |

**DONE AND ORDERED** in Miami, Florida this __ day of _____, 2023.

_____
**HONORABLE K. MICHAEL MOORE**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Counsel of record