# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 22-cv-23753-MOORE/BECERRA

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

**OBJECTIONS AND RESPONSES TO PLAINTIFF'S NOTICE OF TAKING VIDEOTAPED DEPOSITION OF DEFENDANT STEPHEN CURRY**

    Pursuant to Rules 26, 30 and 32 of the Federal Rules of Civil Procedure, Rule 26.1 of the Local Rules, and Rule III.G of Judge Becerra's Discovery Procedures (the "Discovery Procedures"), and without waiving any objections previously raised by Defendants, defendant Stephen Curry hereby objects to the deposition notice purporting to require Mr. Curry to appear and provide testimony in this matter on May 9, 2023 (the "Notice"), as follows:

    1.    Mr. Curry objects to the Notice and deposition on the grounds that the Notice has not been properly served on Mr. Curry;

    2.    Mr. Curry objects to the Notice and deposition on the grounds that the Non-FTX Defendants in this matter have moved to stay all discovery pending the Court's resolution of the Non-FTX Defendants' pending motions to dismiss (See ECF 162) (the "Motion to Stay"). Under *Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1368 (11th Cir. 1997), the further case law cited in the Non-FTX Defendants' Motion to Stay, and for such other and further reasons as set forth in the Motion to Stay, Mr. Curry objects to any discovery proceeding at this time.

    3.    Mr. Curry objects to the Notice and deposition on the grounds that the Notice is allegedly for the purpose of securing "jurisdictional discovery," but Plaintiff's motion seeking leave to conduct such discovery (ECF 163) has not been heard or granted by the Court. Plaintiff's effort to conduct "jurisdictional discovery" is therefore premature, and no such jurisdictional discovery can proceed unless and until that motion has been ruled upon by Judge Moore.

       4.       Mr. Curry objects to the Notice and deposition pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure on the grounds that the Notice failed to provide reasonable written notice of the deposition.

       5.       Mr. Curry objects to the Notice and deposition pursuant to Rule 26.1(h) of the Local Rules on the grounds that the Notice purports to require Mr. Curry to appear and provide testimony out-of-state but Plaintiffs have failed to provide at least fourteen (14) days' written notice, and the Notice is therefore not in compliance with Local Rule 26.1(h).

       6.       Mr. Curry objects to the Notice pursuant to Federal Rule of Civil Procedure 26(c) and Rule III.G of the Discovery Procedures on the grounds that Mr. Curry is unavailable to appear and give testimony at the time and date set forth in the Notice.  Among other things, Mr. Curry and his team, the Golden State Warriors, are presently in the NBA Playoffs, which are presently scheduled to run through mid-June 2023. Requiring Mr. Curry to appear and give testimony during the pendency of the playoffs is unduly burdensome, harassing, and oppressive, and would cause irreparable harm.

       7.       Mr. Curry objects to the Notice pursuant to Rule 26.1(h) of the Local Rules and Rule 32(a)(5)(A) of Federal Rules of Civil Procedure on the grounds that Plaintiff has provided fewer than 11 days' notice of the deposition, and Mr. Curry has complied with the requirements of Rule III.G of the Discovery Procedures and, accordingly, any deposition conducted on that date cannot be used against Mr. Curry.  Requiring Mr. Curry to appear and give testimony at a deposition that cannot be used in the action is unduly burdensome, harassing, and oppressive, and would cause irreparable harm.

                                                                 Respectfully submitted,

**McDERMOTT WILL & EMERY LLP**
333 SE 2nd Ave., Suite 4500
Miami, Florida 33131
Telephone: (212) 547-5768
Facsimile: (305) 347-6500

By: */s/ Nathan Bull*
   Nathan Bull (Fla. Bar No. 1029523)
    nbull@mwe.com

**McDERMOTT WILL & EMERY LLP**
  Jason D. Strabo (*pro hac vice*)
   jstrabo@mwe.com
  Ellie Hourizadeh (*pro hac vice*)
   ehourizadeh@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Telephone: (310) 788-4125
Facsimile: (310) 277-4730

**McDERMOTT WILL & EMERY LLP**
  Sarah P. Hogarth (*pro hac vice*)
   shogarth@mwe.com
500 North Capitol Street NW
Washington, DC 20001
Telephone: (202) 756-8354
Facsimile: (202) 756-8087

*Attorneys for Defendant Stephen Curry*