# Exhibit 2

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

Case No. 22-cv-23753-MOORE/BECERRA

EDWIN GARRISON, *et al.*, on behalf of themselves and all other similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

## OBJECTIONS AND RESPONSES TO NOTICE OF TAKING THE VIDEOTAPED DEPOSITION OF DEFENDANT LAWRENCE GENE DAVID

    Without waiving any objections previously raised by Defendants, Defendant Lawrence Gene David raises the objections herein to address the issues set forth below.  Pursuant to Rules 26, 30 and 32 of the Federal Rules of Civil Procedure, Rule 26.1 of the Local Rules, and Rule III.G of Judge Becerra's Discovery Procedures (the "Discovery Procedures"), Mr. David hereby objects to the deposition notice purporting to require Mr. David to appear and provide testimony in this matter on May 11, 2023 (the "Notice"), as follows:

    1.    Mr. David objects to the Notice and deposition on the grounds that the Notice has not been properly served on Mr. David.

    2.    Mr. David objects to the Notice and deposition on the grounds that the Non-FTX Defendants in this matter have moved to stay all discovery pending the Court's resolution of the Non-FTX Defendants' pending motions to dismiss (*see* ECF 162) (the "Motion to Stay").  Under *Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1368 (11th Cir. 1997), the further case law cited in the Non-FTX Defendants' Motion to Stay, and for such other and further reasons as set forth in the Motion to Stay, Mr. David objects to any discovery proceeding at this time.

    3.    Mr. David objects to the Notice and deposition on the grounds that the Notice is allegedly for the purpose of securing "jurisdictional discovery," but Plaintiffs' motion seeking leave to conduct such discovery (ECF 163) has not been heard or granted by the Court.  Plaintiffs' effort to conduct "jurisdictional discovery" is therefore premature, and no such jurisdictional discovery can proceed unless and until that motion has been ruled upon by Judge Moore.

4. Mr. David objects to the Notice and deposition pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure on the grounds that the Notice failed to provide reasonable written notice of the deposition.

5. Mr. David objects to the Notice and deposition pursuant to Rule 26.1(h) of the Local Rules on the grounds that the Notice purports to require Mr. David to appear and provide testimony out-of-state but Plaintiffs have failed to provide at least fourteen (14) days' written notice, and the Notice is therefore not in compliance with Local Rule 26.1(h).

6. Mr. David objects to the Notice pursuant to Federal Rule of Civil Procedure 26(c) and Rule III.G of the Discovery Procedures on the grounds that Mr. David is unavailable to appear and give testimony at the time and date set forth in the Notice.

7. Mr. David objects to the Notice pursuant to Rule 26.1(h) of the Local Rules and 32(a)(5)(A) of Federal Rules of Civil Procedure on the grounds that Plaintiffs have provided fewer than 11 days' notice of the deposition, and Mr. David has complied with the requirements of Rule III.G of the Discovery Procedures and, accordingly, any deposition conducted on that date cannot be used against Mr. David. Requiring Mr. David to appear and give testimony at a deposition that cannot be used in the action is unduly burdensome, harassing, and oppressive, and would cause irreparable harm.

Dated: May 3, 2023

Respectfully submitted,

**Colson, Hicks, Eidson, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
(305) 476-7400

By: */s/ Roberto Martínez*
Roberto Martínez
Florida Bar No. 305596
bob@colson.com
Stephanie A. Casey
Florida Bar No. 97483
scasey@colson.com
Zachary Lipshultz
Florida Bar No. 123594
zach@colson.com

**LATHAM & WATKINS LLP**
Andrew B. Clubok (*pro hac vice*)
andrew.clubok@lw.com
Susan E. Engel (*pro hac vice*)
susan.engel@lw.com
Brittany M.J. Record (*pro hac vice*)
brittany.record@lw.com

2

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200
Fax: +1.202.637.2201

**LATHAM & WATKINS LLP**
 Marvin S. Putnam (*pro hac vice*)
  *marvin.putnam@lw.com*
 Jessica Stebbins Bina (*pro hac vice*)
  *jessica.stebbinsbina@lw.com*
 Elizabeth A. Greenman (*pro hac vice*)
  *elizabeth.greenman@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Tel: +1.424.653.5500
Fax: +1.424.653.5501

**LATHAM & WATKINS LLP**
 Michele D. Johnson (*pro hac vice*)
  *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Tel: +1.714.540.1235
Fax: +1.714.755.8290

*Attorneys for Defendant Lawrence Gene David*

3