**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

Case No. 22-cv-23753-MOORE/BECERRA

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

**OPPOSITION BY DEFENDANTS THOMAS BRADY, GISELE BÜNDCHEN, UDONIS HASLEM, WILLIAM TREVOR LAWRENCE, KEVIN O'LEARY, SHAQUILLE O'NEAL, AND DAVID ORTIZ TO PLAINTIFFS' EXPEDITED MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY, AND TO AMEND THEIR COMPLAINT WITH ANY FACTS ARISING FROM SUCH DISCOVERY**

Defendants Thomas Brady, Gisele Bündchen, Udonis Haslem, William Trevor Lawrence, Kevin O'Leary, Shaquille O'Neal, and David Ortiz (the "Remaining Non-FTX Defendants") file this brief opposition to *Plaintiffs' Expedited Motion for Leave to Conduct Jurisdictional Discovery, and to Amend Their Complaint with Any Facts Arising from Such Discovery* ("Motion"; ECF 163).

Plaintiffs' Motion seeks "jurisdictional" discovery from Defendants Stephen Curry, Larry David, Golden State Warriors, LLC, Shohei Ohtani, and Naomi Osaka (collectively, the "Non-Resident Defendants"). *See* ECF 163 at 1. The Motion also, however, seeks to upend the existing schedule for briefing the motions to dismiss filed by the Remaining Non-FTX Defendants and the Non-Resident Defendants (ECFs 139, 154 & 156-59) – collectively, the "Motions to Dismiss" – which briefing schedule the Court set over two weeks before Plaintiffs filed the Motion. *See* ECF 132. Plaintiffs request leave to file an amended pleading "within twenty (20) days after completing

that brief jurisdictional discovery, so Plaintiffs may incorporate any additional facts that support personal jurisdiction over these FTX Non-Florida Defendants and address arguments raised in all Defendants' motions to dismiss." Motion at 1. Granting the request, of course, would require re-briefing of the Motions to Dismiss.

For all of the reasons stated in the opposition filed by the Non-Resident Defendants ("Non-Resident Defendants' Opposition"; ECF195), the Motion should be denied. Because the Motion does not seek leave to take discovery from the Remaining Non-FTX Defendants, they do not formally adopt Section I of the Non-Resident Defendants' Opposition, although they submit that the arguments are well taken.

However, as to Plaintiffs' request to file a further amendment – and, correspondingly, change the existing briefing schedule for and require re-briefing of the Motions to Dismiss – the Remaining Non-FTX Defendants adopt Section II of the Non-Resident Defendants' Opposition. Plaintiffs have already amended their pleading once as of right in this action, when they more than doubled the size of initial pleading (ECF 1), going from 41 pages to 97 pages, plus appending a 19-page "expert" report as an exhibit. *See* ECF 16.[1] Given the incurable deficiencies in Plaintiffs' existing Amended Complaint, which are not "technical pleading deficiencies" but incurable legal flaws, *see* Motions to Dismiss, the Remaining Non-FTX Defendants believe that no amendment should be allowed, if at all, until the Court rules on the Motions to Dismiss, which should be briefed on the schedule the Court set on April 11, 2023 (ECF 132).

---

[1] Plaintiffs also amended their pleading in action styled *Podalsky v. Bankman-Fried*, No. 22-cv-23983-KMM (S.D. Fla.). *See Podalsky* ECF 4.

Respectfully submitted,

**COLSON, HICKS, EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
(305) 476-7400

By: */s/ Roberto Martinez*
   Roberto Martínez
   Florida Bar No. 305596
     *bob@colson.com*
   Stephanie A. Casey
   Florida Bar No. 97483
     *scasey@colson.com*
   Zachary Lipshultz
   Florida Bar No. 123594
     *zach@colson.com*

**LATHAM & WATKINS LLP**
   Andrew B. Clubok (*pro hac vice*)
     *andrew.clubok@lw.com*
   Susan E. Engel (*pro hac vice*)
     *susan.engel@lw.com*
   Brittany M.J. Record (*pro hac vice*)
     *brittany.record@lw.com*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200
Fax: +1.202.637.2201

**LATHAM & WATKINS LLP**
   Marvin S. Putnam (*pro hac vice*)
     *marvin.putnam@lw.com*
   Jessica Stebbins Bina (*pro hac vice*)
     *jessica.stebbinsbina@lw.com*
   Elizabeth A. Greenman (*pro hac vice*)
     *elizabeth.greenman@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Tel: +1.424.653.5500
Fax:  +1.424.653.5501

**LATHAM & WATKINS LLP**
   Michele D. Johnson (*pro hac vice*)
     *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Tel: +1.714.540.1235
Fax: +1.714.755.8290

*Attorneys for Defendants Thomas Brady, Gisele Bündchen, and Shaquille O'Neal*

**DIMOND KAPLAN & ROTHSTEIN, P.A.**
Offices at Grand Bay Plaza
2665 South Bayshore Drive, PH-2B
Miami, Florida 33133
Telephone:		(305) 374-1920
Facsimile:		(305) 374-1961

By: */s/ David A. Rothstein*
David A. Rothstein, Esq.
Fla. Bar No. 995762
  *DRothstein@dkrpa.com*
Alexander M. Peraza, Esq.
Fla. Bar No. 107044
  *APeraza@dkrpa.com*
Eshaba Jahir-Sharuz, Esq.
Fla. Bar No. 1038846
  *Eshaba@dkrpa.com*

**MCANGUS GOUDELOCK & COURIE LLC**
2000 Market Street, Suite 780
Philadelphia, PA 19103
(484) 406-4334

By: */s/ Eric A. Fitzgerals*
Eric A. Fitzgerald (*pro hac vice*)
  *eric.fitzgerald@mgclaw.com*
Hillary N. Ladov (*pro hac vice*)
  *hillary.ladov@mgclaw.com*

*Attorneys for Defendant William Trevor Lawrence*

**AKERMAN LLP**
350 East Las Olas Boulevard – Suite 1600
Ft. Lauderdale, FL 33301
Tel.: 954-463-2700
Fax: 954-468-2454

By: */s/ Christopher S. Carver*
   Christopher S. Carver, Esq.
   Florida Bar No. 993580
     *christopher.carver@akerman.com*
   Jason S. Oletsky, Esq.
   Florida Bar No. 9301
     *jason.oletsky@akerman.com*
   Katherine A Johnson, Esq.
   Florida Bar No. 1040357
     *katie.johnson@akerman.com*

*Attorneys for Defendant David Ortiz and Udonis Haslem*

**MARCUS NEIMAN RASHBAUM
& PINEIRO LLP**
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, Florida 33394
Tel: (954) 462-1200

2 South Biscayne Blvd., Suite 2530
Miami, Florida 33131
Tel: (305)-400-4260

By: */s/ Jeffrey Neiman*
Jeffrey Neiman
Fla Bar. No. 544469
  *jneiman@mnrlawfirm.com*
Jeffrey Marcus
Fla. Bar No. 310890
  *jmarcus@mnrlawfirm.com*
Michael Pineiro
Fla. Bar No. 041897
  *mpineiro@mnrlawfirm.com*
Brandon Floch
Fla. Bar No. 125218
  *bfloch@mnrlawfirm.com*

**BERK BRETTLER LLP**
9119 Sunset Boulevard
West Hollywood, CA 90069
Tel.: (310) 278-2111
Andrew B. Brettler (*pro hac vice*)
  *abrettler@berkbrettler.com*

*Attorneys for Defendant Kevin O'Leary*