IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 22-cv-23753-MOORE/BECERRA

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.
_____/

**REPLY BRIEF IN SUPPORT OF MOTION TO STAY DISCOVERY
(INCLUDING INITIAL DISCLOSURES)
BY DEFENDANTS THOMAS BRADY, GISELE BÜNDCHEN, STEPHEN CURRY,
LAWRENCE DAVID, THE GOLDEN STATE WARRIORS, LLC,
UDONIS HASLEM, WILLIAM TREVOR LAWRENCE, SHOHEI OHTANI,
<u>KEVIN O'LEARY, DAVID ORTIZ, AND NAOMI OSAKA</u>**

The Non-FTX Defendants explained in detail in their Motion to Stay Discovery why there should be no discovery pending the Court's resolution of the Non-FTX Defendants' motions to dismiss. ECF 162.[1] Plaintiffs largely do not oppose the Motion to Stay Discovery, stating in their opposition brief "[w]ith respect to the issue of 'merits' discovery, Plaintiffs take no position [on the Motion] and leave it to the Court's discretion." ECF 197 ("Opposition") at 4. Given that Plaintiffs do not oppose the Non-FTX Defendants' motion with respect to merits discovery, the Court should grant the Motion to Stay Discovery with respect to merits discovery for all the reasons stated therein. ECF 162.

---

[1] All defined terms have the meaning set forth in the Motion to Stay Discovery. ECF 162.

Plaintiffs' Opposition makes clear that the only live dispute is whether Plaintiffs should be able to conduct jurisdictional discovery from the Non-Florida Defendants in an attempt to bolster their conclusory jurisdictional allegations (*see* Amended Complaint (ECF 16), ¶ 50) with facts about these defendants' ties to Florida (if any) that they were required to know *before* filing suit. Opposition at 1-4. In support of their arguments, Plaintiffs rely on their "position [] stated in their pending Motion for Leave to Conduct Jurisdictional Discovery" (ECF 163). Opposition at 3. The Non-Florida Defendants explained why that motion should be denied, and why jurisdictional discovery should not be permitted, in their opposition brief filed May 10, 2023. ECF 195 ("Opposition to Motion for Leave to Conduct Jurisdictional Discovery"). Rather than repeat those arguments here, and to avoid burdening the Court with even more pages of briefing in this already motion-heavy case, the Non-FTX Defendants respectfully refer the Court to the arguments made in the Opposition to Motion for Leave to Conduct Jurisdictional Discovery for why Plaintiffs' request to take jurisdictional discovery should be denied. *Id.* For all the reasons stated in that submission, the Non-FTX Defendants' Motion to Stay Discovery should be granted as to *all* discovery, including "jurisdictional" discovery.[2]

May 11, 2023

Respectfully submitted,

**COLSON, HICKS, EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
(305) 476-7400

---

[2] Plaintiffs also make reference to a forthcoming request to amend their pleadings. Opposition at 4-6. This is a red herring. Whether Plaintiffs may amend their pleading to add allegations that do not change their inherently defective legal theory against the Non-FTX Defendants is not ripe and will be addressed at the appropriate time.

    By: */s/ Roberto Martinez*
      Roberto Martínez
      Florida Bar No. 305596
        *bob@colson.com*
      Stephanie A. Casey
      Florida Bar No. 97483
        *scasey@colson.com*
      Zachary Lipshultz
      Florida Bar No. 123594
        *zach@colson.com*

    **LATHAM & WATKINS LLP**
      Andrew B. Clubok (*pro hac vice*)
        *andrew.clubok@lw.com*
      Susan E. Engel (*pro hac vice*)
        *susan.engel@lw.com*
      Brittany M.J. Record (*pro hac vice*)
        *brittany.record@lw.com*
    555 Eleventh Street, N.W., Suite 1000
    Washington, D.C. 20004-1304
    Tel: +1.202.637.2200
    Fax: +1.202.637.2201

    **LATHAM & WATKINS LLP**
      Marvin S. Putnam (*pro hac vice*)
        *marvin.putnam@lw.com*
      Jessica Stebbins Bina (*pro hac vice*)
        *jessica.stebbinsbina@lw.com*
      Elizabeth A. Greenman (*pro hac vice*)
        *elizabeth.greenman@lw.com*
    10250 Constellation Blvd., Suite 1100
    Los Angeles, California 90067
    Tel: +1.424.653.5500
    Fax:  +1.424.653.5501

    **LATHAM & WATKINS LLP**
      Michele D. Johnson (*pro hac vice*)
        *michele.johnson@lw.com*
    650 Town Center Drive, 20th Floor
    Costa Mesa, California 92626-1925
    Tel: +1.714.540.1235
    Fax: +1.714.755.8290

