UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-23753-KMM

EDWIN GARRISON, *et al.*, on behalf of
themselves and all others similarly situated,

  Plaintiffs,
v.

SAM BANKMAN-FRIED, *et al.*,

  Defendants.
_____/

**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE [ECF NO. 201]**

***First***, Plaintiffs respectfully submit that if the Court grants their Motion for Leave to Amend the Complaint, [ECF No. 198], the current motions to dismiss will be rendered moot and no discovery is necessary at this stage.

***Second***, if the Court grants Plaintiffs leave to file their Amended Complaint and any FTX Defendant decides to renew any arguments, and/or raise additional arguments as to personal jurisdiction directed to that Amended Complaint, even in light of this new jurisdictional information, Plaintiffs respectfully submit that brief jurisdictional discovery (brief depositions and targeted discovery) may be necessary, consistent with the orders on discovery entered by Chief Judge Altonaga, Judge Altman, and Magistrate Judge Reid in the related *Voyager Digital* class actions pending before this Court.

***Third***, in the event that the Court does not grant Plaintiffs' leave to amend their complaint, Plaintiffs respectfully request discovery, including but not limited to, jurisdictional discovery sought in Plaintiffs' pending Motion for Leave to take Jurisdictional Discovery, [ECF No. 163], so Plaintiffs have an opportunity to provide the required evidentiary basis to rebut Defendants' declarations and arguments as to the jurisdictional allegations. That evidentiary basis would

*CASE NO. 1:22-cv-23753-KMM*

include, for example, the facts relating to the new jurisdictional allegations that Plaintiffs have now included in their proposed Amended Complaint, the acts of Defendants and/or their agents in connection with their relationships with FTX Defendants' promotional activities actually undertaken in accordance with the agreement that were targeted at, or able to be viewed in, Florida, copies of the actual FTX Agreements (that have not yet to be produced), facts bearing on the veracity of their statements their respective declarations filed in connection with their motions to dismiss and documenting acts taken by FTX's own agents and employees, such as Messrs. Dabir and Friedberg, regarding these specific FTX Brand Ambassador Agreements.

Dated: May 12, 2023

Respectfully submitted,

By: */s/ Adam Moskowitz*
Adam M. Moskowitz
Florida Bar No. 984280
adam@moskowitz-law.com
Joseph M. Kaye
Florida Bar No. 117520
joseph@moskowitz-law.com
**THE MOSKOWITZ LAW FIRM, PLLC**
3250 Mary Street, Suite 202
Coconut Grove, FL 33133
Telephone: (305) 740-1423

By: */s/ David Boies*
David Boies
(*Pro Hac Vice*)
Alex Boies
(*Pro Hac Vice*)
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Phone: (914) 749–8200
dboies@bsfllp.com

*CASE NO. 1:22-cv-23753-KMM*

By: */s/ Stephen Neal Zack*
Stephen Neal Zack
Florida Bar No. 145215
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com

By: */s/Jose M. Ferrer*
Jose Ferrer
Florida Bar No. 173746
Michelle Genet Bernstein
Florida Bar No. 1030736
**MARK MIGDAL HAYDEN LLP**
8 SW 8th Street, Suite 1999
Miami, FL 33130
Office: 305-374-0440

*Co-Counsel for Plaintiff and the Class*

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed on May 12, 2023, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Adam M. Moskowitz*
ADAM M. MOSKOWITZ

3