UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-23753-KMM

EDWIN GARRISON, *et al.*, on behalf of
Themselves and all others similarly situated,

    Plaintiffs,
v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.
_____/

**NOTICE OF APPEARANCE
AND DESIGNATION OF E-MAIL ADDRESSES**

PLEASE TAKE NOTICE that Jose M. Ferrer and Michelle Genet Bernstein, of the law firm, Mark Migdal & Hayden, LLC, hereby enter their appearance in this action as additional counsel for Plaintiff, EDWIN GARRISON, *et al.* The following email addresses are designated for service of all pleadings and papers in the above-referenced matter:

| | | |
|---|---|---|
| **PRIMARY:** | Jose M Ferrer | jose@markmigdal.com |
| | Michelle Genet Bernstein | michelle@markmigdal.com |
| **SECONDARY:** | Firm Docketing E-Mail | eservice@markmigdal.com |
| | | kristine@markmigdal.com |

DATED: May 12, 2023.    Respectfully submitted,

**MARK MIGDAL & HAYDEN**
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130
Telephone: (305) 374-0440

By: /s/ *Jose M. Ferrer*
Jose M. Ferrer
Florida Bar No. 173746
Michelle Genet Bernstein
Florida Bar No. 1030736
jose@markmigdal.com
michelle@markmigdal.com
eservice@markmigdal.com

2

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document (including any attached exhibits and documents) electronically on the Court's CM/ECF docket on May 12, 2023, which served same electronically upon all counsel of record.

s/ *Jose M. Ferrer*
Jose M. Ferrer