UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23753-KMM

EDWIN GARRISON, et al. on behalf of themselves and all others similarly situated,

    Plaintiff,

v.

SAM BANKMAN-FRIED, et al.,

    Defendants.

_____/

## NOTICE OF FILING REQUEST FOR ISSUANCE OF SUMMONSES

Plaintiffs hereby give notice of filing request for issuance of summons to Defendant Solomid Corporation, d/b/a Team Solomid, TSM, and/or TSM FTX.

Dated: May 15, 2023

Respectfully Submitted,

By: */s/ Adam Moskowitz*
Adam M. Moskowitz
Florida Bar No. 984280
Joseph M. Kaye
Florida Bar No. 117520
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
adam@moskowitz-law.com
joseph@moskowitz-law.com

By: */s/ David Boies*
David Boies (*Pro Hac Vice*)
Alex Boies (*Pro Hac Vice*)
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Phone: (914) 749–8200
dboies@bsfllp.com
aboies@bsfllp.com

CASE NO.: 1:22-CV-23753

By: */s/ Stephen Neal Zack*
Stephen Neal Zack
Florida Bar No. 145215
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com


By: */s/ Stuart Z. Grossman*
Stuart Z. Grossman
Florida Bar No.: 156113
Manuel A. Arteaga-Gomez
Florida Bar No.: 18122
**GROSSMAN ROTH YAFFA COHEN, P.A.**
2525 Ponce de Leon Boulevard, Suite 1150
Coral Gables, FL 33134 Ph: 305-442-8666
Fx: 305-285-1668
szg@grossmanroth.com
aag@grossmanroth.com


**By:** */s/ Jose M. Ferrer*
Jose M. Ferrer
Florida Bar No. 173746
Michelle Genet Bernstein
Florida Bar No. 1030736
**MARK MIGDAL & HAYDEN**
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130
Telephone: (305) 374-0440
jose@markmigdal.com
michelle@markmigdal.com
eservice@markmigdal.com

*Co-Counsel for Plaintiffs and the Class*


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed on May 15, 2023, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record

By: */s/ Adam M. Moskowitz*
ADAM M. MOSKOWITZ