UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23753-KMM

EDWIN GARRISON, et al. on behalf of
themselves and all others similarly
situated,

    Plaintiff,

v.

SAM BANKMAN-FRIED, et al.,

    Defendants.

_____/

# NOTICE OF CHANGE OF ADDRESS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that The Moskowitz Law Firm PLLC, counsel for plaintiffs in the above-entitled action, has changed its mailing address. The new address is:

**The Moskowitz Law Firm, PLLC**
Continental Plaza
3250 Mary Street
Suite 202
Miami, FL 33133

**Mailing Address:**
P.O. Box 653409
Miami, FL 33175

Dated: May 26, 2023                     Respectfully submitted,

                                    By: */s/ Adam M. Moskowitz*
                                        Adam M. Moskowitz
                                        Florida Bar No. 984280
                                        **The Moskowitz Law Firm, PLLC**
                                        Continental Plaza
                                        3250 Mary Street, Suite 202
                                        Miami, FL 33133
                                        **Mailing Address:**
                                        P.O. Box 653409
                                        Miami, FL 33175

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 26, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Southern District of Florida, by using the CM/ECF system, which will serve a copy of same on all counsel of record.

By: /s/ *Adam M. Moskowitz*
Adam M. Moskowitz