# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
### SOUTHERN District of Florida

Case Number: 22-CV-23753-KMM

**Plaintiff:** EDWIN GARRISON, et al., on behalf of themselves and all others similarly situated
vs.
**Defendant:** SAM BANKMAN-FRIED, et al.,

For:
The Moskowitz Law Firm
2 Alhambra Plaza Suite 601
Coral Gables, FL 33134

Received by Magic City Process Service, LLC on the 22nd day of May, 2023 at 5:16 pm to be served on **Shaquille O'Neal, 601 Biscayne Blvd, MIAMI, FL 33132**.

I, JOSEPH R. DION, being duly sworn, depose and say that on the **23rd day of May, 2023** at **9:30 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, AMENDED CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL, EXHIBITS** with the date and hour of service endorsed thereon by me, to: **Shaquille O'Neal** at the address of: **601 Biscayne Blvd, MIAMI, FL 33132**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
I gained lawful access into the arena at around 7:55pm. I then arrived in section 123 facing the TNT stage at 8:31pm. At which point I found an empty seat and waited for the defendant to arrive. The host of the TNT halftime show began to arrive at 8:50pm which was half way through the first quarter. The defendant arrived to the stage at 9:30pm. At that point I positioned myself next to the TNT stage. I identified Shaquille O'neal on the TNT stage from section 123. There was a barrier between me and the defendant. I was approximately about five feet away from the defendant. At which point I endorsed the two summonses with my initials, badge number, date, and time. I watched the live broadcast and waited until they all put their microphones down which indicated they went into commercial break. Then I proceeded to walk up to the barrier which put me approximately about 5 feet away from Mr. O'Neal, leaned over the barrier, and dropped the documents in front of the broadcast desk. I then Identified myself to Mr. O'neal and informed him of the context of the documents. The defendant acknowledged and confirmed the service by gesturing with his hands. At which point the arena security escorted me out of the area.

**Description** of Person Served: Age: 51, Sex: M, Race/Skin Color: BLACK, Height: 7'1", Weight: 325, Hair: BALD, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server. Under Penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated in it true. Notary Not Required (F.S. 92.525).

Subscribed and Sworn to before me on the 26th day of May, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

SOPHIA HERVIS
Notary Public-State of Florida
Commission # HH 356324
My Commission Expires
February 12, 2027

JOSEPH R. DION
2259

Magic City Process Service, LLC
1825 PONCE DE LEON BLVD #283
CORAL GABLES, FL 33134
(786) 539-7227

Our Job Serial Number: MGS-2023003387

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n

Case 1:22-cv-23753-KMM   Document 12   Entered on FLSD Docket 12/05/2022   Page 7 of 12

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

EDWIN GARRISON, et al., on behalf of themselves and all others similarly situated

*Plaintiff(s)*

v.

SAM BANKMAN-FRIED, et al.,

*Defendant(s)*

Civil Action No. 22-CV-23753-KMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Shaquille O'Neal
1 Grand Manor Court
Sugar Land, Texas 77479-2557

JD2254
5|23 9:30pm

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Adam M. Moskowitz
Joseph M. Kaye
THE MOSKOWITZ LAW FIRM, PLLC
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
Service@moskowitz-law.com

David Boies
(Pro Hac Vice Application Forthcoming)
Stephen Neal Zack
Hon. Ursula Ungaro (Ret.)
BOIES SCHILLER FLEXNER LLP
333 Main Street, Armonk, NY 10504
100 SE 2nd St., Suite 2800, Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 5, 2022



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Lisa I. Streets
Deputy Clerk
U.S. District Courts