UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-23753-KMM

EDWIN GARRISON, *et al.,* on behalf of
themselves and all others similarly situated,

    *Plaintiffs,*

v.

SAM BANKMAN-FRIED, *et al.*,

    *Defendants.*

_____/

## **ORDER**

THIS CAUSE came before the Court upon the Motion to Withdraw of Stuart Z. Grossman, Esq., and Manuel A. "Alex" Arteaga-Gomez, Esq., as co-counsel for Plaintiffs (ECF No. 212]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Stuart Z. Grossman, Esq., Manuel A. "Alex" Arteaga-Gomez, Esq., and Grossman Roth Yaffa Cohen, P.A. are permitted to withdraw as co-counsel for the Plaintiffs and shall have no further obligation in this matter.

**DONE AND ORDERED** in Miami, Florida, this _____ day of May, 2023.

                                                **K. MICHAEL MOORE**
                                                **UNITED STATES DISTRICT JUDGE**

cc: counsel of record