# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

Case No. 22-cv-23753-MOORE/BECERRA

EDWIN GARRISON, *et al.*, on behalf of
themselves and all other similarly situated,

    Plaintiffs,

v.

SAM BANKMAN-FRIED, *et al.*,

    Defendants.

_____/

**NOTICE OF SUPPLEMENTAL INFORMATION REGARDING MOTION TO STAY
DISCOVERY (INCLUDING INITIAL DISCLOSURES)
BY DEFENDANTS THOMAS BRADY, GISELE BÜNDCHEN, STEPHEN CURRY,
LAWRENCE DAVID, GOLDEN STATE WARRIORS, LLC,
UDONIS HASLEM, WILLIAM TREVOR LAWRENCE, SHOHEI OHTANI,
<u>KEVIN O'LEARY, DAVID ORTIZ, AND NAOMI OSAKA (ECF 162)</u>**

The Non-FTX Defendants provide supplemental information to the Court regarding their Motion to Stay Discovery (ECF 162).[1]

Late in the evening (at 10:02 p.m. EDT) on Friday, May 26, 2023, Plaintiffs served ten unilateral Notices of Taking Deposition, purporting to set ten Non-FTX Defendants for deposition in Los Angeles, Miami, or San Francisco, beginning on July 10 and concluding on July 27. Plaintiffs served unilateral Notices purporting to set two more Non-FTX Defendants for deposition during the same two weeks on May 30. Copies are attached as Composite Exhibit **A**.[2]

---

[1] All defined terms have the meaning set forth in the Motion to Stay Discovery. ECF 162.

[2] In summary, the depositions are unilaterally noticed as follows, in alphabetic order by defendant name: Brady (July 27; Miami), Bündchen (July 26; Miami), Curry (July 13; Los Angeles), David

Even later in the evening (at 11:47 p.m. EDT) Plaintiffs served sets of discovery requests with .pdfs entitled "Plaintiffs' First Set of Jurisdictional Request for Production to Defendant [XX]" directed to Non-FTX Defendants Brady, Bündchen, Haslem, Lawrence, O'Leary, O'Neal, and Ortiz – none of whom has raised a personal jurisdiction challenge. The sets are virtually identical but for the named recipient; copies are attached as Composite Exhibit **B**. The requests are no more limited to "jurisdictional" issues than were the requests addressed to the other Non-FTX Defendants. *See Opposition of Defendants (*etc.*) to Plaintiffs' Motion for Leave to Conduct "Jurisdictional" Discovery (*etc.*)* (ECF 195) at 11.

On May 15, 2023, the Court denied *Plaintiffs' Expedited Motion for Leave to Conduct Jurisdictional Discovery (*etc.*)* (ECF 163) as moot in view of Plaintiffs' filing of their *[Second] Amended Class Action Complaint and Demand for Jury Trial*. *See* PAPERLESS ORDER (ECF 207) at 1 ("THIS CAUSE came before the Court upon Plaintiffs Second Amended Complaint. [205]. …. The pending Motion for Jurisdictional Discovery [163] is also DENIED AS MOOT.").

Despite the Court's ruling and the pending Motion to Stay Discovery, Plaintiffs again seek exceedingly broad "jurisdictional" discovery and have also unilaterally-noticed twelve depositions spanning the country over a two-week period. These actions further highlight the propriety of the stay requested in the Motion to Stay Discovery.

Date: May 30, 2023                                           Respectfully submitted,

                                                      **COLSON, HICKS, EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
(305) 476-7400

---

(July 10; Los Angeles), GSW (July 17; San Francisco), Haslem (July 20; Miami), Lawrence (July 21; Miami), Ohtani (July 12; Los Angeles), O'Leary (July 28; Miami), O'Neal (July 24; Miami), Ortiz (July 25; Miami), and Osaka (July 11; Los Angeles).

    By: */s/ Roberto Martinez*
    Roberto Martínez
    Florida Bar No. 305596
      *bob@colson.com*
    Stephanie A. Casey
    Florida Bar No. 97483
      *scasey@colson.com*
    Zachary Lipshultz
    Florida Bar No. 123594
      *zach@colson.com*

*Attorneys for Defendants Thomas Brady, Gisele Bündchen, Lawrence David, Golden State Warriors, Shaquille O'Neal and Naomi Osaka*

**LATHAM & WATKINS LLP**
  Andrew B. Clubok (*pro hac vice*)
    *andrew.clubok@lw.com*
  Susan E. Engel (*pro hac vice*)
    *susan.engel@lw.com*
  Brittany M.J. Record (*pro hac vice*)
    *brittany.record@lw.com*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200
Fax: +1.202.637.2201

**LATHAM & WATKINS LLP**
  Marvin S. Putnam (*pro hac vice*)
    *marvin.putnam@lw.com*
  Jessica Stebbins Bina (*pro hac vice*)
    *jessica.stebbinsbina@lw.com*
  Elizabeth A. Greenman (*pro hac vice*)
    *elizabeth.greenman@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Tel: +1.424.653.5500
Fax: +1.424.653.5501

