UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-23753-KMM

**EDWIN GARRISON**, *et al.*, on behalf of themselves and all others similarly situated,

    *Plaintiffs,*

v.

**SAM BANKMAN-FRIED**, *et al.*,

    *Defendants.*

_____/

## NOTICE OF CHANGE OF ADDRESS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that The Moskowitz Law Firm PLLC, counsel for plaintiffs in the above-entitled action, has changed its mailing address. The new address is:

**The Moskowitz Law Firm, PLLC**
Continental Plaza
3250 Mary Street
Suite 202
Miami, FL 33133

**Mailing Address:**
P.O. Box 653409
Miami, FL 33175

Dated: June 1, 2023            Respectfully submitted,

By: /s/ *Joseph M. Kaye*
Joseph M. Kaye
Florida Bar No. 117520
**The Moskowitz Law Firm, PLLC**
Continental Plaza
3250 Mary Street, Suite 202
Miami, FL 33133
**Mailing Address:**
P.O. Box 653409
Miami, FL 33175

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on June 1, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Southern District of Florida, by using the CM/ECF system, which will serve a copy of same on all counsel of record.

By: /s/ *Joseph M. Kaye*
Joseph M. Kaye
