UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-23753-KMM

**EDWIN GARRISON**, *et al.,* on behalf of themselves and all others similarly situated,

    *Plaintiffs,*

v.

**SAM BANKMAN-FRIED**, *et al.*,

    *Defendants.*

_____/

## NOTICE OF CHANGE OF ADDRESS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that The Moskowitz Law Firm PLLC, counsel for plaintiffs in the above-entitled action, has changed its mailing address. The new address is:

**The Moskowitz Law Firm, PLLC**
Continental Plaza
3250 Mary Street
Suite 202
Miami, FL 33133

**Mailing Address:**
P.O. Box 653409
Miami, FL 33175

Dated: June 1, 2023

    Respectfully submitted,

    By: */s/ Howard M. Bushman*
    Howard M. Bushman
    Florida Bar No. 0364230
    **The Moskowitz Law Firm, PLLC**
    Continental Plaza
    3250 Mary Street, Suite 202
    Miami, FL 33133
    **Mailing Address:**
    P.O. Box 653409
    Miami, FL 33175

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 1, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Southern District of Florida, by using the CM/ECF system, which will serve a copy of same on all counsel of record.

By: */s/ Howard M. Bushman*
Howard M. Bushman