UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-23753-KMM

**EDWIN GARRISON**, et al.,

      Plaintiff,

- v. -

**SAM BANKMAN-FRIED**, et al.,

      Defendant.

_____/

**NOTICE OF APPEARANCE**

Michael A. Pineiro, Esq., of Marcus Neiman Rashbaum & Pineiro LLP, hereby enters his appearance on behalf of Solomid Corporation in the above-captioned matter and respectfully requests that copies of all future pleadings, orders, and other papers be provided to the undersigned.

Dated: June 6, 2023

                                          Respectfully submitted,

                                          **MARCUS NEIMAN**
                                          **RASHBAUM & PINEIRO LLP**

                                          By: /s/ Michael A. Pineiro
                                          Michael A. Pineiro
                                          Fla. Bar No. 41897
                                          mpineiro@mnrlawfirm.com

                                          One Biscayne Tower
                                          2 South Biscayne Boulevard, Suite 2530
                                          Miami, Florida 33131
                                          Telephone: (305) 400-4268

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2023, a true and correct copy of the foregoing Notice of Appearance was served via CM/ECF on all counsel or parties of record on the Service List.

By:   /s/ Michael A. Pineiro
Michael A. Pineiro