UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-23753-KMM

**EDWIN GARRISON**, *et al.*,

    *Plaintiffs,*

v.

**SAM BANKMAN-FRIED**, *et al.*,

    *Defendants.*

_____/

## NOTICE OF APPEARANCE

Jeffrey A. Neiman, Esq., of Marcus Neiman Rashbaum & Pineiro LLP, hereby enters his appearance as counsel on behalf of Solomid Corporation in the above-captioned matter and respectfully requests that copies of all future pleadings, orders, and other papers be provided to the undersigned.

Date: June 6, 2023

                              Respectfully submitted,

                              /s/ Jeffrey A. Neiman
                              Jeffrey A. Neiman
                              Florida Bar No. 544469

                              **MARCUS NEIMAN RASHBAUM & PINEIRO LLP**
                              100 SE 3rd Ave Ste 805
                              Fort Lauderdale, FL 33394
                              Telephone: (954) 462-1200
                              jneiman@mnrlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2023, a true and correct copy of the foregoing Notice of Appearance was served via CM/ECF on all counsel or parties of record on the Service List

                                                By:    /s/ Jeffrey A. Neiman
                                                               Jeffrey A. Neiman