UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-23753-KMM

**EDWIN GARRISON**, *et al.*,

    *Plaintiffs,*

v.

**SAM BANKMAN-FRIED**, *et al.*,

    *Defendants.*

_____/

## NOTICE OF APPEARANCE

Jeffrey E. Marcus, Esq., of Marcus Neiman Rashbaum & Pineiro LLP, hereby enters his appearance as counsel on behalf of Solomid Corporation in the above-captioned matter and respectfully requests that copies of all future pleadings, orders, and other papers be provided to the undersigned.

Date: June 6, 2023

                                                          Respectfully submitted,

                                                          /s/ Jeffrey E. Marcus
                                                          Jeffrey E. Marcus
                                                          Florida Bar No. 310890

                                                          **MARCUS NEIMAN RASHBAUM &
                                                          PINEIRO LLP**
                                                          2 S. Biscayne Blvd. Ste. 2530
                                                          Miami, FL 33131
                                                          Telephone: (305) 400-4260
                                                          jmarcus@mnrlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2023, a true and correct copy of the foregoing Notice of Appearance was served via CM/ECF on all counsel or parties of record on the Service List.

                    By:    /s/ Jeffrey E. Marcus
                              Jeffrey E. Marcus