# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

### CASE NO. 1:22-cv-23753-KMM

**EDWIN GARRISON**, *et al.*,

    *Plaintiffs,*

v.

**SAM BANKMAN-FRIED**, *et al.*,

    *Defendants.*

_____/

### NOTICE OF APPEARANCE

Brandon S. Floch, Esq., of Marcus Neiman Rashbaum & Pineiro LLP, hereby enters his appearance as counsel on behalf of Solomid Corporation in the above-captioned matter and respectfully requests that copies of all future pleadings, orders, and other papers be provided to the undersigned.

Date: June 6, 2023

                                                Respectfully submitted,

                                                /s/ Brandon S. Floch
                                                Brandon S. Floch
                                                Florida Bar No. 125218

                                                **MARCUS NEIMAN RASHBAUM &**
                                                **PINEIRO LLP**
                                                2 S. Biscayne Blvd. Ste. 2530
                                                Miami, FL 33131
                                                Telephone: (305) 400-4260
                                                bfloch@mnrlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2023, a true and correct copy of the foregoing Notice of Appearance was served via CM/ECF on all counsel or parties of record on the Service List

                                        By:    /s/ Brandon S. Floch
                                                   Brandon S. Floch