**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:22-cv-23753-KMM**

**EDWIN GARRISON**, et al.,

      Plaintiff,

- v. -

**SAM BANKMAN-FRIED**, et al.,

      Defendant.

_____/

**NOTICE OF APPEARANCE PRO HAC VICE**

PLEASE TAKE NOTICE that Andrew B. Brettler, Esq., of Berk Brettler LLP, hereby enters his appearance on behalf of Solomid Corporation in the above-captioned matter and respectfully requests that copies of all future pleadings, orders, and other papers be provided to the undersigned.

Per Rule 4(b)(4) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys for the Southern District of Florida, Mr. Brettler was previously admitted to appear pro hac vice in this case on behalf of Defendant Kevin O'Leary and states that all information provided in support of his initial pro hac vice motion remains current and correct, including the sponsoring co-counsel.

Dated: June 7, 2023

                                                            Respectfully submitted,

                                                            /s/ Jeffrey A. Neiman
                                                            Jeffrey A. Neiman
                                                            Florida Bar No. 544469

**MARCUS NEIMAN RASHBAUM &
PINEIRO LLP**
100 SE 3rd Ave Ste 805
Fort Lauderdale, FL 33394
Telephone: (954) 462-1200
jneiman@mnrlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2023, a true and correct copy of the foregoing Notice of Appearance was served via CM/ECF on all counsel or parties of record on the Service List.

By:   /s/ Jeffrey A. Neiman
        Jeffrey A. Neiman