    *Attorneys for Defendants Thomas Brady, Gisele Bündchen, and Lawrence David*

    **GIBSON, DUNN & CRUTCHER LLP**
    555 Mission Street, Suite 3000
    San Francisco, CA 94105-0921
    Phone: 415.393.8379

By: */s/ Matthew S. Kahn*
Matthew S. Kahn (*pro hac vice*)
  MKahn@gibsondunn.com
Michael J. Kahn (*pro hac vice*)
  MJKahn@gibsondunn.com

Michael Dore (*pro hac vice forthcoming*)
  MDore@gibsondunn.com
Jamila MacEbong (*pro hac vice*)
  JMacEbong@gibsondunn.com
333 South Grand Avenue
Suite 4600
Los Angeles, CA 90071-3197
Phone: 213.229.7155

*Attorneys for Defendants Golden State Warriors, LLC and Naomi Osaka*


**DIMOND KAPLAN & ROTHSTEIN, P.A.**
Offices at Grand Bay Plaza
2665 South Bayshore Drive, PH-2B
Miami, Florida 33133
Telephone:    (305) 374-1920
Facsimile:    (305) 374-1961

By: */s/ David A. Rothstein*
David A. Rothstein, Esq.
Fla. Bar No. 995762
  DRothstein@dkrpa.com
Alexander M. Peraza, Esq.
Fla. Bar No. 107044
  APeraza@dkrpa.com
Eshaba Jahir-Sharuz, Esq.
Fla. Bar No. 1038846
  Eshaba@dkrpa.com

**MCANGUS GOUDELOCK & COURIE LLC**
2000 Market Street, Suite 780
Philadelphia, PA 19103
(484) 406-4334

By: */s/ Eric A. Fitzgerals*
Eric A. Fitzgerald (*pro hac vice*)
  eric.fitzgerald@mgclaw.com
Hillary N. Ladov (*pro hac vice*)
  hillary.ladov@mgclaw.com

*Attorneys for Defendant William Trevor Lawrence*

**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Suite 1200
Miami, FL 33131-3368

- 4 -

Phone: (305)-577-3100

By: */s/ Edward Soto*
   Edward Soto (Fla Bar. No. 0265144)
   *edward.soto@weil.com*

*Attorney for Defendant Shohei Ohtani*

**McDERMOTT WILL & EMERY LLP**
333 SE 2nd Ave., Suite 4500
Miami, Florida 33131
Telephone: (212) 547-5768
Facsimile: (305) 347-6500

By: */s/ Nathan Bull*
   Nathan Bull (Fla. Bar No. 1029523)
   *nbull@mwe.com*

**McDERMOTT WILL & EMERY LLP**
   Jason D. Strabo (*pro hac vice* pending)
   *jstrabo@mwe.com*
   Ellie Hourizadeh (to file *pro hac vice*)
   *ehourizadeh@mwe.com*
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Telephone: (310) 788-4125
Facsimile: (310) 277-4730

**McDERMOTT WILL & EMERY LLP**
   Sarah P. Hogarth (*pro hac vice* pending)
   *shogarth@mwe.com*
500 North Capitol Street NW
Washington, DC 20001
Telephone: (202) 756-8354
Facsimile: (202) 756-8087

*Attorneys for Defendant Stephen Curry*
**AKERMAN LLP**
350 East Las Olas Boulevard – Suite 1600
Ft. Lauderdale, FL 33301
Tel.: 954-463-2700
Fax: 954-468-2454

By: */s/ Christopher S. Carver*
   Christopher S. Carver, Esq.
   Florida Bar No. 993580
   *christopher.carver@akerman.com*
   Jason S. Oletsky, Esq.
   Florida Bar No. 9301
   *jason.oletsky@akerman.com*
   Katherine A Johnson, Esq.
   Florida Bar No. 1040357

*katie.johnson@akerman.com*

*Attorneys for Defendant David Ortiz and Udonis Haslem*

**MARCUS NEIMAN RASHBAUM & PINEIRO LLP**
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, Florida 33394
Tel: (954) 462-1200

2 South Biscayne Blvd., Suite 2530
Miami, Florida 33131
Tel: (305)-400-4260

By: */s/ Jeffrey Neiman*
Jeffrey Neiman
Fla Bar. No. 544469
  *jneiman@mnrlawfirm.com*
Jeffrey Marcus
Fla. Bar No. 310890
  *jmarcus@mnrlawfirm.com*
Michael Pineiro
Fla. Bar No. 041897
  *mpineiro@mnrlawfirm.com*
Brandon Floch
Fla. Bar No. 125218
  *bfloch@mnrlawfirm.com*

**BERK BRETTLER LLP**
9119 Sunset Boulevard
West Hollywood, CA 90069
Tel.: (310) 278-2111
Andrew B. Brettler (*pro hac vice*)
  *abrettler@berkbrettler.com*

*Attorneys for Defendant Kevin O'Leary*