**LATHAM & WATKINS LLP**
  Michele D. Johnson (*pro hac vice*)
    *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Tel: +1.714.540.1235
Fax: +1.714.755.8290

*Attorneys for Defendants Thomas Brady, Gisele Bündchen, Lawrence David, and Shaquille O'Neal*

**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921

Phone: 415.393.8379

By: */s/ Matthew S. Kahn*
Matthew S. Kahn (*pro hac vice*)
  *MKahn@gibsondunn.com*
Michael J. Kahn (*pro hac vice*)
  *MJKahn@gibsondunn.com*

Michael Dore (*pro hac vice forthcoming*)
  *MDore@gibsondunn.com*
Jamila MacEbong (*pro hac vice*)
  *JMacEbong@gibsondunn.com*
333 South Grand Avenue
Suite 4600
Los Angeles, CA 90071-3197
Phone: 213.229.7155

*Attorneys for Defendants Golden State Warriors, LLC and Naomi Osaka*

**DIMOND KAPLAN & ROTHSTEIN, P.A.**
Offices at Grand Bay Plaza
2665 South Bayshore Drive, PH-2B
Miami, Florida 33133
Telephone:    (305) 374-1920
Facsimile:    (305) 374-1961

By: */s/ David A. Rothstein*
David A. Rothstein, Esq.
Fla. Bar No. 995762
  *DRothstein@dkrpa.com*
Alexander M. Peraza, Esq.
Fla. Bar No. 107044
  *APeraza@dkrpa.com*
Eshaba Jahir-Sharuz, Esq.
Fla. Bar No. 1038846
  *Eshaba@dkrpa.com*

**MCANGUS GOUDELOCK & COURIE LLC**
2000 Market Street, Suite 780
Philadelphia, PA 19103
(484) 406-4334

By: */s/ Eric A. Fitzgerald*
Eric A. Fitzgerald (*pro hac vice*)
  *eric.fitzgerald@mgclaw.com*
Hillary N. Ladov (*pro hac vice*)
  *hillary.ladov@mgclaw.com*

*Attorneys for Defendant William Trevor Lawrence*

**WEIL, GOTSHAL & MANGES LLP**
1395 Brickell Avenue, Suite 1200
Miami, FL 33131-3368
Phone: (305)-577-3100

By: */s/ Edward Soto*
   Edward Soto (Fla Bar. No. 0265144)
   *edward.soto@weil.com*

*Attorney for Defendant Shohei Ohtani*

**McDERMOTT WILL & EMERY LLP**
333 SE 2nd Ave., Suite 4500
Miami, Florida 33131
Telephone: (212) 547-5768
Facsimile: (305) 347-6500

By: */s/ Nathan Bull*
   Nathan Bull (Fla. Bar No. 1029523)
   *nbull@mwe.com*

**McDERMOTT WILL & EMERY LLP**
   Jason D. Strabo (*pro hac vice*)
   *jstrabo@mwe.com*
   Ellie Hourizadeh (*pro hac vice*)
   *ehourizadeh@mwe.com*
2049 Century Park East, Suite 3200
Los Angeles, CA 90067
Telephone: (310) 788-4125
Facsimile: (310) 277-4730

**McDERMOTT WILL & EMERY LLP**
   Sarah P. Hogarth (*pro hac vice*)
   *shogarth@mwe.com*
500 North Capitol Street NW
Washington, DC 20001
Telephone: (202) 756-8354
Facsimile: (202) 756-8087

*Attorneys for Defendant Stephen Curry*

**AKERMAN LLP**
350 East Las Olas Boulevard – Suite 1600
Ft. Lauderdale, FL 33301
Tel.: 954-463-2700
Fax: 954-468-2454

By: */s/ Christopher S. Carver*
   Christopher S. Carver, Esq.
   Florida Bar No. 993580
   *christopher.carver@akerman.com*
   Jason S. Oletsky, Esq.
   Florida Bar No. 9301

    *jason.oletsky@akerman.com*
Katherine A Johnson, Esq.
Florida Bar No. 1040357
    *katie.johnson@akerman.com*

*Attorneys for Defendant David Ortiz and Udonis Haslem*

**MARCUS NEIMAN RASHBAUM & PINEIRO LLP**
100 Southeast Third Avenue, Suite 805
Fort Lauderdale, Florida 33394
Tel: (954) 462-1200

2 South Biscayne Blvd., Suite 2530
Miami, Florida 33131
Tel: (305)-400-4260

By: */s/ Jeffrey Neiman*
Jeffrey Neiman
Fla Bar. No. 544469
    *jneiman@mnrlawfirm.com*
Jeffrey Marcus
Fla. Bar No. 310890
    *jmarcus@mnrlawfirm.com*
Michael Pineiro
Fla. Bar No. 041897
    *mpineiro@mnrlawfirm.com*
Brandon Floch
Fla. Bar No. 125218
    *bfloch@mnrlawfirm.com*

**BERK BRETTLER LLP**
9119 Sunset Boulevard
West Hollywood, CA 90069
Tel.: (310) 278-2111
Andrew B. Brettler (*pro hac vice*)
    *abrettler@berkbrettler.com*

*Attorneys for Defendant Kevin O'Leary*